| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Precision Airmotive LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0296431** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**14800 40th Ave NE**<br>**Marysville, WA**<br>ZIP Code **98271** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Snohomish** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Precision Airmotive LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Precision Airmotive LLC** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

**X** **/s/ John S. Kaplan WSBA** _____
Signature of Attorney for Debtor(s)

**John S. Kaplan WSBA #23788**
Printed Name of Attorney for Debtor(s)

**Perkins Coie LLP - Seattle**
Firm Name

**1201 3rd Avenue**
**Suite 4900**
**Seattle, WA 98101-3099**

Address

**206-359-8000  Fax: 206-359-9000**
Telephone Number

**December  7, 2012**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Scott L. Grafenauer** _____
Signature of Authorized Individual

**Scott L. Grafenauer**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December  7, 2012**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# PRECISION AIRMOTIVE, LLC

## CONSENT ACTION OF SOLE MANAGER AND SOLE MEMBER IN LIEU OF SPECIAL MEETING

The undersigned, being the sole manager of Precision Airmotive, LLC (the "Company") and all the members of Precision Airmotive Holdings, LLC ("Member"), which is the sole member of the Company, have considered and discussed the advantages and disadvantages of the Company filing a petition for relief under either Chapter 11 or Chapter 7 of the United States Bankruptcy Code. The undersigned, acting without a meeting and in their respective capacity as sole manager and members of the sole member of the Company, hereby (i) adopt the following resolutions in lieu of holding a special meeting; (ii) consent to the take of the actions set forth below; (iii) waive any notice required for the adoption of such resolutions or for the taking of such actions; and (iv) direct that this written consent be delivered to the Company for inclusion in its minutes or filing with its company records:

> RESOLVED, that in the judgment of the Member, it appears to be desirable and in the best interests of the Company that the Company file a voluntary bankruptcy petition under Title 11 of the United States Code, in accordance with the rules and regulations promulgated thereunder.

> RESOLVED, that at such a time and upon such conditions as he deems appropriate, Scott Grafenauer, the Manager of the Company, is hereby authorized to execute and cause to be filed such a petition, in such a form as shall be prepared by counsel for the Company.

> RESOLVED, that Scott Grafenauer is hereby authorized to direct legal counsel for the Company files such bankruptcy petition under Chapter 11 of the United States Bankruptcy Code, without further consultation of the Member.

> RESOLVED, that the officers and employees of the Company are hereby authorized and directed to prepare, execute and file such additional documents, schedules, and certificates, and to take any and all other action as may be required or desirable in connection with or as a result of the filing of such voluntary petition.

> RESOLVED, that the Company retain the law firm of Perkins Coie LLP to represent it as general bankruptcy counsel to the Company as debtor and debtor-in-possession, and in all related bankruptcy proceedings.

> RESOLVED, that the officers and employees of the Company are hereby authorized and directed to prepare, execute and file such additional

documents and pleadings, and to take any and all other action as may be required or desirable in order to evidence and obtain Bankruptcy Court approval of such retention agreements.


DATED effective as of December 4, 2012.

PRECISION AIRMOTIVE, LLC

By: _____

Scott Grafenauer, Sole Manager

And By: Precision Airmotive Holdings, LLC,

Sole Member

_____

Scott Grafenauer, Member

_____

Linda Grafenauer, Member

_____

Roger Hall, Member

# United States Bankruptcy Court
## Western District of Washington

In re  **Precision Airmotive LLC**                                      Case No. _____
Debtor(s)                                    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Plaintiffs in Avco v. Precision<br>c/o Veronica Winter Saltz<br>Saltz Matkov PC<br>993 Old Eagle School Rd Ste 412<br>Wayne, PA 19087 | Plaintiffs in Avco v. Precision<br>c/o Veronica Winter Saltz<br>993 Old Eagle School Rd Ste 412<br>Wayne, PA 19087 | Intellectual Property Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Plaintiffs in Becker v. Avco<br>c/o Robert F. Hedrick<br>Hedrick Law Firm<br>1420 5th Ave Ste 3000<br>Seattle, WA 98104 | Plaintiffs in Becker v. Avco<br>c/o Robert F. Hedrick<br>1420 5th Ave Ste 3000<br>Seattle, WA 98104 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Plaintiffs in Borchard v. Cessna<br>c/o Ricardo Martinez-Cid<br>Prodhurst Orseck, PA<br>25 W Flagler St Ste 800<br>Miami, FL 33130 | Plaintiffs in Borchard v. Cessna<br>c/o Ricardo Martinez-Cid<br>Prodhurst Orseck, PA<br>25 W Flagler St Ste 800<br>Miami, FL 33130 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Plaintiffs in Bradford v. Aerostar<br>c/o Robert L. Parks<br>Law Offices of Robert L. Parks PL<br>2121 Ponce de Leon Blvd St 505<br>Coral Gables, FL 33334 | Plaintiffs in Bradford v. Aerostar<br>c/o Robert L. Parks<br>Law Offices of Robert L. Parks PL<br>2121 Ponce de Leon Blvd St 505<br>Coral Gables, FL 33334 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Plaintiffs in Lewis v. Lycoming<br>c/o Daniel O. Rose<br>Kreindler & Kreindler LLP<br>750 Third Avenue<br>New York, NY 10017-2701 | Plaintiffs in Lewis v. Lycoming<br>c/o Daniel O. Rose<br>Kreindler & Kreindler LLP<br>750 Third Avenue<br>New York, NY 10017-2701 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Plaintiffs in Manufacturers Collection v. Precision<br>c/o Cassidy Harrington<br>Smith & Moore PLLC<br>3030 Lincoln Plaza<br>500 N Akard St<br>Dallas, TX 75201 | Plaintiffs in Manufacturers Collection v. Precision<br>c/o Cassidy Harrington<br>Smith & Moore PLLC<br>3030 Lincoln Plaza<br>500 N Akard St<br>Dallas, TX 75201 | Indemnification Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |

In re   **Precision Airmotive LLC**                                    Case No. _____
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Plaintiffs in Patrinostro v. Long<br>c/o Howard M. Acosta<br>Law Offices of Howard M. Acosta<br>300 First Avenue North<br>St. Petersburg, FL 3370 | Plaintiffs in Patrinostro v. Long<br>c/o Howard M. Acosta<br>Law Offices of Howard M. Acosta<br>300 First Avenue North<br>St. Petersburg, FL 33701 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent Unliquidated Disputed | Unknown |
| Plaintiffs in Toppins v. Aircraft Inspection<br>c/o Cyrus N. Lawyer<br>Toon Osmond PLLC<br>1800 S. Baltimore, 10th Fl, Ste 1000<br>Tulsa, OK 74119 | Plaintiffs in Toppins v. Aircraft Inspection<br>c/o Cyrus N. Lawyer<br>Toon Osmond PLLC<br>1800 S. Baltimore, 10th Fl, Ste 1000<br>Tulsa, OK 74119 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent Unliquidated Disputed | Unknown |
| Plaintiffs Lloyd & Maureen McKee<br>c/o Nolan Law Group<br>20 N Clark, 30th Floor<br>Chicago, IL 60602 | Plaintiffs Lloyd & Maureen McKee<br>c/o Nolan Law Group<br>20 N Clark, 30th Floor<br>Chicago, IL 60602 | Personal Injury Litigation; see Answer to SOFA Q 4 | Contingent Unliquidated Disputed | Unknown |
| SEATTLE SEAHAWKS<br>Attn: Suite Department<br>12 Seahawks Way<br>RENTON, WA 98056<br>SEATTLE SEAHAWKS | SEATTLE SEAHAWKS<br>Attn: Suite Department<br>12 Seahawks Way<br>RENTON, WA 98056 | Trade Debt | | 28,386.75 |
| Campbell Campbell<br>Edwards & Conroy<br>William Conroy<br>P.O. Box 845318<br>Boston, MA 02284-5318 | Campbell Campbell<br>Edwards & Conroy<br>William Conroy<br>P.O. Box 845318<br>Boston, MA 02284-5318 | Counsel or Expert (uninsured matter) | | 22,355.24 |
| ROYELL MANUFACTURING INC.<br>3817 SMITH AVE<br>EVERETT, WA 98201 | ROYELL MANUFACTURING INC.<br>3817 SMITH AVE<br>EVERETT, WA 98201 | Trade Debt | | 13,931.29 |
| GM Fitzgerald Consulting L.L.C.<br>Gary Fitzgerald<br>55 Coventry N.<br>Daleville, VA 24083 | GM Fitzgerald Consulting L.L.C.<br>Gary Fitzgerald<br>55 Coventry N.<br>Daleville, VA 24083 | Counsel or Expert (uninsured matter) | | 7,543.33 |
| Hill Ward Henderson<br>Attorneys at Law<br>Gary T. Swisher<br>P.O. Box 2532<br>Tampa, FL 33601-2532 | Hill Ward Henderson<br>Attorneys at Law<br>Gary T. Swisher<br>P.O. Box 2532<br>Tampa, FL 33601-2532 | Counsel or Expert (uninsured matter) | | 6,514.44 |

In re   **Precision Airmotive LLC**                                                                    Case No.
_____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ENOCH MANUFACTURING<br>MAIL STOP 94<br>P.O. Box 5087<br>PORTLAND, OR 97208-5087 | ENOCH MANUFACTURING<br>MAIL STOP 94<br>P.O. Box 5087<br>PORTLAND, OR 97208-5087 | Trade Debt | | 5,916.00 |
| NORTHWEST AUTOMATICS<br>INC.<br>25219 74TH AVE. S<br>KENT, WA 98032 | NORTHWEST AUTOMATICS<br>INC.<br>25219 74TH AVE. S<br>KENT, WA 98032 | Trade Debt | | 5,251.40 |
| Bieringer, Paul E.<br>Paul Bieringer<br>1723 Madison Ct.<br>Louisville, CO 80027 | Bieringer, Paul E.<br>Paul Bieringer<br>1723 Madison Ct.<br>Louisville, CO 80027 | Counsel or Expert (uninsured matter) | | 4,777.50 |
| ETA GLOBAL INC.<br>5500 W. OAK STREET<br>PALESTINE, TX 75801 | ETA GLOBAL INC.<br>5500 W. OAK STREET<br>PALESTINE, TX 75801 | Trade Debt | | 4,255.00 |
| WAYNE WIRE CLOTH<br>PRODUCTS INC<br>200 E DRESDEN STREET<br>KALKASKA, MI 496 | WAYNE WIRE CLOTH<br>PRODUCTS INC<br>200 E DRESDEN STREET<br>KALKASKA, MI 496 | Trade Debt | | 4,104.00 |
| SARCO PRECISION INC.<br>2816 OLD HWY 99 SO<br>#3<br>MT VERNON, WA 98273 | SARCO PRECISION INC.<br>2816 OLD HWY 99 SO<br>#3<br>MT VERNON, WA 98273 | Trade Debt | | 3,556.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 7, 2012**                          Signature   /s/ **Scott L. Grafenauer**
_____                                  _____
                                                                 **Scott L. Grafenauer**
                                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

# United States Bankruptcy Court

## Western District of Washington

In re    **Precision Airmotive LLC** _____,

                                          Debtor

Case No. _____

Chapter                 **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 5,925,435.46 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,974,887.92 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 7 | | 69,021.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 123,036.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 5,925,435.46 | | |
| Total Liabilities | | | | 2,166,946.06 | |

In re   **Precision Airmotive LLC**            ,     Case No. _____

                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**    continuation sheets attached to the Schedule of Real Property

In re   **Precision Airmotive LLC**                      ,      Case No. _____

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash**<br>**Location: 14800 40th Ave NE, Marysville WA 98271** | - | 966.27 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Coastal Community Bank Checking Account # xxxxxx5520** | - | 546,024.98 |
| | | **Coastal Community Bank Incoming Wires - Sweep Account xxxxxx5579** | - | 0.00 |
| | | **Coastal Community Bank Money Market Account # xxxxxx2223** | - | 375,462.29 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Pacific Industrial Park LP1 Landlord** | - | 29,656.00 |
| | | **Seattle Seahawks suite damage deposit** | - | 15,000.00 |
| | | **Prepaid business/property insurance** | - | 17,631.00 |
| | | **Prepaid property tax** | - | 269.05 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                         Sub-Total >          **985,009.59**
                                                    (Total of this page)

    **3**    continuation sheets attached to the Schedule of Personal Property

In re   **Precision Airmotive LLC**        ,    Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Precision Airmotive International, Inc.** **A Nevada Corporation, EIN 26-3528834** **Location: 14800 40th Ave NE, Marysville WA 98271** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** **Location: 14800 40th Ave NE, Marysville WA 98271** | - | 623,979.87 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                               Sub-Total >      623,979.87

                                           (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Precision Airmotive LLC**                                    ,   Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims in Avstar case for intellectual property indemnity** | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **RSA Drawings, trademarks** | - | 2,106,621.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **BMW Automobile** | - | 45,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer equipment, less depreciation** Location: 14800 40th Ave NE, Marysville WA 98271 | - | 29,993.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery, fixtures** Location: 14800 40th Ave NE, Marysville WA 98271 | | 33,892.00 |
| 30. Inventory. | | **Inventory (cost basis)** Location: 14800 40th Ave NE, Marysville WA 98271 | - | 2,093,740.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          **4,309,246.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **Precision Airmotive LLC**                  ,      Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Diacom tooling deposit** | - | **7,200.00** |

| | |
|---|---|
| Sub-Total > | **7,200.00** |
| (Total of this page) | |
| Total > | **5,925,435.46** |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Precision Airmotive LLC**                     ,     Case No. _____

                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxx5325**<br><br>**BMW Bank of North America<br>Regional Service Center<br>P.O. Box 3608<br>Dublin, OH 43016-0306** | | - | | 5/31/12<br><br>**BMW Automobile** | | | | | |
| | | | | Value $      **45,000.00** | | | | 45,000.00 | 0.00 |
| Account No. **xxxxxx1000**<br><br>**Coastal Community Bank<br>2817 Colby Ave<br>Everett, WA 98201** | | - | | 10/01/07<br><br>**Term Loan**<br><br>**Secured by assets of the company** | | | | | |
| | | | | Value $   **3,400,000.00** | | | | 1,929,887.92 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

  **0**   continuation sheets attached

                     Subtotal                           1,974,887.92         0.00<br>(Total of this page)

                     Total                            1,974,887.92         0.00<br>(Report on Summary of Schedules)

.

In re   **Precision Airmotive LLC**                      ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__6__    continuation sheets attached

In re **Precision Airmotive LLC** , Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. Amundson, Scott A 19221 94th Dr NW Stanwood, WA 98292 | - | | | Current employee | | | | 1,166.72 | 0.00 / 1,166.72 |
| Account No. Anttila, Dennis A 165 Myst Pl Camano Island, WA 98282 | - | | | Current employee | | | | 2,024.86 | 0.00 / 2,024.86 |
| Account No. Brickman, Rochelle M 2608 Cedar Road Lake Stevens, WA 98258 | - | | | Current employee | | | | 355.29 | 0.00 / 355.29 |
| Account No. Grafenauer, Scott 1909 143rd St NW Marysville, WA 98271 | - | | | Current employee | | | | 7,735.00 | 0.00 / 7,735.00 |
| Account No. Hall, Roger S 678 Campbell Ave Mukilteo, WA 98275 | - | | | Current employee | | | | 9,990.87 | 0.00 / 9,990.87 |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 21,272.74 | 0.00 / 21,272.74

In re  **Precision Airmotive LLC** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Jeglum, Anthony S** 5014 196th Place NE Arlington, WA 98223 | | - | Current employee | | | | 3,214.08 | 0.00 | 3,214.08 |
| Account No. **Jesmer, Alan J** 2104 106th St SW Everett, WA 98204 | | - | Current employee | | | | 1,807.57 | 0.00 | 1,807.57 |
| Account No. **Jones, Douglas W** P.O. Box 66 Darrington, WA 98241 | | - | Current employee | | | | 1,794.68 | 0.00 | 1,794.68 |
| Account No. **Konkler, Kerry D** 7819 W Glen Dr Everett, WA 98203 | | - | Current employee | | | | 3,569.38 | 0.00 | 3,569.38 |
| Account No. **Krause, George A** 18823 A Iris CT Arlington, WA 98223 | | - | Current employee | | | | 3,143.78 | 0.00 | 3,143.78 |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 13,529.49 | 13,529.49 |

In re **Precision Airmotive LLC** ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Current employee | | | | | |
| Lindell, Bradley Allen 7217 262nd St NW Stanwood, WA 98292 | - | | | | | | | | 0.00 |
| | | | | | | | | 1,521.81 | 1,521.81 |
| Account No. | | | | Current employee | | | | | |
| London, Andrew G P.O. Box 2691 Stanwood, WA 98292 | - | | | | | | | | 0.00 |
| | | | | | | | | 4,565.64 | 4,565.64 |
| Account No. | | | | Current employee | | | | | |
| McCarter, Cindi M 20227 80th Ave NE #16 Arlington, WA 98223 | - | | | | | | | | 0.00 |
| | | | | | | | | 4,403.24 | 4,403.24 |
| Account No. | | | | Current employee | | | | | |
| Middleton, David A 502 Hemlock Ave Granite Falls, WA 98252 | - | | | | | | | | 0.00 |
| | | | | | | | | 3,932.63 | 3,932.63 |
| Account No. | | | | Current employee | | | | | |
| Muller, Eric W 11723 62nd Ave SE Snohomish, WA 98296 | - | | | | | | | | 0.00 |
| | | | | | | | | 642.60 | 642.60 |

Sheet  3  of  6  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 15,065.92 | 15,065.92 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Precision Airmotive LLC** , Case No. _____
                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.  Nielson, Peter H 415 5th St Mukilteo, WA 98275 | | - | | Current employee | | | | 6,971.97 | 0.00 | 6,971.97 |
| Account No.  Sitter, Jeffrey S 104 Mountain View St Granite Falls, WA 98252 | | - | | Current employee | | | | 5,951.57 | 0.00 | 5,951.57 |
| Account No.  Wenzel, Kirk J 10011 50th Plc W Mukilteo, WA 98275 | | - | | Current employee | | | | 1,087.65 | 0.00 | 1,087.65 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet __4__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)     14,011.19

| | 0.00 |
|---|---|
| | 14,011.19 |

In re **Precision Airmotive LLC** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice party | | | | | |
| Colorado Department of Revenue 1375 Sherman Street Denver, CO 80261 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice party | | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice party | | | | | |
| Marysville City Hall 1049 State Ave Marysville, WA 98270 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice party | | | | | |
| Snohomish County Treasurer 3000 Rockefeller M/S 501 Everett, WA 98201-4060 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice party | | | | | |
| Washington State Attorney General Bankrupcy & Collections Unit 800 Fifth Avenue Suite 2000 Seattle, WA 98104 | - | | | | | | 0.00 | 0.00 |

Sheet __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00    0.00

In re  **Precision Airmotive LLC**                                          ,          Case No. _____

                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Payroll Tax | | | | | | |
| Washington State Dept of Labor & Industries P.O. Box 24106 Seattle, WA 98124-6524 | - | | | | | | | 0.00 | |
| | | | | | | | 5,142.29 | | 5,142.29 |
| Account No. | | | Notice party | | | | | | |
| Washington State Dept of Revenue Bankruptcy/ Claims Unit 2101 4th Ave #1400 Seattle, WA 98121-2300 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Notice party | | | | | | |
| Washington State Dept of Revenue Property Tax Division PO Box 47471 Olympia, WA 98504-7471 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Notice party | | | | | | |
| Washington State Treasurer PO Box 40200 Olympia, WA 98504-0200 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 5,142.29 | 5,142.29 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 69,021.63 | 69,021.63 |

Case 12-22154-KAO    Doc 1    Filed 12/07/12    Ent. 12/07/12 12:41:06    Pg. 22 of 177

In re **Precision Airmotive LLC**  , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **AFLAC** **Worldwide Headquarters** **COLUMBUS, GA 31999** | - | | | | | | | | 424.02 |
| Account No. | | | | | Date of last payment: 08/01/2012 Trade debt | | | | |
| **AIR COMPONENTS** **10235 INDIANA CT.** **RANCHO CUCAMONGA, CA 91730** | - | | | | | | | | 1,675.00 |
| Account No. | | | | | 7/6/2012 Plaintiff in Avco Corporation v. Precision Airmotive LLC (uninsured matter); see Answer to SOFA Q 4 | X | X | X | |
| **Avco Corporation** **c/o Veronica Winter Saltz** **993 Old Eagle School Road** **Ste 412** **Wayne, PA 19087** | - | | | | | | | | Unknown |
| Account No. | | | | | Counsel or Expert (uninsured matter) | | | | |
| **Bieringer, Paul E.** **Paul Bieringer** **1723 Madison Ct.** **Louisville, CO 80027** | - | | | | | | | | 4,777.50 |
| __12__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 6,876.52 |

In re   **Precision Airmotive LLC**                                        Case No. _____
                                                   ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 7/23/2010 | | | | |
| Bob Hedrick Aviation Law Group PS 1420 5th Ave Ste 3000 Seattle, WA 98101 | - | | | **Attorney for Plaintiff in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | Unknown |
| Account No. | | | | Counsel or Expert (uninsured matter) | | | | |
| Campbell Campbell Edwards & Conroy William Conroy P.O. Box 845318 Boston, MA 02284-5318 | - | | | | | | | 22,335.24 |
| Account No. | | | | 10/23/2009 | | | | |
| Craig A. Laporte Proly, Laporte and Mulligan Oak Trail Professional Center 11914 Oak Trail Way Port Richey, FL 34668 | - | | | **Plaintiff's counsel for Robin Long in Long v. Piper Aircraft, et al. (uninsured matter); see Answer to SOFA Q 4** | | | | Unknown |
| Account No. | | | | 10/26/2011 | | | | |
| Cyrus N. Lawyer Toon Osmond PLLC 1800 South Baltimore Ste 1000 Tulsa, OK 74119 | - | | | **Attorney for Plaintiff in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | Unknown |
| Account No. | | | | 9/22/2009 | | | | |
| Daniel O. Rose Kreindler & Kreindler LLP 750 Third Avenue New York, NY 10017-2701 | - | | | **Attorney for Plaintiff for Pamela Margaret Lewis, et al, v. Lycoming, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | Unknown |

Sheet no. __1___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **22,335.24**

In re **Precision Airmotive LLC** ,                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ENOCH MANUFACTURING MAIL STOP 94 P.O. Box 5087 PORTLAND, OR 97208-5087** | - | | **Date of last payment: 08/29/2012 Trade debt** | | | | 5,916.00 |
| Account No. **Estate of Timothy William Toppins Toon Osmond PLLC 1800 S Baltimore, 10 Fl Ste 1000 Tulsa, OK 74119** | - | | **10/26/2011 Plaintiff in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | Unknown |
| Account No. **Estate of Timothy William Toppins c/o Jeffrey Todd Embry Hossley & Embry LLP 320 S Broadway Ave, Ste 100 Tyler, TX 75702** | - | | **10/26/2011 Plaintiff in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | Unknown |
| Account No. **ETA GLOBAL INC. 5500 W. OAK STREET PALESTINE, TX 75801** | - | | **Date of last payment: 09/26/2012 Trade debt** | | | | 4,255.00 |
| Account No. **GLOBAL CALIBRATION SERVICES LLC 502 S LUCILE ST. SEATTLE, WA 98108-2507** | - | | **Date of last payment: 09/26/2012 Trade debt** | | | | 1,270.00 |

Sheet no. __2___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,441.00**

In re **Precision Airmotive LLC** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Counsel or Expert (uninsured matter) | | | | |
| GM Fitzgerald Consulting L.L.C. Gary Fitzgerald 55 Coventry N. Daleville, VA 24083 | - | | | | | | | 7,543.33 |
| Account No. | | | | Counsel or Expert (uninsured matter) | | | | |
| Hill Ward Henderson Attorneys at Law Gary T. Swisher P.O. Box 2532 Tampa, FL 33601-2532 | - | | | | | | | 6,514.44 |
| Account No. | | | | 10/23/2009 Attorney for Plaintiff for Stephen C. Patrinostro vs Robin Long, et al,: See Answer to SOFA Q 4 (uninsured matter); see Answer to SOFA Q 4 | X | X | X | |
| Howard M. Acosta Law offices of Howard M. Acosta 300 First Avenue North St. Petersburg, FL 33701 | - | | | | | | | Unknown |
| Account No. | | | | 10/26/2011 Attorney for Plaintiff in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q 4 | X | X | X | |
| Jeffrey Todd Embry Hossley Embry 320 S. Broadway Ave. Ste 100 Tyler, TX 75702 | - | | | | | | | Unknown |
| Account No. | | | | 7/23/2010 Plaintiff in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q 4 | X | X | X | |
| Jennifer L. White c/o Robert F. Hedrick Hedrick Law Firm 1420 5th Avenue, Ste 3000 Seattle, WA 98104 | - | | | | | | | Unknown |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          14,057.77

In re __Precision Airmotive LLC_____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 9/21/2011 | | | | |
| John Joseph Wroblewski 29/33 King Street Wigan, Lancashire WNL 1EG ENGLAND | - | | | Administrator - Plaintiff in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q 4 | X | X | X | Unknown |
| Account No. | | | | 10/23/2009 | | | | |
| John Romano Romano Law Group PO Box 21349 West Palm Beach, FL 33416-1349 | - | | | Counsel for Plaintiff Delmas Copeland in the Copeland v. Piper Aircraft, et al. (uninsured matter); see Answer to SOFA Q 4 | | | | Unknown |
| Account No. | | | | Counsel or Expert (uninsured matter) | | | | |
| Judicial Dispute Resolution, LLC 1425 Fourth Avenue, Suite 300 Seattle, WA 98101 | - | | | | | | | 683.28 |
| Account No. | | | | 9/21/2011 | | | | |
| Keith Whitehead 29/33 King Street Wigan, Lancashire WNL 1EG ENGLAND | - | | | Administrator - Plaintiff in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q 4 | X | X | X | Unknown |
| Account No. | | | | 12/6/2011 | | | | |
| Lloyd and Maureen McKee c/o Nolan Law Group 20 N Clark, 30th Floor Chicago, IL 60602 | - | | | Plaintiff in McKee v. Aircraft Systems, Inc., et al. (uninsured matter); see Answer to SOFA Q 4 | X | X | X | Unknown |

Sheet no. __4___ of __12___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

683.28

In re **Precision Airmotive LLC** ,                     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Manufacturers Collection Co. LLC c/o Charles H Smith 3030 Lincoln Plaza 500 N Akard St Dallas, TX 75201-6606 | - | | 3/22/2012 **Plaintiff in Manufacturers Collection Company LLC v. Precision Airmotive LLC et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | Unknown |
| Account No. Manufacturers Collection Co. LLC c/o Cassidy Harrington 3030 Lincoln Plaza 500 N Akard St Dallas, TX 75201 | - | | 3/22/2012 **Plaintiff in Manufacturers Collection Company LLC v. Precision Airmotive LLC et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | Unknown |
| Account No. Manufacturers Collection Co. LLC c/o Stephanie L Millett 3030 Lincoln Plaza 500 N Akard St Dallas, TX 75201 | - | | 3/22/2012 **Plaintiff in Manufacturers Collection Company LLC v. Precision Airmotive LLC et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | Unknown |
| Account No. Mark S. Northcraft Northcraft, Bigby & Biggs PC 819 Virginia St Ste C-2 Seattle, WA 98101 | - | | 7/27/2008 **Attorney for Plaintiff Crews, estate of Houston/Becker in Virgil Victor Becker, Jr., vs Avco Corporation, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | Unknown |
| Account No. Matthew Clarke Landye Bennett Blumstein LLP 1300 SW Fifth Ave Ste 3500 Portland, OR 97201 | - | | 7/27/2008 **Attorney for Plaintiff Crews, estate of Houston/Becker in Virgil Victor Becker, Jr., vs Avco Corporation, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | Unknown |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

In re **Precision Airmotive LLC**                                    , Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Melissa Leigh Toppins <br> Toon Osmond PLLC <br> 1800 S Baltimore, 10 Fl <br> Ste 1000 <br> Tulsa, OK 74119 | - | | | 10/26/2011 <br> **Plaintiff in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | **Unknown** |
| Account No. <br><br> Melissa Leigh Toppins <br> c/o Jeffrey Todd Embry <br> Hossley & Embry LLP <br> 320 S Broadway Ave, Ste 100 <br> Tyler, TX 75702 | - | | | 10/26/2011 <br> **Plaintiff in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | **Unknown** |
| Account No. <br><br> MID-WEST SPRING MFG CO. <br> P.O. BOX 95159 <br> PALATINE, IL 60095-0159 | - | | | **Date of last payment: 08/01/2012** <br> **Trade debt** | | | | **450.00** |
| Account No. <br><br> Mohburg, Seaton & Watkins <br> 2033 Sixth Avenue <br> Suite 826 <br> Seattle, WA 98121 | - | | | **Counsel or Expert (uninsured matter)** | | | | **1,942.58** |
| Account No. <br><br> MSC INDUSTRIAL SUPPLY CO. <br> 75 MAXESS RD. <br> MELVILLE, KY 11747 | - | | | **Date of last payment: 10/17/2012** <br> **Trade debt** | | | | **29.36** |

Sheet no. __6___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,421.94**

In re __Precision Airmotive LLC_____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Date of last payment: 06/19/2012 Trade debt | | | | |
| NEXEO, LLC 62190 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-0621 | - | | | | | | | | 631.40 |
| Account No. | | | | | Date of last payment: 10/10/2012 Trade debt | | | | |
| NORTHWEST AUTOMATICS INC. 25219 74TH AVE. S KENT, WA 98032 | - | | | | | | | | 5,251.40 |
| Account No. | | | | | Date of last payment: 10/17/2012 Trade debt | | | | |
| OFFICE INTERIORS, INC. 2002 MADISON STREET EVERETT, WA 98203-5314 | - | | | | | | | | 383.19 |
| Account No. | | | | | Counsel or Expert (uninsured matter) | | | | |
| Onebane Law Firm T.J. McNamara P.O. Box 3507 Layayette, LA 70502-3507 | - | | | | | | | | 2,337.45 |
| Account No. | | | | | 9/21/2011 Administrator - Plaintiff in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q 4 | X | X | X | |
| Pamela Margaret Lewis 5 Coylton Avenue Prescot Rainhill, Merseyside L35 0PT ENGLAND | - | | | | | | | | Unknown |

Sheet no. __7___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,603.44

In re **Precision Airmotive LLC**                                                    , Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Date of last payment: 10/10/2012 Trade debt | | | | |
| **PARKER HANNIFIN CORPORATION** 8460 KASS Drive BUENA PARK, CA 90621 | - | | | | | | | 1,325.00 |
| Account No. | | | | Counsel or Expert (uninsured matter) | | | | |
| **Perkins Coie LLP** Mary Gaston 1201 Third Avenue, Suite 4900 Seattle, WA 98101 | - | | | | | | | 0.00 |
| Account No. | | | | Date of last payment: 10/24/2012 Trade debt | | | | |
| **PTI MACHINING INC** 5395 West 200 North P.O. BOX 587 DELPHI, IN 46923 | - | | | | | | | 451.25 |
| Account No. | | | | 6/7/2008 Attorney for Plaintiff in James Borchard vs. Cessna Aircraft Company, et al. (uninsured matter); see Answer to SOFA Q 4 | X | X | X | |
| Ricardo Martinez-Cid Podhurst Orseck, P.A. 25 West Flagler Street Ste 800 Miami, FL 33130 | - | | | | | | | Unknown |
| Account No. | | | | 9/21/2011 Attorney for Plaintiff in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q 4 | X | X | X | |
| Richard Genter Law Office Richard E. Genter 610 Old York Road Ste 200 Jenkintown, PA 19046 | - | | | | | | | Unknown |

Sheet no. __8__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,776.25**

In re    **Precision Airmotive LLC**                           ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Richard S. Toon<br>Toon Osmond PLLC<br>1800 South Baltimore<br>Ste 1000<br>Tulsa, OK 74119 | | - | | 10/26/2011<br>**Attorney for Plaintiff in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | **Unknown** |
| Account No.<br><br>Richards & Connor<br>Phil R. Richards<br>12th Floor Park Centre Bldg.<br>525 South Main Street<br>Tulsa, OK 74103-4509 | | - | | **Counsel or Expert (uninsured matter)** | | | | **1,667.50** |
| Account No.<br><br>Rita Vivian Bradford<br>c/o Robert L. Parks<br>2121 Ponce de Leon Blvd<br>Ste 505<br>Coral Gables, FL 33134 | | - | | 1/20/2012<br>**Plaintiff in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | **Unknown** |
| Account No.<br><br>Robert Parks<br>Law offices of Robert L. Parks P.L.<br>2121 Ponce de Leon Blvd<br>Ste 505<br>Coral Gables, FL 33134 | | - | | 6/7/2008<br>**Attorney for Plaintiff Kelly in James Borchard vs. Cessna Aircraft Company, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | **Unknown** |
| Account No.<br><br>Robert Parks<br>Law offices of Robert L. Parks P.L.<br>2121 Ponce de Leon Blvd<br>Coral Gables, FL 33134 | | - | | 1/23/2010<br>**Attorney for Plaintiff for Rita Vivian Bradford, et al, v. Aerostar Aircraft Corporation, et al. (uninsured matter); see Answer to SOFA Q 4** | X | X | X | **Unknown** |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
         (Total of this page)        **1,667.50**

In re   **Precision Airmotive LLC**                                  ,        Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Date of last payment: 10/24/2012<br>Trade debt | | | | |
| ROYELL MANUFACTURING INC.<br>3817 SMITH AVE<br>EVERETT, WA 98201 | - | | | | | | 13,931.29 |
| Account No. | | | Date of last payment: 10/24/2012<br>Trade debt | | | | |
| SARCO PRECISION INC.<br>2816 OLD HWY 99 SO<br>#3<br>MT VERNON, WA 98273 | - | | | | | | 3,556.00 |
| Account No. | | | Date of last payment: 08/22/2012<br>Trade debt | | | | |
| SEATTLE SEAHAWKS<br>Attn: Suite Department<br>12 Seahawks Way<br>RENTON, WA 98056 | - | | | | | | 28,386.75 |
| Account No. | | | Date of last payment: 10/24/2012<br>Trade debt | | | | |
| SOUND COMPONENTS SUPPLY INC<br>930 BATTERSBY AVENUE<br>SUITE #101<br>ENUMCLAW, WA 98022 | - | | | | | | 222.50 |
| Account No. | | | Date of last payment: 09/28/2011<br>Trade debt | | | | |
| TRANSCAT INC<br>23698 NETWORK PLACE<br>CINCINNATI, OH 60673-1236 | - | | | | | | 240.95 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **46,337.49**

In re **Precision Airmotive LLC**                                      ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Date of last payment: 10/24/2012 | | | | |
| **TRELLEBORG SEALING SOLUTIONS** **10220 SW GREENBURG RD.** **SUITE 571** **PORTLAND, OR 97223** | - | | Trade debt | | | | 1,190.00 |
| Account No. | | | Date of last payment: 09/26/2012 | | | | |
| **TVT DIE CASTING & MFG. INC.** **7330 SW LANDMARK LANE** **PORTLAND, OR 97224-8065** | - | | Trade debt | | | | 1,367.60 |
| Account No. | | | Date of last payment: 08/07/2012 | | | | |
| **U.S. HEALTHWORKS MEDICAL GROUP WA** **P.O. BOX 50046** **LOS ANGELES, CA 90074** | - | | Trade debt | | | | 40.00 |
| Account No. | | | Date of last payment: 10/03/2012 | | | | |
| **US BANK EQUIPMENT FINANCE** **1310 MADRID STREET** **SUITE 101** **MARSHALL, MN 56258-4002** | - | | Trade debt | | | | 94.48 |
| Account No. | | | 7/6/2012 | | | | |
| **Veronica Winter Saltz** **Saltz Matkov PC** **993 Old Eagle School Road** **Wayne, PA 19087** | - | | Attorney for Plaintiff in Avco Corporation v. Precision Airmotive LLC (uninsured matter); see Answer to SOFA Q 4 | X | X | X | Unknown |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — **2,692.08**

In re **Precision Airmotive LLC** _____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 7/23/2010 Plaintiff in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q 4 | | | | |
| Virgil Victor Becker, Jr. c/o Robert F. Hedrick Hedrick Law Firm 1420 5th Avenue, Ste 3000 Seattle, WA 98104 | | - | | | X | X | X | Unknown |
| Account No. | | | | 10/23/2009 Attorney for Plaintiff for Stephen C. Patrinostro vs Robin Long, et al,: See Answer to SOFA Q 4 (uninsured matter); see Answer to SOFA Q 4 | | | | |
| W. Clinton Wallace W. Clinton Wallace, P.A. 1125 hw. 98 South Ste 300 Lakeland, FL 33801 | | - | | | X | X | X | Unknown |
| Account No. | | | | Date of last payment: 10/17/2012 Trade debt | | | | |
| WAYNE WIRE CLOTH PRODUCTS INC 200 E DRESDEN STREET KALKASKA, MI 49646 | | | | | | | | 4,104.00 |
| Account No. | | | | Counsel or Expert (uninsured matter) | | | | |
| Yamaguchi Obien Mangio, LLC 1200 Fifth Avenue, Suite 1820 Seattle, WA 98101-3128 | | - | | | | | | 40.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 4,144.00 |
| Total (Report on Summary of Schedules) | | 123,036.51 |

In re   **Precision Airmotive LLC**                    ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T**<br>P.O. Box 1809<br>Paramus, NJ 07653-1809 | **Cell phone contract ending August 2013.** |
| **PACIFIC INDUSTRIAL PARK LP 1**<br>P.O. Box 1490<br>Woodinville, WA 98072-1490 | **Building lease expiring March 31, 2015.** |
| **Pitney Bowes Global Financial Services**<br>500 Ross Street<br>Suite 154-0470<br>Pittsburgh, PA 15262-0001 | **Postage meter lease expiring January 1, 2012.** |
| **Schindler Elevator Corporation**<br>15413 NE 95th St<br>Redmond, WA 98052-2548 | **Elevator maintenance contract, expires March 2015.** |
| **WCI**<br>1945 Yale Place E<br>Seattle, WA 98102 | **36 month phone service contract started April 2011.** |
| **Zypes Inc.**<br>23721 7th Ave W<br>Bothell, WA 98021 | **2 year computer contract started February 2010.** |

**0**

___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

In re   **Precision Airmotive LLC**       ,    Case No. _____

                                     Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **See Attachment to Schedule H** | |

**0**

_____ continuation sheets attached to Schedule of Codebtors

# Attachment to Schedule H

| Name and Address of Codebtor | | | | | | | Liability | Name and Address of Creditor |
|---|---|---|---|---|---|---|---|---|
| Avco Corporation | c/o Veronica Winter Saltz | Saltz Matkov, P.C. | 992 Old Eagle School Rd Ste 412 | Wayne | PA | 19087 | Counterclaim Defendant in Avco Corporation v. Precision Airmotive LLC (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Avco Corporation v. Precision Airmotive LLC (uninsured matter); see Answer to SOFA Q4 |
| AVStar Fuel Systems, Inc. | c/o Veronica Winter Saltz | Saltz Matkov, P.C. | 992 Old Eagle School Rd Ste 412 | Wayne | PA | 19087 | Counterclaim Defendant in Avco Corporation v. Precision Airmotive LLC (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Avco Corporation v. Precision Airmotive LLC (uninsured matter); see Answer to SOFA Q4 |
| Aero Accessories, Inc. | c/o Geoffrey M. Grindeland | Mills Meyers Swartling | 1000 Second Ave., 30th floor | Seattle | WA | 98104 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Auburn Flight Service Inc | c/o Sonn, David E | Jeffers Danielson Sonn & Aylward PS | 2600 Chester Kimm Rd | Wenatchee | WA | 98801 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Avco Corp | c/o Fonda, Rodney Q. | Cozen O'Connor | 1201 Third Ave, Ste 5200 | Seattle | WA | 98101 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Crest Airpark, Inc. | c/o David Ernst | Bullivant Houser Bailey PC | 1601 Fifth Ave Ste. 2300 | Seattle | WA | 98101 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Estate of Brenda L. Houston | c/o Northcraft, Mark Steven | Northcraft Bigby & Biggs PC | 819 Virginia St, Ste C-2 | Seattle | WA | 98101 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Forward Technologies Industries Inc | c/o Francis S. Floyd | Floyd, Pfleuger & Ringer P.S. | 300 Trianon Building 2505 Third Avenue | Seattle | WA | 98121 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Marvel-Schebler | c/o Geoffrey M. Grindeland | Mills Meyers Swartling | 1000 Second Ave., 30th floor | Seattle | WA | 98104 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Paul Thomas Crews | c/o Northcraft, Mark Steven | Northcraft Bigby & Biggs PC | 819 Virginia St, Ste C-2 | Seattle | WA | 98101 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Premier Aircraft Engines Inc | c/o David J. Sweeney | Brownstein Rask Sweeney Kerr Grim, et al | 1200 SW Main St | Portland | OR | 97205 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Synergy Systems, Inc. | c/o William Harrison Walsh | Corr Cronin Michelson | 1001 Fourth Ave, Ste 3900 | Seattle | WA | 98154 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |

# Attachment to Schedule H

| Name and Address of Codebtor | | | | | | Liability | Name and Address of Creditor |
|---|---|---|---|---|---|---|---|
| Tempest Plus Marketing Group LLC | c/o Geoffrey M. Grindeland | Mills Meyers Swartling | 1000 Second Ave., 30th floor | Seattle | WA 98104 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Volare Carburetors LLC. | c/o Geoffrey M. Grindeland | Mills Meyers Swartling | 1000 Second Ave., 30th floor | Seattle | WA 98104 | Co-defendant in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Becker, et ano. v. Avco Corp. et al. (uninsured matter); see Answer to SOFA Q4 |
| Aerostar Aircraft Corporation | c/o Christopher Edson Knight | Fowler White Burnett | 1395 Brickell Ave, 14th Fl | Miami | FL 33131-3302 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| Aerostar Aircraft Corporation | c/o Helaine S. Goodner | Fowler White Burnett | 1395 Brickell Ave, 14th Fl | Miami | FL 33131-3302 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| Aerostar Aircraft Corporation | c/o Richard Paul Morris | Fowler White Burnett | 1395 Brickell Ave, 14th Fl | Miami | FL 33131-3302 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| Airmech Incorporated | c/o Wallace Clifton Magathan, III | Law Offices of Wallace C. Magathan | 9350 S Dixie Hwy, Ste 1000 | Miami | FL 33156 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| American Aviation Inc. | c/o Christopher Edson Knight | Fowler White Burnett | 1395 Brickell Ave, 14th Fl | Miami | FL 33131-3302 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| American Aviation Inc. | c/o Helaine S. Goodner | Fowler White Burnett | 1395 Brickell Ave, 14th Fl | Miami | FL 33131-3302 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| American Aviation Inc. | c/o Richard Paul Morris | Fowler White Burnett | 1395 Brickell Ave, 14th Fl | Miami | FL 33131 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| Crane Aerospace & Electronics a divi-sion of Crane Co. | c/o Juan Ricardo Serrano | Griffin & Serrano | 707 SE 3rd Ave, 6th Floor | Fort Lauderdale | FL 33316 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |

| Name and Address of Codebtor | | | | | | Liability | Name and Address of Creditor |
|---|---|---|---|---|---|---|---|
| Hartzell Propeller, Inc. | c/o Frank Bradley Hassell | Hassell Moorhead & Carroll | 1616 Concierge Blvd, Ste 100 | Daytona Beach | FL 32117 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| Lycoming Engines | c/o John P. O'Flanagan , III | Banker Lopez Gassler P.A. | 501 E Kennedy Blvd, Ste 1500 | Tampa | FL 33602 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| Mike's Aircraft Fuel Metering Service, Inc. | | | | | | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| Teledyne Continental Motors, Inc. | c/o Dennis M. O'Hara | Wicker Smith Tutan O'Hara McCoy Graham & Ford | 515 E Las Olas Blvd, Ste 1400 | Fort Lauderdale | FL 33301 | Co-defendant in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Bradford v. Aerostar Aircraft Corporation et al. (uninsured matter); see Answer to SOFA Q4 |
| Avco Corp. | c/o James Robinson | Cozen O'Connor | 1900 Market Street | Philadelphia | PA 19103 | Co-defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |
| Champion Aerospace LLC | c/o Ralph Pagano | Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP | Tower 49 Twelve East 49th Street, 31st Floor | New York | NY 10017 | Co-defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |
| James Robinson | Cozen O'Connor | 1900 Market Street | | Philadelphia | PA 19103 | Attorney for Defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |
| James Stroud | Rowel & Henderson LLP | 1339 Chestnut Street | The Widener Building, 16th Floor | Philadelphia | PA 19107 | Attorney for Defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |
| Lycoming | c/o James Robinson | Cozen O'Connor | 1900 Market Street | Philadelphia | PA 19103 | Co-defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |
| Schweizer Aircraft Corporation | c/o James Stroud | Rawle & Henderson LLP | 1339 Chestnut Street The Widener Building, 16th Floor | Philadelphia | PA 19107 | Co-defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |

| Name and Address of Codebtor | | | | | | | Liability | Name and Address of Creditor |
|---|---|---|---|---|---|---|---|---|
| Schweizer Holdings, Inc. | c/o James Stroud | Rawle & Henderson LLP | 1339 Chestnut Street The Widener Building, 16th Floor | Philadelphia | PA | 19107 | Co-defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |
| Sikorsky Aircraft Corporation | c/o James Stroud | Rawle & Henderson LLP | 1339 Chestnut Street The Widener Building, 16th Floor | Philadelphia | PA | 19107 | Co-defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |
| Textron Systems Corporation | c/o James Robinson | Cozen O'Connor | 1900 Market Street | Philadelphia | PA | 19103 | Co-defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |
| Textron, Inc. | c/o James Robinson | Cozen O'Connor | 1900 Market Street | Philadelphia | PA | 19103 | Co-defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |
| United Technologies Corporation | c/o James Stroud | Rawle & Henderson LLP | 1339 Chestnut Street The Widener Building, 16th Floor | Philadelphia | PA | 19107 | Co-defendant in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Lewis et al. v. Lycoming et al. (uninsured matter); see Answer to SOFA Q4 |
| Aircraft Inspection & Repair, LLC | Clifford R. Magee | Magee Law | PO Box 701800 | Tulsa | OK | 74170-1800 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Arthur Allen Couch, Deceased | Bradley K. Donnell | McAfee & Taft PC | 211 N Robinson, 10th Fl | Oklahoma City | OK | 73102-7103 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Arthur Allen Couch, Deceased | Rodney K. Hunsinger | McAfee & Taft PC | 211 N Robinson, 10th Fl | Oklahoma City | OK | 73102-7103 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Atkinson Haskins Nellis et al. | ParkCentre Bldg, 12th Floor | 525 South Main Street | | Tulsa | OK | 74103 | Attorney for Defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| C. Todd Ward | Fenton, Fenton, Smith, Reneau & Moon, P.C. | 211 N. Robinson | Suite 800N | Oklahoma City | OK | 73102 | Attorney for Defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |

# Attachment to Schedule H

| Name and Address of Codebtor | | | | | | | Liability | Name and Address of Creditor |
|---|---|---|---|---|---|---|---|---|
| Camtronics LLC aka Camtronics Avionics | Scott R. Helton | Heroux & Helton | 6120 S Yale Ave Ste 1800 | Tulsa | OK | 74136 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Camtronics LLC aka Camtronics Avionics | Lauren A. Pierce | Heroux & Helton | 6120 S Yale Ave Ste 1800 | Tulsa | OK | 74136 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Clifford A. Magee | PO Box 701800 | | | Tulsa | OK | 74170 | Attorney for Defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Double A-C, LLC | Bradley K. Donnell | McAfee & Taft PC | 211 N Robinson, 10th Fl | Oklahoma City | OK | 73102-7103 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Double A-C, LLC | Rodney K. Hunsinger | McAfee & Taft PC | 211 N Robinson, 10th Fl | Oklahoma City | OK | 73102-7103 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Heroux & Helton PLLC | Williams Center Tower I | One West Third Street | Suite 1750 | Tulsa | OK | 74103 | Attorney for Defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Honeywell International, Inc. | Phil R. Richards | 12th Floor, Park Centre Bldg. | 525 S Main Stret | Tulsa | OK | 74103 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Honeywell International, Inc. | Sherri Rich Ginger | Ambrecht Jackson LLP | 63 S Royal St, 13th Fl | Mobile | AL | 36602 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Kristen M. Couch | Bradley K. Donnell | McAfee & Taft PC | 211 N Robinson, 10th Fl | Oklahoma City | OK | 73102-7103 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |

| Name and Address of Codebtor | | | | | | | Liability | Name and Address of Creditor |
|---|---|---|---|---|---|---|---|---|
| Kristen M. Couch | Rodney K. Hunsinger | McAfee & Taft PC | 211 N Robinson, 10th Fl | Oklahoma City | OK | 73102-7103 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Lycoming Engines | Mark McPhail | The Tower, Suite 1750 | 1601 NW Expresway | Oklahoma City | OK | 73118 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Lycoming Engines | Charles H. Smith | 3030 Lincoln Plaza | 500 N Akard Street | Dallas | TX | 75201 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| McAfee & Taft | 1717 S. Boulder | Suite 900 | | Tulsa | OK | 74119 | Attorney for Defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Oklahoma Gas & Electric, Co. | Rod L. Cook | Fenton, Fenton, Smith Reneau & Moon | 211 N Robinson Ave Ste 800N | Oklahoma City | OK | 73102 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Richards & Connor | ParkCentre Bldg, 12th Floor | 525 South Main Street | | Tulsa | OK | 74103 | Attorney for Defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Roadhouse Aviation, LLC | 8515 Airport Way | | | Tulsa | OK | 74132-4000 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Rod L. Cook | Rainey Law Firm | 105 N. Hudson | Suite 650 | Oklahoma City | OK | 73102 | Attorney for Defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Rose Aviation Service Inc. | S. Greg Pittman | Winters & King, Inc. | 2448 E 81st St, St 5900 | Tulsa | OK | 74137-4259 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |

| Name and Address of Codebtor | | | | | | | Liability | Name and Address of Creditor |
|---|---|---|---|---|---|---|---|---|
| Sherri R. Ginger | Armbrecht Jackson LLP | 63 South Royal Street | 13th Floor Riverview Plaza | Mobile | AL | 36602 | Attorney for Defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Spradling Kennedy & McPhail | 1601 NW Expressway | Suite 1750 | | Oklahoma City | OK | 73118 | Attorney for Defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| The Estate of Arthur Allen Couch | Bradley K. Donnell | McAfee & Taft PC | 211 N Robinson, 10th Fl | Oklahoma City | OK | 73102-7103 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| The Estate of Arthur Allen Couch | Rodney K. Hunsinger | McAfee & Taft PC | 211 N Robinson, 10th Fl | Oklahoma City | OK | 73102-7103 | Co-defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Winters King & Associates | 2448 East 81st Street | CityPlex Towers | Suite 5900 | Tulsa | OK | 74137 | Attorney for Defendant in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in Melissa Leigh Toppins v. Aircraft Inspection and Repair LLC, et al. (uninsured matter); see Answer to SOFA Q4 |
| Aircraft Systems Inc | | | | | | | Defendant in McKee v. Aircraft Systems, Inc., et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in McKee v. Aircraft Systems, Inc., et al. (uninsured matter); see Answer to SOFA Q4 |
| Teledyne Continental Motors, Inc. | | | | | | | Defendant in McKee v. Aircraft Systems, Inc., et al. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in McKee v. Aircraft Systems, Inc., et al. (uninsured matter); see Answer to SOFA Q4 |
| Smith Amundson LLC | 150 N Michigan, #3300 | | | Chicago | IL | 60601 | Attorney for Defendant Aircraft Systems in McKee v. Aircraft Systems, Inc. (uninsured matter); see Answer to SOFA Q4 | Plaintiffs in McKee v. Aircraft Systems, Inc. (uninsured matter); see Answer to SOFA Q4 |

# United States Bankruptcy Court
## Western District of Washington

In re __Precision Airmotive LLC_____     Case No. _____
                                                  Debtor(s)     Chapter __11_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __37__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __December 7, 2012_____     Signature __/s/ Scott L. Grafenauer_____
                                                   __Scott L. Grafenauer__
                                                   __President__

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re   **Precision Airmotive LLC**                                      Case No.                         
                                           Debtor(s)                  Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,988,831.00** | **2011: Sales** |
| **$7,573,355.00** | **2010: Sales** |
| **$7,307,729.00** | **2012 YTD: Sales** |

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,027.00 | 2012 YTD: Interest Income |
| $3,521.00 | 2011: Interest Income |
| $4,534.00 | 2010: Interest Income |
| $288,000.00 | 2012 YTD: Dividends received from Precision Airmotive International Inc. |
| $260,000.00 | 2011: Dividends received from Precision Airmotive International Inc. |
| $260,000.00 | 2010: Dividends received from Precision Airmotive International Inc. |
| $1,267.00 | 2012 YTD: Royalties |
| $1,638.00 | 2011: Royalties |
| $1,626.00 | 2010: Royalties |
| $8,901.00 | 2012 YTD: Workers Comp Retro Refund |
| $6,187.00 | 2011: Workers Comp Retro Refund |
| $4,241.00 | 2010: Workers Comp Retro Refund |
| $300.00 | 2012 YTD: Sold Fixed Assets |
| $360.00 | 2010: Sold Fixed Assets |
| $65.00 | 2012 YTD: Deposition |
| $603.00 | 2012 YTD: Labor Charged Out |
| $381.00 | 2011: Parts Sold to Scrap Dealer |
| $748.00 | 2012 YTD: Misc. |
| $36.00 | 2011: Misc. |
| $176.00 | 2010: Misc. |

## 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR<br>**See Answer to SOFA Q 3b attached** | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS<br>**$2,082,049.37** | AMOUNT STILL<br>OWING<br>**$76,077.04** |
|---|---|---|---|

None
☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR<br>**See Answer to SOFA Q 3c attached** | DATE OF PAYMENT<br>**12/1/2011 - 11/29/2012** | AMOUNT PAID<br>**$608,641.33** | AMOUNT STILL<br>OWING<br>**$0.00** |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER<br>**See Answer to SOFA Q 4 attached** | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Junior Diabetes Research Foundation**<br>**1215 Fourth Avenue**<br>**Suite 1400**<br>**Seattle, WA 98161** | | **04/06/2012** | **$8,000.00** |
| **Junior Diabetes Research Foundation**<br>**1215 Fourth Avenue**<br>**Suite 1400**<br>**Seattle, WA 98161** | | **06/15/2012** | **$1,000.00** |
| **Snohomish United Youth Girls Soccer**<br>**27 Pine Street**<br>**Snohomish, WA 98290** | | **06/07/2012** | **$300.00**<br>**Youth Soccer Support** |
| **Davis Carson Memorial**<br>**Community Resources Foundation**<br>**P.O. Box 935**<br>**Stanwood, WA 98292** | | **07/02/2012** | **$250.00**<br>**Hose sponsorship at golf tournament.** |

## 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Perkins Coie LLP - Seattle**<br>**1201 3rd Avenue**<br>**Suite 4900**<br>**Seattle, WA 98101-3099** | **11/5/2012** | **$100,000.00** |

## 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Coastal Community Bank**☐<br>**2817 Colby Avenue**<br>**Everett, WA 98201** | **Closed checking account 0679; balance transferred to account 0520** | **$452,819.04   10/19/2011** |

**12. Safe deposit boxes**

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Precision Airmotive International Inc**☐ | 26-3528834☐ | **14800 40th Ave NE Marysville, WA 98271** | **Foreign sales corporation** | **10/14/2008 to present**☐ |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                                         DATES SERVICES RENDERED
**Konkler, Kerry D**                                                                                     **February 2008 to present**
**7819 W Glen Drive**
**Everett, WA 98203**

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                         ADDRESS                                   DATES SERVICES RENDERED
**Moss Adams LLP**                           **2707 Colby Ave**                        **2010 and 2011**
                                             **Suite 801**
                                             **Everett, WA 98201**

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                             ADDRESS
**Konkler, Kerry D**                                             **7819 W Glen Drive**
                                                                 **Everett, WA 98203**

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                 DATE ISSUED
**Costal Community Bank**
**2817 Colby Ave**
**Everett, WA 98201**

**20. Inventories**

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **Precision Airmotive LLC takes daily cycle counts of the inventory.** | **Kirk Wenzel, purchasing and warehouse manager, is responible for coordinating the daily counts and has custody of the records** | **$2,093,740.00  (Cost basis)** |

None
☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **Precision Airmotive LLC takes daily cycle counts of the inventory.** | **Kirk Wenzel**<br>**10011 50th Place W**<br>**Mukilteo, WA 98275** |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Precision Airmotive Holdings LLC, A Nevada Corporation**<br>**14800 40th Ave NE**<br>**Marysville, WA 98271** | | **100% ownership interest in Precision Airmotive LLC** |
| **Scott Grafenauer**<br>**1909 143rd St NW**<br>**Marysville, WA 98271** | **Member** | **50% ownership interest in Precision Airmotive Holdings LLC** |
| **Linda Grafenauer**<br>**1909 143rd St NW**<br>**Marysville, WA 98271** | **Member** | **40% ownership interest in Precision Airmotive Holdings LLC** |
| **Roger Hall**<br>**378 Campbell Ave**<br>**Mukilteo, WA 98275** | **Member** | **10% ownership interest in Precision Airmotive Holdings LLC** |
| **Scott Grafenauer**<br>**1909 143rd St NW**<br>**Marysville, WA 98271** | **Sole Manager** | **Precision Airmotive LLC** |

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Scott Grafenauer<br>1909 143rd St NW<br>Marysville, WA 98271 | 12/15/2011 Draw | $90,000.00 |
| Scott Grafenauer<br>1909 143rd St NW<br>Marysville, WA 98271 | 4/18/2012 Draw | $112,500.00 |
| Scott Grafenauer<br>1909 143rd St NW<br>Marysville, WA 98271 | 05/15/2012 Draw | $49,500.00 |
| United States Treasury<br>Internal Revenue Service<br>PO Box 510000<br>San Francisco, CA 94151-5100 | 1/10/2012 Income tax payment on behalf of Scott Grafenauer | $205,000.000 |
| United States Treasury<br>Internal Revenue Service<br>PO Box 510000<br>San Francisco, CA 94151-5100 | 4/10/2012 Income tax payment on behalf of Scott Grafenauer | $16,382.00 |
| United States Treasury<br>Internal Revenue Service<br>PO Box 510000<br>San Francisco, CA 94151-5100 | 4/10/2012 Income tax payment on behalf of Scott Grafenauer | $227,460.00 |
| Colorado Department of Revenue<br>1375 Sherman Street<br>Denver, CO 80261 | 4/10/2012 Income tax payment on behalf of Scott Grafenauer | $417.00 |
| United States Treasury<br>Internal Revenue Service<br>PO Box 510000<br>San Francisco, CA 94151-5100 | 4/11/2012 Income tax payment on behalf of Scott Grafenauer | $94.00 |
| United States Treasury<br>Internal Revenue Service<br>PO Box 510000<br>San Francisco, CA 94151-5100 | 6/1/2012 Income tax payment on behalf of Scott Grafenauer | $227,460.00 |
| Roger Hall<br>378 Campbell Ave<br>Mukilteo, WA 98275 | 7/31/2012 Draw | $40,500.00 |
| United States Treasury<br>Internal Revenue Service<br>PO Box 510000<br>San Francisco, CA 94151-5100 | 1/5/2012 Income tax payment on behalf of Roger Hall | $14,720.00 |
| United States Treasury<br>Internal Revenue Service<br>PO Box 510000<br>San Francisco, CA 94151-5100 | 4/10/2012 Income tax payment on behalf of Roger Hall | $22,740.00 |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **United States Treasury Internal Revenue Service PO Box 510000 San Francisco, CA 94151-5100** | **4/10/2012 Income tax payment on behalf of Roger Hall** | **$20,753.00** |
| **United States Treasury Internal Revenue Service PO Box 510000 San Francisco, CA 94151-5100** | **6/1/2012 Income tax payment on behalf of Roger Hall** | **$22,740.00** |
| **Roger Hall 378 Campbell Ave Mukilteo, WA 98275** | **12/15/2011 Draw** | **$4,000.00** |
| **Roger Hall 378 Campbell Ave Mukilteo, WA 98275** | **4/18/2012 Draw** | **$5,000.00** |
| **Roger Hall 378 Campbell Ave Mukilteo, WA 98275** | **5/15/2012 Draw** | **$2,200.00** |

### 24. Tax Consolidation Group.

None ☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Precision Airmotive Holdings, LLC** | **26-1108975** |

### 25. Pension Funds.

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **December 7, 2012**                    Signature **/s/ Scott L. Grafenauer**

**Scott L. Grafenauer**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| A.D.P. | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 9/13/2012 | $186.46 | |
| A.D.P. | 18703 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 9/27/2012 | $269.16 | |
| A.D.P. | 18704 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 10/10/2012 | $186.46 | |
| A.D.P. | 18705 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 10/24/2012 | $269.16 | |
| A.D.P. | 18706 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 11/8/2012 | $206.26 | |
| A.D.P. | 18707 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 11/20/2012 | $186.46 | |
| A.D.P. | 18708 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 11/27/2012 | $82.70 | |
| ACE USA | DEPT. CH 14089 | PALATINE | IL | 0055-408 | 9/19/2012 | $2,500.00 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 9/6/2012 | $59,006.23 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 9/20/2012 | $58,746.86 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 10/4/2012 | $58,933.35 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 10/18/2012 | $58,467.99 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 10/29/2012 | $58,953.33 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 11/15/2012 | $65,347.39 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 11/28/2012 | $49,028.82 | |

Answer to SOFA Q 3b

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|------|---------|------|-------|-----|-------------------|-------------|--------------------|
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 9/6/2012 | $15,758.14 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 9/20/2012 | $15,636.67 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 10/4/2012 | $15,600.50 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 10/18/2012 | $15,333.55 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 10/29/2012 | $15,508.64 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 11/15/2012 | $19,044.91 | |
| ADP Payroll | 18702 NORTH CREEK PKWY. SUITE 100 | BOTHELL | WA | 98011 | 11/28/2012 | $10,993.02 | |
| AFLAC | 1932 WYNNTON ROAD | COLUMBUS | GA | 1993-860 | 9/11/2012 | $408.42 | $424.02 |
| AFLAC | 1933 WYNNTON ROAD | COLUMBUS | GA | 1993-860 | 10/10/2012 | $408.42 | |
| AFLAC | 1934 WYNNTON ROAD | COLUMBUS | GA | 1993-860 | 11/14/2012 | $408.42 | |
| Air Components | 10235 Indiana Ct. | RANCHO CUCAM | CA | 91730 | 11/21/2012 | $989.00 | $1,675.00 |
| Air Components | 10235 Indiana Ct. | RANCHO CUCAM | CA | 91730 | 11/28/2012 | $832.00 | |
| ALAN JESMER | 2104 106TH ST S.W. | EVERETT | WA | 98204 | 10/10/2012 | $50.29 | |
| ALAN JESMER | 2104 106TH ST S.W. | EVERETT | WA | 98204 | 10/24/2012 | $50.29 | |
| ALAN JESMER | 2104 106TH ST S.W. | EVERETT | WA | 98204 | 11/21/2012 | $50.29 | |
| ALISA BRODKOWITZ, ATTY AT LAW P.S. | 15781 Vine Street, Suite 202 | SEATTLE | WA | 98121 | 9/17/2012 | $50,000.00 | |
| American Express | PO Box 53852 | PHOENIX | AZ | 5072-385 | 11/7/2012 | $17.22 | |
| AMETEK B&S AIRCRAFT PARTS & ACCESS | 1414 Mosley | WICHITA | KS | 67211 | 9/11/2012 | $1,126.83 | |
| AMETEK B&S AIRCRAFT PARTS & ACCESS | 1414 Mosley | WICHITA | KS | 67211 | 10/10/2012 | $644.89 | |

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| AMETEK B&S AIRCRAFT PARTS & ACCESS | 1414 Mosley | WICHITA | KS | 67211 | 11/21/2012 | $380.48 | |
| ASSOCIATED SPRING | 226 South Center St. | CORRY | PA | 6407-199 | 10/24/2012 | $2,298.00 | |
| ASW GROUP RETRO | PO BOX 84242 | SEATTLE | WA | 8124-554 | 10/24/2012 | $480.06 | |
| ASW, INC. | PO BOX 84242 | SEATTLE | WA | 8124-554 | 10/17/2012 | $142.50 | |
| AT&T MOBILITY | PO BOX 6463 | CAROL STREAM | IL | 0197-646 | 9/19/2012 | $506.00 | |
| AT&T MOBILITY | PO BOX 6463 | CAROL STREAM | IL | 0197-646 | 10/17/2012 | $517.56 | |
| AT&T MOBILITY | PO BOX 6463 | CAROL STREAM | IL | 0197-646 | 11/14/2012 | $506.37 | |
| ATTCO MACHINE PRODUCTS | 2411 FOUNDATION DRIVE | SOUTH BEND | IN | 6628-142 | 9/11/2012 | $5,375.00 | |
| ATTCO MACHINE PRODUCTS | 2411 FOUNDATION DRIVE | SOUTH BEND | IN | 6628-142 | 10/24/2012 | $4,312.50 | |
| AUBURN MANUFACTURING COMPANY | 29 STACK STREET | MIDDLETOWN | CT | 6457-227 | 10/3/2012 | $1,492.50 | |
| AUBURN MANUFACTURING COMPANY | 29 STACK STREET | MIDDLETOWN | CT | 6457-227 | 10/24/2012 | $1,492.50 | |
| AUBURN MANUFACTURING COMPANY | 29 STACK STREET | MIDDLETOWN | CT | 06457-2274 | 11/14/2012 | $394.56 | |
| AVIALL | PO BOX 842267 | DALLAS | TX | 75284-2267 | 9/19/2012 | $50.70 | |
| AVIALL | PO BOX 842267 | DALLAS | TX | 75284-2267 | 9/19/2012 | $126.51 | |
| AVIALL MARKETING | PO BOX 619048 | DALLAS | TX | 75261-9048 | 10/4/2012 | $750.00 | |
| BANC OF AMERICA LEASING | LEASE ADMINISTRATION CENTER , PO BOX 405874 | ATLANTA | GA | 30384-5874 | 9/26/2012 | $375.76 | $881.85 |

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| BANC OF AMERICA LEASING | LEASE ADMINISTRATION CENTER , PO BOX 405874 | ATLANTA | GA | 30384-5874 | 10/31/2012 | $375.76 | |
| BANC OF AMERICA LEASING | LEASE ADMINISTRATION CENTER , PO BOX 405874 | ATLANTA | GA | 30384-5874 | 11/28/2012 | $375.76 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 9/19/2012 | $202.00 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 10/24/2012 | $1,792.18 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 9/27/2012 | $1,280.47 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 10/24/2012 | $493.93 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 9/19/2012 | $1,624.08 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 10/24/2012 | $755.73 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 9/27/2012 | $802.48 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 10/24/2012 | $1,815.94 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 9/19/2012 | $122.67 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 10/24/2012 | $41.27 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 9/19/2012 | $32.23 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 9/19/2012 | $97.41 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 10/24/2012 | $2,942.33 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 11/21/2012 | $811.52 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 11/21/2012 | $362.76 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 11/21/2012 | $801.29 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 11/21/2012 | $76.46 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 11/21/2012 | $9.57 | |
| BANKCARD CENTER | 1550 N. Brown Road, Ste. 150 | LAWRENCEVILLE | GA | 30043 | 11/28/2012 | $3,308.76 | |
| BILL'S BLUEPRINT, INC. | 2920 ROCKEFELLER AVE. | EVERETT | WA | 98201 | 10/3/2012 | $53.52 | |
| BLEVINS SCREW PRODUCTS | 1838 REMELL STREET | FLINT | MI | 48503 | 9/5/2012 | $1,535.00 | |
| BLEVINS SCREW PRODUCTS | 1838 REMELL STREET | FLINT | MI | 48503 | 9/19/2012 | $478.80 | |

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|------|---------|------|-------|-----|-------------------|-------------|---------------------|
| BLEVINS SCREW PRODUCTS | 1838 REMELL STREET | FLINT | MI | 48503 | 11/14/2012 | $6,465.00 | |
| BMW BANK OF NORTH AMERICA | Regional Service Center, PO Box 3608 | DUBLIN | OH | 43016-0306 | 9/11/2012 | $881.85 | |
| BMW BANK OF NORTH AMERICA | Regional Service Center, PO Box 3608 | DUBLIN | OH | 43016-0306 | 10/3/2012 | $881.85 | |
| BMW BANK OF NORTH AMERICA | Regional Service Center, PO Box 3608 | DUBLIN | OH | 43016-0306 | 11/7/2012 | $881.85 | |
| CAPLUGS - PROTECTIVE INDUSTRIES | 2150 Elmwood Avenue | BUFFALO | NY | 14027 | 9/5/2012 | $497.40 | |
| CHARLES SCHWAB TRUST COMPANY | 12401 Research Blvd. | AUSTIN | TX | 78759 | 9/5/2012 | $7,481.50 | |
| CHARLES SCHWAB TRUST COMPANY | 12401 Research Blvd. | AUSTIN | TX | 78759 | 9/18/2012 | $7,488.86 | |
| CHARLES SCHWAB TRUST COMPANY | 12401 Research Blvd. | AUSTIN | TX | 78759 | 10/3/2012 | $7,475.28 | |
| CHARLES SCHWAB TRUST COMPANY | 12401 Research Blvd. | AUSTIN | TX | 78759 | 10/15/2012 | $7,348.87 | |
| CHARLES SCHWAB TRUST COMPANY | 12401 Research Blvd. | AUSTIN | TX | 78759 | 10/29/2012 | $7,625.00 | |
| CHARLES SCHWAB TRUST COMPANY | 12401 Research Blvd. | AUSTIN | TX | 78759 | 11/12/2012 | $8,623.01 | |
| CHARLES SCHWAB TRUST COMPANY | 12401 Research Blvd. | AUSTIN | TX | 78759 | 11/21/2012 | $594.90 | |
| CHARLES SCHWAB TRUST COMPANY | 12401 Research Blvd. | AUSTIN | TX | 78759 | 11/26/2012 | $6,403.18 | |
| CHICAGO WILCOX MFG. CO. | 16928 STATE ST , P.O. BOX 126 | SOUTH HOLLAND | IL | 60473-2841 | 10/31/2012 | $420.00 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| CITY OF MARYSVILLE | 1049 State Avenue | MARYSVILLE | WA | 98270-4234 | 10/10/2012 | $858.56 | |
| COASTAL COMMUNITY BANK | 2817 COLBY AVENUE | EVERETT | WA | 98201 | 9/18/2012 | $16,251.83 | |
| COASTAL COMMUNITY BANK | 2817 COLBY AVENUE | EVERETT | WA | 98201 | 10/22/2012 | $15,815.04 | |
| COASTAL COMMUNITY BANK | 2817 COLBY AVENUE | EVERETT | WA | 98201 | 11/26/2012 | $15,815.04 | |
| COASTAL COMMUNITY BANK | 2817 COLBY AVENUE | EVERETT | WA | 98201 | 9/30/2012 | $220.20 | |
| COASTAL COMMUNITY BANK | 2817 COLBY AVENUE | EVERETT | WA | 98201 | 10/31/2012 | $325.20 | |
| COMCAST | PO BOX 34744 | SEATTLE | WA | 98124-1744 | 9/19/2012 | $116.90 | |
| COMCAST | PO BOX 34744 | SEATTLE | WA | 98124-1744 | 10/10/2012 | $116.90 | |
| COMCAST | PO BOX 34744 | SEATTLE | WA | 98124-1744 | 11/14/2012 | $116.90 | |
| Compressed Air Systems | 4019 141st Place NW | MARYSVILLE | WA | 98271 | 11/7/2012 | $463.50 | |
| Costco Membership | PO Box 34783 | SEATTLE | WA | 98124-1783 | 11/14/2012 | $110.00 | |
| Craftech Industries Inc. | 8 Dock Street, PO Box 636 | HUDSON | NY | 12534 | 11/21/2012 | $262.50 | |
| CUTTING TOOL CONTROL | 1411 N.W. 51ST ST. | SEATTLE | WA | 98107 | 9/11/2012 | $115.20 | |
| DAVID MIDDLETON | 502 HEMLOCK AVE | GRANITE FALLS | WA | 98252 | 10/31/2012 | $31.28 | |
| DAVID MIDDLETON | 502 HEMLOCK AVE | GRANITE FALLS | WA | 98252 | 11/7/2012 | $47.74 | |
| DEPARTMENT OF STATE | NATIONAL PASSPORT PROCESSING CENTER, PO BOX 90155 | PHILADELPHIA | PA | 19190-0155 | 10/26/2012 | $110.00 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| DEPT OF LABOR & INDUSTRIES | PO BOX 24106 | SEATTLE | WA | 98124-6524 | 10/10/2012 | $7,112.23 | |
| DEPT OF LABOR & INDUSTRIES | L&I ELEVATOR SECTION, PO BOX 44480 | OLYMPIA | WA | 98504-4480 | 10/10/2012 | $114.10 | |
| DONNA WILLIAMS | P.O. BOX 1621 | MUKILTEO | WA | 98275 | 9/26/2012 | $258.13 | |
| DONNA WILLIAMS | P.O. BOX 1621 | MUKILTEO | WA | 98275 | 10/31/2012 | $277.50 | |
| DOUGLAS JONES | P. O. BOX 66 | DARRINGTON | WA | 98241 | 10/10/2012 | $83.25 | |
| EAA AIRVENTURE OSHKOSH | PO BOX 3043 | OSHKOSH | WI | 54903-3043 | 10/17/2012 | $4,829.44 | |
| ELECTRONIC BUSINESS MACHINES,INC. | 802 134TH ST SW #170 | EVERETT | WA | 98204 | 9/19/2012 | $170.37 | |
| ELECTRONIC BUSINESS MACHINES,INC. | 802 134TH ST SW #170 | EVERETT | WA | 98204 | 10/24/2012 | $197.61 | |
| ELECTRONIC BUSINESS MACHINES,INC. | 802 134TH ST SW #170 | EVERETT | WA | 98204 | 11/28/2012 | $121.69 | |
| Enoch Manufacturing | PO Box 5087 | PORTLAND | OR | 97208-5087 | | | $5,916.00 |
| ERIC MUELLER | 11723 62ND AVENUE SE | SNOHOMISH | WA | 98296 | 10/24/2012 | $43.65 | |
| ETA GLOBAL INC. | 5500 W. Oak St. | PALESTINE | TX | 75801 | 9/26/2012 | $4,967.72 | $4,255.00 |
| EVERETT SOUND MACHINE | 2802 WEST MARINE VIEW DRIVE | EVERETT | WA | 98201 | 9/26/2012 | $60.06 | |
| Everett Stamp | 2933 Wetmore Ave | EVERETT | WA | 98206 | 11/7/2012 | $48.49 | |
| Evergreen State Heat & AC Inc. | 2120 Pacific Avenue | EVERETT | WA | 98201-4438 | 11/14/2012 | $389.82 | |
| EXACTO SPRING COMPANY | 1201 HICKORY ST PO BOX 24 | GRAFTON | WI | 53204-0024 | 9/19/2012 | $328.35 | |
| EXACTO SPRING COMPANY | 1201 HICKORY ST PO BOX 24 | GRAFTON | WI | 53204-0024 | 10/3/2012 | $787.50 | |
| FLIGHTCRAFT INC. | 7777 NE AIRPORT WAY | PORTLAND | OR | 97218 | 10/24/2012 | $2,770.00 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| FRONTIER | P.O. BOX 2951 | PHOENIX | AZ | 85062-2951 | 9/26/2012 | $40.38 | |
| FRONTIER | P.O. BOX 2951 | PHOENIX | AZ | 85062-2951 | 10/31/2012 | $40.21 | |
| FRONTIER | P.O. BOX 2951 | PHOENIX | AZ | 85062-2951 | 11/28/2012 | $40.59 | |
| FULTON BELLOWS LLC | 2801 Red Dog Lane | KNOXVILLE | TN | 37914 | 9/5/2012 | $14,362.00 | |
| GLOBAL CALIBRATION SERVICES LLC | 502 S LUCILE ST. | SEATTLE | WA | 98108-2507 | 9/5/2012 | $790.50 | $1,270.00 |
| GLOBAL CALIBRATION SERVICES LLC | 502 S LUCILE ST. | SEATTLE | WA | 98108-2507 | 9/26/2012 | $1,065.00 | |
| GLOBAL CALIBRATION SERVICES LLC | 502 S LUCILE ST. | SEATTLE | WA | 98108-2507 | 11/7/2012 | $839.00 | |
| GLOBAL CALIBRATION SERVICES LLC | 502 S LUCILE ST. | SEATTLE | WA | 98108-2507 | 11/14/2012 | $1,105.00 | |
| GREAT LITTLE BOX COMPANY | 1500 INDUSTRY STREET SUITE 100 | EVERETT | WA | 98203 | 9/19/2012 | $568.26 | |
| GREAT LITTLE BOX COMPANY | 1500 INDUSTRY STREET SUITE 100 | EVERETT | WA | 98203 | 11/7/2012 | $133.51 | |
| HART HEALTH & SAFETY | PO BOX 94044 | SEATTLE | WA | 98124-9444 | 10/17/2012 | $76.99 | |
| HEALTH EQUITY | 15 WEST SCENIC POINTE DR, STE 400 | DRAPER | UT | 84020 | 9/24/2012 | $2,613.85 | |
| HEALTH EQUITY | 15 WEST SCENIC POINTE DR, STE 400 | DRAPER | UT | 84020 | 10/29/2012 | $2,620.75 | |
| HEALTH EQUITY | 15 WEST SCENIC POINTE DR, STE 400 | DRAPER | UT | 84020 | 11/27/2012 | $1,817.30 | |
| HYTEK FINISHES CO. | 8127 S. 216TH ST. E. | KENT | WA | 98032 | 9/11/2012 | $200.00 | |

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| ICL Calibration Laboratories Inc | 1501 Decker Ave, Suite 118 | STUART | FL | 34994 | 11/28/2012 | $330.00 | |
| J.S.&P. Enterprises | 14950 Evendida Anita | CHINO HILLS | CA | 91709-9209 | 11/21/2012 | $230.00 | |
| KARR TUTTLE CAMPBELL | 1201 3RD AVE.  STE 2900 | SEATTLE | WA | 98101-3028 | 9/19/2012 | $1,595.60 | |
| KARR TUTTLE CAMPBELL | 1201 3RD AVE.  STE 2900 | SEATTLE | WA | 98101-3028 | 10/17/2012 | $1,363.25 | |
| KARR TUTTLE CAMPBELL | 1201 3RD AVE.  STE 2900 | SEATTLE | WA | 98101-3028 | 11/14/2012 | $1,763.74 | |
| KARR TUTTLE CAMPBELL | 1201 3RD AVE.  STE 2900 | SEATTLE | WA | 98101-3028 | 11/28/2012 | $7,123.03 | |
| KELLEY'S PERSONAL COMMUNICATIONS | 777 SOUTH STATE ROAD 7 | MARGATE | FL | 33068-2803 | 9/19/2012 | $55.63 | |
| KELLEY'S PERSONAL COMMUNICATIONS | 777 SOUTH STATE ROAD 7 | MARGATE | FL | 33068-2803 | 10/17/2012 | $78.10 | |
| KELLEY'S PERSONAL COMMUNICATIONS | 777 SOUTH STATE ROAD 7 | MARGATE | FL | 33068-2803 | 11/14/2012 | $98.05 | |
| KIRK WENZEL | 10011 50TH PLC W. | MUKILTEO | WA | 98275 | 10/31/2012 | $111.13 | |
| KRUTCH LINDELL TRUST | KRUTCH LINDELL BINGHAM JONES, P.S., 600 UNIVERSITY STREET, SUITE 1701 | SEATTLE | WA | 98101 | 9/27/2012 | $200,000.00 | |
| LANCER LTD. | P.O. BOX 14496 | SPOKANE | WA | 99214-0496 | 10/31/2012 | $126.17 | |
| LeMay Mobile Shredding | PO Box 11630 | TACOMA | WA | 98411-6630 | 11/21/2012 | $217.90 | |
| LIBERTY NORTHWEST | PO BOX 6486 | CAROL STREAM | IL | 60197-6486 | 9/19/2012 | $1,639.00 | |

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|------|---------|------|-------|-----|-------------------|-------------|--------------------|
| LIBERTY NORTHWEST | PO BOX 6486 | CAROL STREAM | IL | 60197-6486 | 10/24/2012 | $15,095.15 | |
| LIBERTY NORTHWEST | PO BOX 6486 | CAROL STREAM | IL | 60197-6486 | 11/28/2012 | $240.00 | |
| LOWE'S COMPANIES, INC. | PO BOX 530954 For #xxx814-8 | ATLANTA | GA | 30353-0954 | 9/5/2012 | $18.55 | |
| LOWE'S COMPANIES, INC. | PO BOX 530954 For #xxx814-8 | ATLANTA | GA | 30353-0954 | 10/17/2012 | $46.26 | |
| LOWE'S COMPANIES, INC. | PO BOX 530954 For #xxx814-8 | ATLANTA | GA | 30353-0954 | 10/24/2012 | $20.64 | |
| LOWE'S COMPANIES, INC. | PO BOX 530954 For #xxx814-8 | ATLANTA | GA | 30353-0954 | 10/31/2012 | $6.13 | |
| LUBRICATION TECHNOLOGY INC | 7595 Gallia Pike | FRANKLIN FURNACE | OH | 45629 | 10/17/2012 | $112.50 | |
| MASTER BUILDERS ASSOCIATION | 335 116TH AVENUE NE | BELLEVUE | WA | 98004 | 9/11/2012 | $645.00 | |
| MBA/MBA TRUST | c/o EPK & ASSOCIATES, Inc., 15375 SE 30TH PLACE, SUITE 380 | BELLEVUE | WA | 98007 | 9/26/2012 | $12,862.38 | |
| MBA/MBA TRUST | c/o EPK & ASSOCIATES, Inc., 15375 SE 30TH PLACE, SUITE 380 | BELLEVUE | WA | 98007 | 10/24/2012 | $12,862.38 | |
| MBA/MBA TRUST | c/o EPK & ASSOCIATES, Inc., 15375 SE 30TH PLACE, SUITE 380 | BELLEVUE | WA | 98007 | 11/28/2012 | $9,066.19 | |
| MCMASTER-CARR SUPPLY COMPANY | PO BOX 7690 | CHICAGO | IL | 60680-7690 | 10/3/2012 | $159.48 | |
| MCMASTER-CARR SUPPLY COMPANY | PO BOX 7690 | CHICAGO | IL | 60680-7690 | 10/10/2012 | $39.16 | |
| MCMASTER-CARR SUPPLY COMPANY | PO BOX 7690 | CHICAGO | IL | 60680-7690 | 11/28/2012 | $29.07 | |
| MERCHANT SERVICES | 9012 RESEARCH DRIVE #200 | IRVINE | CA | 92618 | 9/18/2012 | $67.76 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| MERCHANT SERVICES | 9012 RESEARCH DRIVE #200 | IRVINE | CA | 92618 | 10/12/2012 | $64.11 | |
| MERCHANT SERVICES | 9012 RESEARCH DRIVE #200 | IRVINE | CA | 92618 | 11/12/2012 | $212.90 | |
| MERITCARD SOULUTIONS LP | PO BOX 6600 | HAGERSTOWN | MD | 21740 | 10/3/2012 | $16.95 | |
| MERITCARD SOULUTIONS LP | PO BOX 6600 | HAGERSTOWN | MD | 21740 | 9/18/2012 | $63.36 | |
| MERITCARD SOULUTIONS LP | PO BOX 6600 | HAGERSTOWN | MD | 21740 | 11/14/2012 | $16.95 | |
| Mid-West Spring Mfg Co. | PO Box 95159 | PALATINE | IL | 60095-0159 | 11/28/2012 | $604.00 | $450.00 |
| MISHAWAKA, IN 46544 | | | | | | | |
| MOSS ADAMS LLP | 2707 COLBY AVE, SUITE 801 | EVERETT | WA | 98201-3510 | 10/10/2012 | $500.00 | |
| MSC INDUSTRIAL SUPPLY CO. | 75 Maxess Rd. | MELVILLE | KY | 11747-000 | 9/11/2012 | $74.92 | $29.36 |
| MSC INDUSTRIAL SUPPLY CO. | 75 Maxess Rd. | MELVILLE | KY | 11747-000 | 9/26/2012 | $240.13 | |
| MSC INDUSTRIAL SUPPLY CO. | 75 Maxess Rd. | MELVILLE | KY | 11747-000 | 10/10/2012 | $201.98 | |
| MSC INDUSTRIAL SUPPLY CO. | 75 Maxess Rd. | MELVILLE | KY | 11747-000 | 10/17/2012 | $58.36 | |
| MSC INDUSTRIAL SUPPLY CO. | 75 Maxess Rd. | MELVILLE | KY | 11747-000 | 10/31/2012 | $154.65 | |
| MSC INDUSTRIAL SUPPLY CO. | 75 Maxess Rd. | MELVILLE | KY | 11747-000 | 11/21/2012 | $241.77 | |
| MUTUAL OF OMAHA | Mutual of Omaha Plaza | OMAHA | NE | 68175 | 9/26/2012 | $1,079.34 | |
| MUTUAL OF OMAHA | Mutual of Omaha Plaza | OMAHA | NE | 68175 | 10/24/2012 | $1,342.24 | |
| MUTUAL OF OMAHA | Mutual of Omaha Plaza | OMAHA | NE | 68175 | 11/28/2012 | $857.89 | |

**Answer to SOFA Q 3b**

## Precision Airmotive Statement of Financial Affairs
## Answer to SOFA Q 3b

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|------|---------|------|-------|-----|-------------------|-------------|--------------------|
| Myers Bigel sibley & Sajovec, P.A. | PO Box 37428 | RALEIGH | NC | 27627 | 11/28/2012 | $671.74 | |
| NELSON PETROLEUM | 1125 80th St. SW | EVERETT | WA | 98203 | 10/31/2012 | $270.80 | |
| Nexo, LLC | 62190 Collections Center Drive | CHICAGO | IL | 60693-0621 | | | $631.40 |
| NORTHWEST AUTOMATICS INC. | 25219 74TH AVE. S | KENT | WA | 98032 | 10/3/2012 | $4,022.50 | $5,251.40 |
| NORTHWEST AUTOMATICS INC. | 25219 74TH AVE. S | KENT | WA | 98032 | 10/10/2012 | $3,210.00 | |
| NORTHWEST AUTOMATICS INC. | 25219 74TH AVE. S | KENT | WA | 98032 | 11/7/2012 | $1,105.00 | |
| NORTHWEST LAB | 241 S. HOLDEN ST | SEATTLE | WA | 98108-4359 | 9/19/2012 | $189.25 | |
| NORTHWEST LAB | 241 S. HOLDEN ST | SEATTLE | WA | 98108-4359 | 11/7/2012 | $105.00 | |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 9/5/2012 | $40.88 | |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | | | |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 9/11/2012 | $62.14 | $383.19 |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 9/19/2012 | $73.40 | |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 9/26/2012 | $77.03 | |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 10/3/2012 | $131.38 | |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 10/10/2012 | $75.14 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 10/17/2012 | $97.99 | |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 10/31/2012 | $107.92 | |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 11/14/2012 | $588.70 | |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 11/21/2012 | $150.60 | |
| OFFICE INTERIORS, INC. | 2002 MADISON STREET | EVERETT | WA | 98203-5314 | 11/28/2012 | $101.32 | |
| OLYMPIA PIZZA & PASTA | 17324 SMOKEY PT DR | ARLINGTON | WA | 9821 | 10/24/2012 | $186.75 | |
| OLYMPIC SCIENTIFIC | 4246 24TH AVE WEST | SEATTLE | WA | 98199-1216 | 10/24/2012 | $250.00 | |
| OLYMPIC SCIENTIFIC | 4246 24TH AVE WEST | SEATTLE | WA | 98199-1216 | 11/21/2012 | $125.00 | |
| PACIFIC INDUSTRIAL PARK LP 1 | PO BOX 1490 | WOODINVILLE | WA | 98072-1490 | 9/26/2012 | $17,539.00 | |
| PACIFIC INDUSTRIAL PARK LP 1 | PO BOX 1490 | WOODINVILLE | WA | 98072-1490 | 10/24/2012 | $17,539.00 | |
| PACIFIC INDUSTRIAL PARK LP 1 | PO BOX 1490 | WOODINVILLE | WA | 98072-1490 | 11/28/2012 | $17,539.00 | |
| PARKER HANNIFIN CORPORATION | 8460 Kaas Drive | BUENA PARK | CA | 90621 | 9/5/2012 | $1,361.60 | $1,325.00 |
| PARKER HANNIFIN CORPORATION | 8460 Kaas Drive | BUENA PARK | CA | 90621 | 9/26/2012 | $448.50 | |
| PARKER HANNIFIN CORPORATION | 8460 Kaas Drive | BUENA PARK | CA | 90621 | 10/3/2012 | $231.66 | |
| PARKER HANNIFIN CORPORATION | 8460 Kaas Drive | BUENA PARK | CA | 90621 | 10/10/2012 | $1,064.25 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|------|---------|------|-------|-----|-------------------|-------------|--------------------|
| PARKER HANNIFIN CORPORATION | 8460 Kaas Drive | BUENA PARK | CA | 90621 | 10/31/2012 | $4,704.00 | |
| Parker Paint Mfg Co Inc. | PO Box 24603 | SEATTLE | WA | 98124-0603 | 11/21/2012 | $23.13 | |
| PERKINS COIE LLP | 1201 3rd AVE, STE 4900 | SEATTLE | WA | 98101-3099 | 11/1/2012 | $100,000.00 | |
| PERKINS COIE TRUST ACCOUNT | ATTN:CLIENT ACCT/ACCT#xxxx1201, 1201 3rd Ave, STE 4900 | SEATTLE | WA | 98101-3099 | 9/5/2012 | $111,927.58 | |
| PERKINS COIE TRUST ACCOUNT | ATTN:CLIENT ACCT/ACCT#xxxx1201, 1201 3rd Ave, STE 4900 | SEATTLE | WA | 98101-3099 | 10/26/2012 | $227,988.42 | |
| PITNEY BOWES | PURCHASE POWER, PO BOX 371874 | PITTSBURGH | PA | 15250-7874 | 9/19/2012 | $1,837.43 | |
| PITNEY BOWES | PURCHASE POWER, PO BOX 371874 | PITTSBURGH | PA | 15250-7874 | 10/17/2012 | $2,085.92 | |
| PITNEY BOWES | PURCHASE POWER, PO BOX 371874 | PITTSBURGH | PA | 15250-7874 | 11/14/2012 | $845.79 | |
| PITNEY BOWES GLOBAL | FINANCIAL SERVICES LLC , PO BOX 371887 | PITSSBURGH | PA | 15250-7887 | 10/10/2012 | $185.71 | |
| PORTLAND DIE & STAMPING INC | 4805 S.E. 26TH AVE | PORTLAND | OR | 97202 | 10/10/2012 | $991.97 | |
| PORTLAND DIE & STAMPING INC | 4805 S.E. 26TH AVE | PORTLAND | OR | 97202 | 11/7/2012 | $707.84 | |
| Precision Airmotive International | 14800 40th Ave NE | MARYSVILLE | WA | 98271 | 11/7/2012 | $29,684.46 | |
| PRECISION ENGINES | 3220 100th STREET SW, #E | EVERETT | WA | 98204 | 9/19/2012 | $851.00 | |
| PRECISION PIECE PARTS | 712 SO LOGAN ST | MISHAWAKA | IN | 46544 | 10/17/2012 | $14,013.00 | |

Case 12-22154-KAO   Doc 1   Filed 12/07/12   Ent. 12/07/12 12:41:06   Pg. 69 of 177

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| PRO AERO ENGINES | 2965 AIRPORT RD, KAMLOOPS | BC | V2B7 W8 | CANADA | 10/24/2012 | $428.14 | |
| PTI MACHINING INC | 5395 West 200 North , PO BOX 587 | DELPHI | IN | 46923 | 9/5/2012 | $2,008.81 | $451.25 |
| PTI MACHINING INC | 5395 West 200 North , PO BOX 587 | DELPHI | IN | 46923 | 9/19/2012 | $289.00 | |
| PTI MACHINING INC | 5395 West 200 North , PO BOX 587 | DELPHI | IN | 46923 | 9/26/2012 | $812.25 | |
| PTI MACHINING INC | 5395 West 200 North , PO BOX 587 | DELPHI | IN | 46923 | 10/3/2012 | $451.25 | |
| PTI MACHINING INC | 5395 West 200 North , PO BOX 587 | DELPHI | IN | 46923 | 10/24/2012 | $814.32 | |
| PTI MACHINING INC | 5395 West 200 North , PO BOX 587 | DELPHI | IN | 46923 | 10/31/2012 | $800.00 | |
| PTI MACHINING INC | 5395 West 200 North , PO BOX 587 | DELPHI | IN | 46923 | 11/28/2012 | $1,009.74 | |
| PUGET SOUND ENERGY | BOT-01H  FOR AC#xxxx287-4, PO BOX 91269 | BELLEVUE | WA | 98009-9269 | 9/19/2012 | $48.18 | |
| PUGET SOUND ENERGY | BOT-01H  FOR AC#xxxx287-4, PO BOX 91269 | BELLEVUE | WA | 98009-9269 | 10/10/2012 | $48.32 | |
| PUGET SOUND ENERGY | BOT-01H  FOR AC#xxxx287-4, PO BOX 91269 | BELLEVUE | WA | 98009-9269 | 11/14/2012 | $266.13 | |
| Pump Industries, Inc | | SEATTLE | WA | 98124-3973 | 11/7/2012 | $78.03 | |
| QUESTECH UNLIMITED | 3316 OLD HARTFORD RD SUITE A-1 | LAKE STEVENS | WA | 98258 | 9/19/2012 | $3,689.23 | |
| QUESTECH UNLIMITED | 3316 OLD HARTFORD RD SUITE A-1 | LAKE STEVENS | WA | 98258 | 10/17/2012 | $11,907.74 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|------|---------|------|-------|-----|-------------------|-------------|--------------------|
| QUESTECH UNLIMITED | 3316 OLD HARTFORD RD SUITE A-1 | LAKE STEVENS | WA | 98258 | 11/21/2012 | $1,321.65 | |
| QUESTECH UNLIMITED | 3316 OLD HARTFORD RD SUITE A-1 | LAKE STEVENS | WA | 98258 | 11/28/2012 | $2,178.00 | |
| RAINIER RUBBER COMPANY | 15660 NELSON PL. SOUTH | SEATTLE | WA | 98188 | 10/31/2012 | $508.43 | |
| RBC Wealth Management | 510 Marquette Ave, MS M10 | MINNEAPOLISH | MN | 55402 | 11/28/2012 | $1,887.91 | |
| ROEDER PRAZISION GMBH | AM FLUGPLATZ-63329, EGELSBACH | D-63323 | | GERMANY | 9/5/2012 | $260.54 | |
| ROEDER PRAZISION GMBH | AM FLUGPLATZ-63329, EGELSBACH | D-63323 | | GERMANY | 10/17/2012 | $483.90 | |
| ROGER HALL | 678 CAMPBELL AVENUE | MUKILTEO | WA | 98275 | 9/5/2012 | $148.36 | |
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 9/5/2012 | $17,796.00 | $13,931.29 |
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 9/11/2012 | $12,189.60 | |
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 9/19/2012 | $54,906.79 | |
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 9/26/2012 | $24,024.60 | |
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 10/3/2012 | $8,876.34 | |
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 10/10/2012 | $12,189.60 | |
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 10/24/2012 | $59,415.30 | |
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 11/7/2012 | $12,980.59 | |

**Answer to SOFA Q 3b**

Precision Airmotive Statement of Financial Affairs
**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 11/14/2012 | $17,175.17 | |
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 11/21/2012 | $8,477.12 | |
| ROYELL MANUFACTURING INC. | 3817 SMITH AVE | EVERETT | WA | 98201 | 11/28/2012 | $13,245.50 | |
| SARCO PRECISION INC. | 2816 OLD HWY 99 SO #3 | MT VERNON | WA | 98273 | 9/11/2012 | $587.79 | $3,556.00 |
| SARCO PRECISION INC. | 2816 OLD HWY 99 SO #3 | MT VERNON | WA | 98273 | 9/19/2012 | $2,624.97 | |
| SARCO PRECISION INC. | 2816 OLD HWY 99 SO #3 | MT VERNON | WA | 98273 | 10/3/2012 | $2,042.50 | |
| SARCO PRECISION INC. | 2816 OLD HWY 99 SO #3 | MT VERNON | WA | 98273 | 10/17/2012 | $678.34 | |
| SARCO PRECISION INC. | 2816 OLD HWY 99 SO #3 | MT VERNON | WA | 98273 | 10/24/2012 | $6,148.59 | |
| SARCO PRECISION INC. | 2816 OLD HWY 99 SO #3 | MT VERNON | WA | 98273 | 10/31/2012 | $6,185.75 | |
| SARCO PRECISION INC. | 2816 OLD HWY 99 SO #3 | MT VERNON | WA | 98273 | 11/14/2012 | $5,784.50 | |
| SARCO PRECISION INC. | 2816 OLD HWY 99 SO #3 | MT VERNON | WA | 98273 | 11/21/2012 | $4,053.50 | |
| SARCO PRECISION INC. | 2816 OLD HWY 99 SO #3 | MT VERNON | WA | 98273 | 11/28/2012 | $10,061.00 | |
| SCHINDLER ELEVATOR CORPORATION | 15413 NE 95th St. | REDMOND | WA | 98052-2548 | 9/11/2012 | $925.34 | |
| SEATTLE SEAHAWKS | ATTN: SUITE DEPARTMENT, 12 SEAHAWKS WAY | RENTON | WA | 98056 | 11/28/2012 | $28,386.75 | $28,386.75 |
| SERVICEMASTER SUPERB CLEANING | P.O. BOX 1104 | MARYSVILLE | WA | 98270 | 9/26/2012 | $240.00 | |
| SERVICEMASTER SUPERB CLEANING | P.O. BOX 1104 | MARYSVILLE | WA | 98270 | 10/24/2012 | $240.00 | |
| SERVICEMASTER SUPERB CLEANING | P.O. BOX 1104 | MARYSVILLE | WA | 98270 | 11/28/2012 | $240.00 | |
| SERVOMETER | 501 Little Falls Road | CEDAR GROVE | NJ | 07009-1291 | 9/26/2012 | $11,886.00 | |
| SNOHOMISH COUNTY PUD | PO Box 1107 | EVERETT | WA | 98206-1107 | 9/19/2012 | $2,239.22 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| SNOHOMISH COUNTY PUD | | EVERETT | WA | 98206-1108 | 10/24/2012 | $1,724.23 | |
| SNOHOMISH COUNTY PUD | | EVERETT | WA | 98206-1109 | 11/21/2012 | $2,094.11 | |
| SNOHOMISH COUNTY TREASURER | KIRKE SIEVERS PO BOX 34171 | SEATTLE | WA | 98124-1171 | 10/24/2012 | $1,906.05 | |
| SOUND COMPONENTS SUPPLY INC | 930 BATTERSBY AVENUE SUITE #101 | ENUMCLAW | WA | 98022 | 9/19/2012 | $1,237.95 | $222.50 |
| SOUND COMPONENTS SUPPLY INC | 930 BATTERSBY AVENUE SUITE #101 | ENUMCLAW | WA | 98022 | 10/24/2012 | $290.00 | |
| SOUND COMPONENTS SUPPLY INC | 930 BATTERSBY AVENUE SUITE #101 | ENUMCLAW | WA | 98022 | 11/7/2012 | $727.05 | |
| SOUND COMPONENTS SUPPLY INC | 930 BATTERSBY AVENUE SUITE #101 | ENUMCLAW | WA | 98022 | 11/28/2012 | $1,400.00 | |
| SPENCER AIRCRAFT | 16911 103rd AVENUE EAST UNIT 102 | PUYALLUP | WA | 98375 | 9/11/2012 | $94.50 | |
| State of Washington | Business Licensing Service, PO Box 34456 | SEATTLE | WA | 98124-1456 | 11/28/2012 | $49.00 | |
| STATE OF WASHINGTON DEPARTMENT OF REVENUE | PO BOX 34052 | SEATTLE | WA | 98124-1052 | 9/7/2012 | $2,616.80 | |
| STATE OF WASHINGTON DEPARTMENT OF REVENUE | PO BOX 34052 | SEATTLE | WA | 98124-1052 | 9/19/2012 | $49.00 | |
| STATE OF WASHINGTON DEPARTMENT OF REVENUE | PO BOX 34052 | SEATTLE | WA | 98124-1052 | 10/8/2012 | $2,290.43 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| STATE OF WASHINGTON DEPARTMENT OF REVENUE | PO BOX 34052 | SEATTLE | WA | 98124-1052 | 11/7/2012 | $2,141.60 | |
| SUPERMEDIA LLC | ATTN: ACCT RECEIVABLE DEPT , PO BOX 619009 | DFW AIRPORT | TX | 75261-9009 | 9/26/2012 | $29.95 | |
| SUPERMEDIA LLC | ATTN: ACCT RECEIVABLE DEPT , PO BOX 619009 | DFW AIRPORT | TX | 75261-9009 | 10/31/2012 | $29.95 | |
| SUPERMEDIA LLC | ATTN: ACCT RECEIVABLE DEPT , PO BOX 619009 | DFW AIRPORT | TX | 75261-9009 | 11/28/2012 | $29.95 | |
| TOOLCRAFT INC | 17700 - 147TH ST SE SUITE E | MONROE | WA | 98272 | 9/11/2012 | $2,631.12 | |
| TOOLCRAFT INC | 17700 - 147TH ST SE SUITE E | MONROE | WA | 98272 | 9/26/2012 | $6,467.47 | |
| TOOLCRAFT INC | 17700 - 147TH ST SE SUITE E | MONROE | WA | 98272 | 10/3/2012 | $9,309.94 | |
| TOOLCRAFT INC | 17700 - 147TH ST SE SUITE E | MONROE | WA | 98272 | 10/10/2012 | $827.72 | |
| TOOLCRAFT INC | 17700 - 147TH ST SE SUITE E | MONROE | WA | 98272 | 10/17/2012 | $1,667.19 | |
| TOOLCRAFT INC | 17700 - 147TH ST SE SUITE E | MONROE | WA | 98272 | 10/24/2012 | $271.60 | |
| TOOLCRAFT INC | 17700 - 147TH ST SE SUITE E | MONROE | WA | 98272 | 11/14/2012 | $2,653.68 | |
| TOOLCRAFT INC | 17700 - 147TH ST SE SUITE E | MONROE | WA | 98272 | 11/28/2012 | $2,263.98 | |
| Transcat Inc. | 23698 Network Place | CINCINNATI | OH | 60673-1236 | | | $240.95 |
| TRAUTMANN MAHER | 15130 MAIN STREET SUITE 300 | MILL CREEK | WA | 98012-2066 | 9/26/2012 | $1,035.42 | |
| TRAUTMANN MAHER | 15130 MAIN STREET SUITE 300 | MILL CREEK | WA | 98012-2066 | 11/28/2012 | $1,504.24 | |
| TRELLEBORG SEALING SOLUTIONS | 10220 SW Greenburg Rd., Suite 571 | PORTLAND | OR | 97223 | 9/26/2012 | $4,350.00 | $1,190.00 |
| TRELLEBORG SEALING SOLUTIONS | 10220 SW Greenburg Rd., Suite 571 | PORTLAND | OR | 97223 | 10/3/2012 | $1,030.00 | |
| TRELLEBORG SEALING SOLUTIONS | 10220 SW Greenburg Rd., Suite 571 | PORTLAND | OR | 97223 | 10/10/2012 | $14,260.00 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|---|---|
| TRELLEBORG SEALING SOLUTIONS | 10220 SW Greenburg Rd., Suite 571 | PORTLAND | OR | 97223 | 10/24/2012 | $1,050.00 | |
| TRELLEBORG SEALING SOLUTIONS | 10220 SW Greenburg Rd., Suite 571 | PORTLAND | OR | 97223 | 11/21/2012 | $112.30 | |
| TRELLEBORG SEALING SOLUTIONS | 10220 SW Greenburg Rd., Suite 571 | PORTLAND | OR | 97223 | 11/28/2012 | $9,160.00 | |
| TVT DIE CASTING & MFG. INC. | 7330 SW LANDMARK LANE | PORTLAND | OR | 97224-8065 | 9/26/2012 | $1,299.63 | $1,367.60 |
| U.S. HEALTHWORKS MEDICAL GROUP WA | P.O. BOX 50046 | LOS ANGELES | CA | 90074 | 10/31/2012 | $108.00 | $40.00 |
| ULINE | 2200 S. LAKESIDE DRIVE CUST# xxxx7273 | WAUKEGAN | IL | 60085 | 10/31/2012 | $29.02 | |
| UPS SUPPLY CHAIN SOLUTIONS | 28013 NETWORK PLACE AC# 2R98A8 ACCT# xxxx2100 | CHICAGO | IL | 60673-1280 | 10/24/2012 | $65.88 | |
| UPS SUPPLY CHAIN SOLUTIONS | 28013 NETWORK PLACE AC# 2R98A8 ACCT# xxxx2100 | CHICAGO | IL | 60673-1280 | 10/31/2012 | $25.25 | |
| US BANK EQUIPMENT FINANCE | 1310 Madrid St., Suite 101 | MARSHALL | MN | 56258-4002 | 9/5/2012 | $94.48 | $94.48 |
| US BANK EQUIPMENT FINANCE | 1310 Madrid St., Suite 101 | MARSHALL | MN | 56258-4002 | 10/3/2012 | $94.48 | |
| US BANK EQUIPMENT FINANCE | 1310 Madrid St., Suite 101 | MARSHALL | MN | 56258-4002 | 10/31/2012 | $94.48 | |
| US CASTINGS LLC | PO BOX 12868 | PHILADELPHIA | PA | 19176-0868 | 9/11/2012 | $4,818.28 | |
| US POSTMASTER | SMOKEY POINT STATION | ARLINGTON | WA | 98223-9997 | 10/22/2012 | $167.50 | |
| US POSTMASTER | SMOKEY POINT STATION | ARLINGTON | WA | 98223-9997 | 11/12/2012 | $121.80 | |

**Answer to SOFA Q 3b**

| Name | Address | City | State | Zip | Dates of Payments | Amount Paid | Amount Still Owing |
|------|---------|------|-------|-----|-------------------|-------------|--------------------|
| W.C.L. Company | PO Box 3588 | CITY OF INDUSTRY | CA | 91744-0588 | 11/28/2012 | $241.75 | |
| WASHINGTON EMPLOYERS, INC | PO BOX 84242 | SEATTLE | WA | 98124-5542 | 10/24/2012 | $438.75 | |
| WASTE MANAGEMENT-NORTHWEST | 32650 SR20 E105 | OAK HARBOR | WA | 98227 | 9/5/2012 | $91.73 | |
| WASTE MANAGEMENT-NORTHWEST | 32650 SR20 E105 | OAK HARBOR | WA | 98227 | 10/10/2012 | $91.97 | |
| WASTE MANAGEMENT-NORTHWEST | 32650 SR20 E105 | OAK HARBOR | WA | 98227 | 11/7/2012 | $92.02 | |
| WAYNE WIRE CLOTH PRODUCTS INC | 200 E Dresden St. | KALKASKA | MI | 49646 | 9/5/2012 | $5,428.16 | $4,104.00 |
| WAYNE WIRE CLOTH PRODUCTS INC | 200 E Dresden St. | KALKASKA | MI | 49646 | 9/11/2012 | $10,650.00 | |
| WAYNE WIRE CLOTH PRODUCTS INC | 200 E Dresden St. | KALKASKA | MI | 49646 | 10/3/2012 | $6,662.80 | |
| WAYNE WIRE CLOTH PRODUCTS INC | 200 E Dresden St. | KALKASKA | MI | 49646 | 10/17/2012 | $3,316.94 | |
| WAYNE WIRE CLOTH PRODUCTS INC | 200 E Dresden St. | KALKASKA | MI | 49646 | 10/31/2012 | $1,772.16 | |
| WCI | PO BOX 9497 | SEATTLE | WA | 98109 | 9/19/2012 | $1,022.33 | |
| WCI | PO BOX 9497 | SEATTLE | WA | 98109 | 10/10/2012 | $1,021.64 | |
| WCI | PO BOX 9497 | SEATTLE | WA | 98109 | 11/28/2012 | $1,022.01 | |
| ZYPES INC. | 23712 7TH AVENUE | BOTHELL | WA | 98021 | 9/26/2012 | $953.35 | |
| ZYPES INC. | 23712 7TH AVENUE | BOTHELL | WA | 98021 | 10/17/2012 | $845.85 | |
| ZYPES INC. | 23712 7TH AVENUE | BOTHELL | WA | 98021 | 11/21/2012 | $845.85 | |
| | | | | | | $2,082,049.37 | $76,077.04 |

Answer to SOFA Q 3b

**Answer to SOFA Q 3c**

| Name | Address | City | State | Zip | Dates of Payments/ Transfers | Type | Amount Paid |
|------|---------|------|-------|-----|------------------------------|------|-------------|
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 12/1/2011 | Compensation | $15,085.00 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 12/15/2011 | Compensation | $15,085.00 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 12/29/2011 | Compensation | $15,085.00 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 1/12/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 1/26/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 2/9/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 2/23/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 3/8/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 3/22/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 4/5/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 4/19/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 5/3/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 5/17/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 5/31/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 6/14/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 6/28/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 7/12/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 7/26/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 8/9/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 8/23/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 9/6/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 9/20/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 10/4/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 10/18/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 11/1/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 11/15/2012 | Compensation | $15,469.62 |
| Grafenauer, Scott | 1909 143rd St NW | Marysville | WA | 98271 | 11/29/2012 | Compensation | $15,469.62 |
| | | | | | | | $416,525.88 |

**ANSWER to SOFA Q 3c**

| Name | Address | City | State | Zip | Dates of Payments/ Transfers | Type | Amount Paid |
|------|---------|------|-------|-----|------------------------------|------|-------------|
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 11/17/2011 | Compensation | $6,538.46 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 12/1/2011 | Compensation | $6,538.46 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 12/15/2011 | Compensation | $6,538.46 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 12/29/2011 | Compensation | $6,538.46 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 1/12/2012 | Compensation | $6,730.77 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 1/26/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 2/9/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 2/23/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 3/8/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 3/22/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 4/5/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 4/19/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 5/3/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 5/17/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 5/31/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 6/14/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 6/28/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 7/12/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 7/26/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 8/9/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 8/23/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 9/6/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 9/20/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 10/4/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 10/18/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 11/1/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 11/15/2012 | Compensation | $6,923.08 |
| Hall, Roger S | 378 Campbell Ave | Mukilteo | WA | 98275 | 11/29/2012 | Compensation | $6,923.08 |
| | | | | | | | $192,115.45 |

**ANSWER to SOFA Q 3c**

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| 67525-0006<br><br>Uninsured | **Superior Court for State of Washington King County**<br><br>**Cause No.: 10-2-26593-7 SEA**<br><br>Estate of Virgil Victor Becker, Jr.,<br>By Its Personal Representative, Jennifer L. White,<br><br>Plaintiff,<br><br>vs.<br><br>Avco Corporation; Precision Airmotive LLC; Volare Carburetors LLC; Marvel-Schebler Carburetors LLC; Tempest Plus Marketing Group LLC; Aero Accessories, Inc.; Forward Technologies industries, Inc.; Synergy Systems, Inc.; Cachmere Molding, Inc.; Crest Airpark, Inc.; and Estate of Brenda L. Houston, By Its Personal Representative Paul Thomas Crews,<br><br>Defendants.<br><br>Paul Thomas Crews, as Personal Representative of the Estate of Brenda Houston, and as Personal Representative of the Estate of Elizabeth Crews, and in His individual Capacity,<br><br>Plaintiff,<br><br>vs.<br><br>Avco Corporation; Precision Airmotive LLC; Volare Carburetors LLC; Tempest Plus Marketing Group LLC; Aero Accessories, Inc.; Forward Technologies industries, Inc.; Cachmere Molding, Inc.; and Crest Airpark, Inc.<br>Defendants. | 07/27/2008<br><br>Wrongful death action | Matthew Clarke<br>Landye Bennett Blumstein LLP<br>1300 SW Fifth Ave, Ste 3500<br>Portland, OR 97201<br><br>Bob Hedrick<br>James Anderson<br>AVIATION LAW GROUP<br>1420 5th Avenue, Suite 3000<br>Seattle, WA 98101<br><br>Mark S. Northcraft<br>Northcraft, Bigby & Biggs PC<br>819 Virginia St, Ste C-2<br>Seattle, WA 98101 | Scheduled for Trial<br><br>November 19, 2012 |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| 67525-0009<br><br>Uninsured | **Circuit Court of the Ninth Judicial Circuit for Orange Count, Florida**<br><br>**Cause No.: 2010-CA-012844; 2010-CA-012928-0**<br><br>James Borchard, as Personal Representative For the Estate of John Borchard, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Cessna Aircraft Company, A Kansas Corporation; Lycoming Engines, A Division of Avco Corporation, A Delaware Corporation; Allied Signal n/k/a Honeywell international, inc, A Delaware Corporation; Precision Airmotive LLC., A Washington Limited Liability Corporation, Premier Aviation Sales and Services, LLC, A Florida Limited Liability Corporation; Loth Engineering, Inc., A Florida Corporation; Epic Aviation Inc., A Florida Corporation; Channel Islands Aviation, Inc., A California Corporation; and Pacific Continental Engines, Inc., A California Corporation;<br><br>Defendants<br><br>Jacob R. Kelly, as Personal Representative For the Estate of Julia A. Kelly, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Cessna Aircraft Company, A Kansas Corporation; Lycoming Engines, A Division of Avco Corporation, A Delaware Corporation; Allied Signal n/k/a | 06/07/2008<br><br>Wrongful death action | Robert Parks<br>Law offices of Robert L. Parks P.L.<br>2121 Ponce de Leon Blvd, Suite 505<br>Coral Gables, FL  33134<br><br>Ricardo Martinez-Cid<br>Podhurst Orseck, P.A.<br>25 West Flagler Street, Suite 800<br>Miami, FL  33130 | Active litigation, no trial date set |

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Honeywell international, inc,<br>A Delaware Corporation; Precision<br>Airmotive LLC., A Washington Limited<br>Liability Corporation, Premier Aviation<br>Sales and Services, LLC, A Florida<br>Limited Liability Corporation; Loth<br>Engineering, Inc., A Florida Corporation;<br>Epic Aviation Inc., A Florida Corporation;<br>Channel Islands Aviation, Inc., A<br>California Corporation; and Pacific<br>Continental Engines, Inc., A<br>California Corporation;<br><br>Defendants. | | | |
| 67525-0014<br><br>Uninsured | **Circuit Court for Thirteenth Judicial Circuit<br>for Hillsborough County, Florida**<br><br>**Cause No.: 12-CA-007826 Div. J.**<br><br>Stephen C. Patrinostro, Esquire, as Personal<br>Representative For the Estate of Tina M.<br>Copeland, a/k/a Tina M. Stallings, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Robin Long, a/k/a Robin Willis, in Her Capacity<br>as the Personal Representative For the Estate of<br>Thomas Scott Long, Deceased; Piper Aircraft,<br>Inc., A Florida Corporation; Lycoming Engines,<br>A Division of Avco Corporation, A Foreign<br>Corporation; Precision Airmotive LLC.,<br>individually and/or as Successor to the Bendix<br>Corporation, A Foreign Corporation; Vertical<br>Dimensions LLC., A Florida Corporation;<br>Champion Aerospace LLC., individually and/or<br>as Successor to Unison industries, LLC and/or<br>Slick Electro, Inc., A Foreign Corporation;<br>Unison industries, LLC, individually and/or as<br>Successor to Slick Electro, Inc., A Florida<br>Corporation; Jurnigan Engine & Parts, LLC, A | 10/23/2009<br><br>Wrongful death action | Howard M. Acosta<br>Law Offices of Howard M. Acosta<br>300 First Avenue North<br>St. Petersburg, FL  33701<br><br>W. Clinton Wallace<br>W. Clinton Wallace, P.A.<br>1125 Hw. 98 South, Suite 300<br>Lakeland, FL 33801 | |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Florida Corporation; Aeromech, Inc., A Florida Corporation; and, Kenneth Hoyt Willaford, Defendants. | | | |
| 67525-0016 Uninsured | **15th Judicial District Court Parish of Vermilion State of Louisiana** **Cause No.: 94562-E** Francesca Nichol Touchet, individually and On Behalf of the Estate of Douglas James Touchet, Leigha Michelle Clayton, individually and On Behalf of the Estate of Susan Ann Suire Touchet, and Randal Savoy, and Tamika Savoy, Both individually and On Behalf of Their Minor Children Devaney Savoy and Rylin Savoy vs. Piper Aircraft, Inc. f/k/a The New Piper Aircraft, Inc. f/k/a Piper Aircraft Corporation, Lycoming a/k/a Lycoming Engines a/k/a Textron Lycoming Reciprocating Engine Division, Avco Corporation, Textron, Inc., the Bendix Corporation, Alliedsignal, Inc., Honeywell international, Inc., Teledyne Continental Motors, Inc. A/K/A Continental Motors, Teledyne Technologies, Inc., Teledyne industries, Inc., a/k/a TDY industries, inc, Technify Motor (Usa) Ltd., Avic international Holding Corporation, Tempest Plus Marketing Group, LLC, Kelley Aerospace, Inc. a/k/a Kellyaerospace Power Systems, Inc. f/k/a Consolidated Fuel Systems, Inc. a/k/a Electrosystems, Inc., Kelly Aerospace Power Systems, | 09/06/2010 Wrongful death action | Joseph R. Joy Gordon J. Schoeffler Joseph Joy & Associates PO Box 4929 Lafayette, LA  70598 Daniel O. Rose Kreindler & Kreindler LLP 750 Third Avenue New York, NY  10017-2701 | Dismissed |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Inc. A/K/A, d/b/a, and/or f/k/a Kelly Aerospace, Kelly Aerospace, Inc., Power Systems, Electrosystems Inc. and/or Consolidated Fuel Systems, Inc., Electrosystems Inc. a/k/a, d/b/a, and/or f/k/a Kelly Aerospace, Kelly Aerospace, Inc., Kelly Aerospace Power Systems. Inc., Power Systems, and/or Consolidated Fuel Systems, Inc., Consolidated Fuel Systems, Inc. - A/K/A, d/b/a, and/or f/k/a Kelly Aerospace, Kelly Aerospace, Inc., Kelly Cr-Aerospace Power Systems, Inc., Power Systems, and/or Electrosystems Inc., Hartzell Engine Technologies LLC, Hartzell Propeller, Inc., Tailwind Technologies, Inc., Precision Airmotive LLC, Woodward, Inc., Jordan Propeller Service, Inc., Superior Air Parts, Inc., Champion Aerospace LLC, Avtech, Inc., and Buddy's Aircraft Service, Inc. | | | |
| 67525-0017<br><br>Uninsured | **Court of Common Pleas Philadelphia County, Philadelphia, PA**<br><br>**Case ID: 110902255, September 2011 Term, Docket No. 002255**<br><br>Pamela Margaret Lewis, individually and as Personal Representative of the Estate of Steven Edward Lewis, Deceased,<br>5 Coylton Avenue<br>Rainhill Prescot Merseyside L35 Opt<br>United Kingdom<br><br>and<br><br>Keith Whitehead and John Joseph Wroblewski as Co-Personal Representatives of the Estate of Philip Charles Gray, Deceased, | 09/22/2009<br><br>Wrongful death action | Richard Genter<br>Attorney at Law<br>Jenkins Count Suite 200<br>610 Old York Road<br>Jenkintown, PA  19046<br><br>Daniel Rose<br>Kreindler & Kriendler LLP<br>750 Third Avenue, 32nd Floor<br>New York, NY  10017 | Active litigation, no trial date set |

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | 29/33 King Street<br>Wigan Lancashire Wn 1 1 Eg<br>United Kingdom<br><br>Plaintiffs,<br><br>vs.<br><br>Lycoming a/k/a, d/b/a and/or f/k/a Lycoming Engines, Textron Systems Corporation, Textron, Inc., Textron, Avco Corporation, Textron Lycoming, Textron Lycoming Reciprocating Engine Division and/or Avco Lycoming<br>652 Oliver Street<br>Williamsport, P A 17701<br><br>and<br><br>Avco Corporation A/K/A, d/b/a and/or f/k/a Textron, Inc., Textron, Textron Systems Corporation, Textron Lycoming, Textron Lycoming Reciprocating Engine Division, Avco Lycoming, Lycoming Engines and/or Lycoming<br>201 Lowell Street<br>Wilmington, Ma 01887<br><br>and<br><br>Textron, Inc. A/K/A, d/b/a and/or f/k/a Textron, Textron Systems Corporation, Avco Corporation, Textron Lycoming, Textron Lycoming Reciprocating Engine Division, Avco Lycoming, Lycoming Engines and/or Lycoming<br>40 Westminster Street<br>Providence, Ri 02903<br><br>and<br><br>Textron Systems Corporation A/K/A, d/b/a and/or f/k/a Textron, Inc., Textron, Avco Corporation, Textron Lycoming, Textron Lycoming Reciprocating Engine Division, Avco Lycoming, Lycoming Engines and/or Lycoming<br>40 Westminster Street | | | |

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Providence, R1 02903<br><br>and<br><br>Precision Airmotive LLC<br>14800 40th Avenue NE<br>Marysville, W A 98271<br><br>and<br><br>Precision Airmotive Corporation<br>3220 100th Street, Sw, Building E<br>Everett, W A 98204<br><br>and<br><br>Schweizer Aircraft Corporation<br>1250 Schweizer Road<br>Horseheads, Ny 14845<br><br>and<br><br>Schweizer Holdings, Inc.<br>1250 Schweizer Road<br>Horseheads, Ny 14845<br><br>and<br><br>Sikorsky Aircraft Corporation<br>6900 Main Street<br>Stratford, Ct 06615-9129<br><br>and<br><br>United Technologies Corporation<br>United Technologies Building<br>Hartford, Ct 06101<br><br>and<br><br>Champion Aerospace LLC<br>1230 Morris Road<br>Liberty, Sc 29657<br><br>Defendants | | | |
| 67525-0018 | **USDC Creek County, State of Oklahoma** | 02/28/2010 | Richard S. Toon<br>Cyrus N. Laywer | Active Litigation, no trial date set |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| Uninsured | **Cause No.: B-CJ 2011-39**<br><br>Melissa Leigh Toppins, individually, and On Behalf of the Estate of Timothy William Toppins,<br>Plaintiffs,<br><br>vs.<br><br>Aircraft inspection & Repair, LLC;<br><br>Roadhouse Aviation, LLC,<br>a/k/a Riverside Jet Genter.,<br><br>Oklahoma Gas & Electric, Co.,<br><br>Lycoming Engines,<br>A Division of Avco Corporation,<br><br>Precision Airmotive, LLC,<br><br>Honeywell international, inc"<br>d/b/a Bendix King<br><br>Camtronics, LLC,<br>a/k/a Camtronics Avionics,<br>Arthur Allen Couch, Deceased,<br><br>the Estate of Arthur Allen Couch,<br><br>Kristen-M. Couch, as Personal Representative of the Estate of Arthur Allen Couch, Deceased,<br><br>Double A-C, LLC,<br>Rose Aviation Service, Inc.,<br><br>Defendants. | Wrongful death action | Toon Osmond PLLC<br>1800 South Baltimore, Ste 1000<br>Tulsa, OK  74119 | |
| 67525-0019<br><br>Uninsured | **USDC for the Southern District of Florida**<br><br>**No. 0:12-cv-60101-RNS**<br><br>Rita Vivian Bradford, as Personal Representative ofthe Estate of Gary Lee Bradford, Jr., Deceased and On Behalf of Herself as Spouse, Aab the Minor Daughter and Keb the Minor Son of the Decedent, | 01/23/2010<br><br>Wrongful death litigation | Robert Parks<br>Robert L. Parks, P.L.<br>2121 Ponce de Leon Blvd, Suite 505<br>Coral Gables, FL  33134 | Mediation - January 8, 2013 |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Plaintiffs, <br><br> vs. <br><br> Aerostar Aircraft Corporation, A Washington Corporation, Hartzell Propeller, inc, An Ohio Corporation, Lycoming Engines, A Pennsylvania Corporation, Precision Airmotive, LLC, A Washington Corporation, Crane Aerospace and Electronics, A Division of Crane Co, A Delaware Corporation, American Aviation Inc., A Washington Corporation, Teledyne Continental Motors, inc, A Delaware Corporation, Mike's Aircraft Fuel Metering Service inc, An Oklahoma Corporation, and Airmech incorporated, A California Corporation. <br><br> Defendants. | | | |
| 67525-0021 <br><br> Uninsured | **USDC for the Middle District of Pennsylvania** <br><br> **Cause No. 4:12-CV-01313-CCC** <br><br> AVCO CORPORATION, <br>            Plaintiff & <br>               Counterdefendant, <br>        v. <br> PRECISION AIRMOTIVE LLC, <br>           Defendant & <br>              Counterplaintiff, <br>        v. <br> AVSTAR FUEL SYSTEMS, INC., <br> Counterclaim Defendant. | IP Litigation <br><br> Action for Defamation, trade libel and product disparagement | Veronica Winter Saltz <br> Saltz Matkov PC <br> 993 Old Eagle School Road, Ste. 412 <br> Wayne, PA 19087 | Trial is scheduled for January, 2014 |
| 25702-0087 <br><br> Insured | **USDC NORTHERN DISTRICT TEXAS DALLAS COUNTY** <br><br> **Cause No: 3:12-cv-00853-L** <br><br> MANUFACTURERS COLLECTION COMPANY, LLC, <br> Plaintiff, | Indemnification action | Cassidy Harrington <br> Charles H Smith <br> Stephanie L Millett <br> Smith & Moore PLLC <br> 3030 Lincoln Plaza <br> 500 N Akard St <br> Dallas, TX 75201 | Trial date is scheduled for November 4, 2013 <br><br> Summary judgment motions pending |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | vs.<br>PRECISION AIRMOTIVE, LLC and<br>PRECISION AIRMOTIVE HOLDINGS, LLC,<br>    Defendants and Third-<br>    Party Plaintiffs,<br><br>vs.<br>LYCOMING ENGINES, an unincorporated<br>operating division of AVCO CORPORATION,<br>Third-Party Defendant. | | Ann Thornton Field<br>James E. Robinson<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | |
| 25702-0124<br><br>Insured | **Court of Common Pleas Philadelphia**<br>**County, Philadelphia, PA**<br><br>**Docket No. 051001078**<br><br>Barbara L. Aubrey, individually and as Executor<br>of the Estate of James R. Aubrey, Deceased<br>9738 Westville Road<br>Camden Wyoming, De 19934<br>and<br><br>Jennifer L. Aubrey<br>125 Thames Drive<br>Dover, De 19904<br><br>Plaintiffs<br><br>V.<br><br>Lycoming a/k/a Textron Lycoming<br>Reciprocating Engine Division, A<br>Division of Avco Corporation<br>52 Oliver Street<br>Williamsport, Pennsylvania 17701<br>and<br><br>Avco Corporation<br>52 Oliver Street<br>Williamsport, Pennsylvania 17701<br>and | 10/12/2003<br><br>Wrongful death action | Arthur Wolk<br>Bradley Stoll<br>The Wolk Law Firm<br>1710-12 Locust Street<br>Philadelphia, PA  19103<br><br>Elaine Solomon<br>Blank Rome LLP<br>One Logan Square<br>130 N 18th Street<br>Philadelphia, PA  19103-6998 | Trial date scheduled for<br><br>January 2013 |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Superior Air Parts, Inc.<br>C/O Ct Corporation System<br>1635 Market Street<br>Philadelphia, Pennsylvania 19103<br><br>and<br><br>Mark Iv industries, inc, individually and as<br>Successor-in-interest to Facet Enterprises, Inc.<br>and Facet Aerospace Products Company<br>501 John James Audubon Parkway<br>P.O. Box 810<br>Amherst, NY 14226<br><br>and<br><br>Precision Airmotive LLC,<br>individually and as Successor-Ill-interest<br>to Precision .Air1vl0tfve<br>Corporation<br>14800 40th Avenue NE, Bldg. D<br>Marysville, WA 98271<br><br>and<br><br>Precision Airmotive Corporation<br>14800 40th Avenue NE, Bldg. 0<br>Marysville, WA 98271<br><br>and<br><br>Precision Aerospace Corporation<br>C/O LPSL Corporate Services, Inc.<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br><br>and<br><br>Precision Aerospace Services LLC<br>f/k/a Precision Aerospace<br>Group, LLC<br>1100 Carillon Point<br>Kirkland, WA 98033<br><br>and | | | |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Precision Aviation Products Corporation C/O LPSL Corporate Services, Inc. 1420 Fifth Avenue, Suite 4100 Seattle, WA 98101 and Precision Products LLC C/O LPSL Corporate Services, Inc. 1420 Fifth Avenue, Suite 4100 Seattle, WA 98101 Defendants. | | | |
| 25702-0127 Insured | **Court of Common Pleas Philadelphia County, Philadelphia, PA** **March Term, 2007, Docket No. 001017** Ellen V'roi Berenholz, individually and as the Personal Representative of the Estate of Michael Titov, Deceased 217 Lockhart Terrace Philadelphia, PA 19116 and Alexander Titov 11892 Ferndale Street Philadelphia, PA 19116, Plaintiffs, vs. Precision Airmotive LLC 14800 40th Avenue NE Marysville, WA 98271 and Precision Airmotive Corporation 3220 100th Street, SW, Building E Everett, WA 98204 | 05/28/2005 Wrongful death action | Bradley J. Stoll Arthur Wolk The Wolk Law Firm 1710-12 Locust Street Philadelphia, PA 19103 | No trial date. |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | and<br><br>Textron, Inc. A/K/A, d/b/a and/or f/k/a Textron, Textron Systems Corporation, Avco Corporation, Textron Lycoming, Avco Lycoming,<br>Lycoming Engines, and/or Lycoming<br>652 Oliver Street<br>Williamsport, PA 17701<br><br>Defendants. | | | |
| 25702-0131<br><br>Insured | **Circuit Court for First Judicial Circuit for Santa Rosa County, Florida**<br><br>**Case No.: 06-000840 CA**<br><br>Glyn Lowery, Jr., as Personal Representative of the Estate of William C. Walther, Deceased<br>3290 Abel Avenue<br>Pace, FL 32571<br><br>and<br><br>Sandra A. Walther, individually and as Co-Personal Representative of the Estate of Daniel J. Wesley, Deceased<br>4294 Wellington Drive<br>Pace, FL 32571<br><br>and<br><br>Benjamin J. Wesley, individually and as Co-Personal Representative of the Estate of Daniel J. Wesley, Deceased<br>5118 Hamilton Lane<br>Pace, FL 32571<br><br>and<br><br>Regina King, individually and as Personal Representative of the Estate of Cristy Jo King, Deceased<br>5642 Chanterelle Circle | 09/23/2004<br><br>Wrongful death action | David I. Katzman, Esquire and John McCune, Esquire<br>SCHADEN, KATZMAN, LAMPERT & McCLUNE<br>100 West Big Beaver Road, Suite 130<br>Troy, MI 48084<br><br>Edward P. Fleming, Esquire and Belinda B. DeKozan, Esquire<br>McDONALD FLEMING MOORHEAD<br>25 West Government Street<br>Pensacola, FL 32502<br><br>Arthur A. Wolk, Esquire and Philip J. Ford, Esquire<br>THE WOLK LAW FIRM<br>1710-12 Locust Street<br>Philadelphia, PA 19103 | No trial date. |

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Milton, FL 32583 | | | |
| | Plaintiffs, | | | |
| | vs. | | | |
| | Precision Airmotive Corporation,<br>individually and as Joint Venturer<br>14800 40th Avenue NE, Bldg. D<br>Marysville, WA 98271 | | | |
| | and | | | |
| | Precision Airmotive LLC,<br>individually, as Joint Venturer and As<br>Successor-in-interest to Precision<br>Airmotive Corporation<br>14800 40tb Avenue NE, Bldg. D<br>Marysville, WA 98271 | | | |
| | and | | | |
| | Precision Aerospace Corporation,<br>individually and as Joint Venturer<br>C/O LPSL Corporate Services, Inc.<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 | | | |
| | and | | | |
| | Precision Aerospace Services LLC<br>f/k/a Precision Aerospace Group<br>LLC, individually and as Joint Venturer<br>1100 Carillon Point<br>Kirkland, W A 98033 | | | |
| | and | | | |
| | Precision Aviation Products<br>Corporation, individually and as Joint<br>Venturer<br>C/O LPSL Corporate Services, Inc.<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 | | | |
| | and | | | |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Precision Products LLC, individually and as Joint Venturer C/O LPSL Corporate Services, Inc. 1420 Fifth Avenue, Suite 4100 Seattle, WA 98101 | | | |
| | and | | | |
| | Zenith Fuel Systems LLC, individually, as Joint Venturer and as Successor in interest To Zenith Fuel Systems incorporated 1100 Carillon Point Kirkland, Washington 98033 | | | |
| | and | | | |
| | Burns international Services Corporation, individually, as Joint Venturer and as Successor-in-interest to Borg-Warner Corporation, and Marvel-Schebler, A Division of Borg-Warner Corporation 2 Campus Drive Parsippany, NJ 07054 | | | |
| | and | | | |
| | Former Fuel Systems, Inc. F/Kla Facet Fuel Systems, Inc., individually, as Joint Venturer and as Successor-in-interest to Facet Aerospace Products Company C/O the Corporation Trust Company Corporation Trust Center 1209 Wilmington, De 19801 | | | |
| | and | | | |
| | Mark Iv industries, Inc., individually, as Joint Venturer and as Successor-in-interest to Facet Enterprises, Inc. and Facet Aerospace Products Company 501 John James Audubon Parkway P.O. Box 810 Amherst, NY 14226 | | | |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | and | | | |
| | Textron Lycoming Reciprocating Engine Division, A Division of Avco Corporation 652 Oliver Street Williamsport, PA 17701 | | | |
| | and | | | |
| | Textron, Inc. 40 Westminster Street Providence, RI 02903 | | | |
| | and | | | |
| | Avco Corporation 652 Oliver Street Williamsport, PA 17701 | | | |
| | and | | | |
| | Teledyne Continental Motors, inc, 2039 Broad Street Mobile, AL 36601 | | | |
| | and | | | |
| | Teledyne Technologies incorporated 12333 W. Olympic Blvd. Los Angeles, CA 90064 | | | |
| | and | | | |
| | Tdy industries, Inc. (f/k/a Teledyne industries, inc) 190 I Avenue of the Stars, Suite 1800 Los Angeles, CA 90067 | | | |
| | and | | | |
| | Tdy industries, Inc. (f/k/a Teledyne industries, inc) C/O Ct Corporation Systems | | | |

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | 818 West Seventh Street<br>Los Angeles, CA 90017<br><br>and<br><br>Allegheny Technologies<br>incorporated (f/k/a Allegheny<br>Teledyne, Inc.)<br>1000 Six Ppg Place<br>Pittsburgh, PA 15222-5479<br><br>and<br><br>Allegheny Teledyne, Inc.<br>1000 Six Ppg Place<br>Pittsburgh, PA 15222-5479<br><br>and<br><br>Southeast Fuel Systems, Inc.<br>1050 Bluegrass Lane<br>Rockledge, FL 32955<br><br>and<br><br>Cj Aviation, Inc.<br>12215 SW 131 Avenue<br>Kendall, FL 33186<br><br>and<br><br>Gregory M. Neff, as Co- Personal<br>Representative of the Estate of Traves Neff,<br>Deceased<br>4730 Anna Simpson Road<br>Milton, FL 32583<br><br>and<br><br>Patricia J. Neff, as Co-Personal<br>Representative of the Estate of Traves Neff,<br>Deceased<br>4730 Anna Simpson Road<br>Milton, FL 32583<br><br>Defendants | | | |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| 25702-0132 Insured | **USDC for the Middle District of Pennsylvania** <br><br> **Cause No.: 4:07-cv-00886** <br><br> Jill Sikkelee, individually and as Personal Representative of the Estate of David Sikkelee, Deceased; <br><br> Plaintiff, <br><br> vs. <br><br> Precision Airmotive Corporation<br>14800 40th Avenue NE, Bldg. D<br>Marysville, WA 98271 <br><br> and <br><br> Precision Airmotive LLC, individually and as Successor-in-interest to Precision Airmotive Corporation<br>14800 40tll Avenue NE, Bldg. D<br>Marysville, WA 98271 <br><br> and <br><br> Precision Aerospace Corporation<br>C/O LPSL Corporate Services, Inc.<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>C/O Ct Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 <br><br> and <br><br> Precision Aerospace Services LLC f/k/a Precision Aerospace Group, LLC<br>1100 Carillon Point<br>Kirkland, WA 98033 <br><br> and <br><br> Precision Aviation Products Corporation a/k/a Precision Aerospace Products C/O LPSL | 07/10/2005 <br><br> Wrongful death action | David I. Katzman, Esquire<br>John D. McClune, Esquire<br>SCHADEN KATZMAN LAMPERT & MCCLUNE<br>100 W. Big Beaver Rd., Suite 130<br>Troy, MI 48084 | Trial date scheduled for April, 2013 |

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Corporate Services, Inc.<br><br>and<br><br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>Precision Products LLC<br>C/O LPSL Corporate Services, Inc.<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br><br>and<br><br>Zenith Fuel Systems LLC as Successor-in-interest to Zenith Fuel Systems incorporated;<br>1100 Carillon Point<br>Kirkland, Washington 98033<br>C/O LPSL Corporate Services, Inc.<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br><br>and<br><br>Burns international Services Corporation, individually and as Successor-in-interest to Borg-Warner Corporation, and Marvel-Schebler, A Division of Borg-Warner Corporation;<br>2 Campus Drive<br>Parsippany, NJ 07054,<br><br>and<br><br>Former Fuel Systems, Inc. f/k/a Facet Fuel Systems, Inc., individually and as Successor-in-interest to Facet Aerospace Products Company<br>6120 South Yale Avenue,<br>Tulsa, Oklahoma 74136, and<br>501 John James Audubon Parkway,<br>Amerherst, New York 14226<br>C/O the Corporation Trust Company<br>Corporation Trust Center<br>1209 orange Street<br>Wilmington, DE 19801; | | | |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | and | | | |
| | Mark Iv industries, Inc., individually and as Successor-in-interest to Facet Enterprises, Inc. and Facet Aerospace Products Company 501 John James Audubon Parkway P.O. Box 810 Amherst, NY 14226 | | | |
| | and | | | |
| | Textron Lycoming Reciprocating Engine Division, A Division of Avco Corporation 652 Oliver Street Williamsport, PA 17701, and 40 Westminster Street Providence, RI 02903, C/O the Corporation Company Corporation Center | | | |
| | and | | | |
| | 1209 orange Street Wilmington, DE 19801 Textron, Inc. 40 Westminster Street Providence, RI 02903,and Ct Corporation System 10 Weybosset Street Providence, RI 02903, C/O the Corporation Company Corporation Center | | | |
| | and | | | |
| | 1209 orange Street Wilmington, DE 19801 Avco Corporation 652 Oliver Street Williamsport, PA 17701, and 40 Westminster Street Providence, RI 02903, C/O Ct Corporation System | | | |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | 10 Weybosset Street<br>Providence, RI 02903<br>C/O the Corporation Company<br>Corporation Center<br>1209 orange Street<br>Wilmington, DE 19801<br><br>and<br><br>Kelly Aerospace, Inc., individually and Joint<br>Venturer and as Successor-in-interest;<br>1400 East South Boulevard<br>Montgomery, AL 36116<br>C/O Csc Lawyers incorporating Service Inc.<br>150 S. Perry St.<br>Montgomery, AL 36104<br>C/O the Corporation Company<br>Corporation Trust Center<br>1209 orange Street<br>Wilmington, DE 19801<br><br>and<br><br>Kelly Aerospace Power Systems, Inc., a/k/a<br>Electrosystems, Inc. a/k/a Consolidated Fuel<br>Systems, Inc. a/k/a Confuel Inc., individually<br>and as Joint Venturer and Successor-in-interest;<br>1400 East South Blvd<br>Montgomery, AL 36116, and<br>Airport Road Complex<br>Po Box 273<br>Ft. Deposit, AL 36032, and<br>2 Oliver St.<br>Boston, MA 02109<br>C/O Csc Lawyers incorporating Service Inc.<br>150 S. Perry St.<br>Montgomery, AL 36104<br>C/O the Corporation Company<br>Corporation Trust Center<br>1209 orange Street<br>Wilmington, De 19801<br>C/O the Corporation Company | | | |

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | 60 Commerce Street<br>Montgomery, AL 36104<br><br>and<br><br>Electrosystems, Inc., a/k/a Consolidated Fuel Systems, Inc. a/k/a Confuel, Inc., individually and as Joint Venturer and as Successor-in-interest;<br>1400 East South Blvd<br>Montgomery, AL 36116, and<br>Airport Road Complex<br>Po Box 273<br>Ft. Deposit, AL 36032, and<br>2 Oliver St.<br>Boston, MA 02109<br>C/O Csc Lawyers incorporating Service Inc.<br>150 S. Perry St.<br>Montgomery, AL 36104<br>C/O the Corporation Company<br>Corporation Trust Center<br>1209 orange Street<br>Wilmington, DE 19801<br>C/O the Corporation Company<br>60 Commerce Street<br>Montgomery, AL 36104<br><br>and<br><br>Consolidated Fuel Systems, Inc. a/k/a Confuel, Inc.<br>1400 East South Blvd<br>Montgomery, AL 36116, and<br>Airport Road Complex<br>Po Box 273<br>Ft. Deposit, AL 36032, and<br>2 Oliver St.<br>Boston, MA 02109<br>C/O Csc Lawyers incorporating Service Inc.<br>150 S. Perry St.<br>Montgomery, AL 36104<br>C/O the Corporation Company | | | |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Corporation Trust Center 1209 orange Street Wilmington, DE 19801 C/O the Corporation Company 60 Commerce Street Montgomery, AL 36104 Defendants, Jointly and Severally; <br><br>Defendants. | | | |
| 25702-0134 <br> Insured | **Court of Common Pleas Philadelphia County, Philadelphia, PA** <br><br> **Docket No. 003200** <br><br> Brian Stewart individually and as Personal Representative of the Estates of Connie and Sarah Stewart, Deceased, and as Natural Parent~ Guardian and Conservator of Caryn Stewart; and Natural Guardian of Christian Stewart 7927 Filimore Road West Union, IA 52175 <br><br> and <br><br> Greg Bryan, individually and as Personal Representative of the Estate of Andrew Bryan, Deceased 230 Pearl Street Westgate, IA 50681 <br><br> and <br><br> Shelia Bryan, individually and as Personal Representative of the Estate of Andrew Bryan, Deceased 230 Pearl Street Westgate, IA 50681 <br><br> and <br><br> Doug Bryan~ individually 230 Pearl Street Westgate, IA 50681 | 05/27/2005 <br><br> Wrongful death action | Arthur Wolk Bradley Stoll The Wolk Law Firm 1710-12 Locust Street Philadelphia, PA 19103 | No trial date |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Plaintiffs, | | | |
| | vs. | | | |
| | Precision Airmotive LLC individually and as Joint Venturer c/o LPSL Corporate Services, Inc. 1420 Fifth Avenue, Suite 4100 Seattle, WA 98101 | | | |
| | and | | | |
| | Precision Airmotive Corporation, individually, as Joint Venturer and As Successor-in-interest to Precision Airmotive Corporation 14800 40th Avenue NE. Bldg. D Marysville, WA 98271 | | | |
| | and | | | |
| | Precision Aerospace Corporation, individually and as Joint Venturer c/o LPSL Corporate Services, Inc. 1420 Fifth Avenue, Suite 4100 Seattle, WA 98101 | | | |
| | and | | | |
| | Precision Aerospace Services LLC f/k/a Precision Aerospace Group LLC, individually and as Joint Venturer 1100 Carillon Point Kirkland, WA 98033 | | | |
| | and | | | |
| | Precision Aviation Products Corporation, individually and as Joint Venturer c/o LPSL Corporate Services, Inc. 1420 Fifth Avenue, Suite 4100 Seattle, WA 98101 | | | |
| | and | | | |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Precision Products LLC~ individually and as Joint Venturer c/o LPSL Corporate Services. Inc. 1420 Fifth Avenue~ Suite 4100 Seattle, WA 98101 and Zenith Fuel Systems LLC, individually as Joint Venturer and as Successor-in-interest To Zenith Fuel Systems incorporated 1100 Carillon Point Kirkland. WA 98033 and Burns international Services Corporation, individually, as Joint Venturer and as Successor-in-interest to Borg· Warner Corporation and Marvel-Schebler. A Division of Borg-Warner Corporation 2 Campus Drive Parsippany, NJ 07054 and Former Fuel Systems, Inc. f/k/a Facet Fuel Systems, inc .• individually, as Joint Venturer and As Successor-in-interest to Facet Aerospace Products Company C/O the Corporation Trust Company Corporation Trust Center 1209 orange Street Wilmington DE 19801 and Mark Iv industries. Inc., individually, as Joint Venturer and as Successor-in-interest to Facet Enterprises. Inc. and Facet Aerospace Products Company 501 John James Audubon Parkway P.O. Box 810 | | | |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL<br>Nature of Proceedings | Attorneys for<br>Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Amherst, NY 14226<br><br>and<br><br>Avco Corporation, d/b/a Textron Lycoming<br>652 Oliver Street<br>Williamsport, PA 17701<br><br>and<br><br>Lycoming a/k/a Lycoming Engines a/k/a Textron Lycoming Reciprocating Engine Division<br>652 Oliver Street<br>Williamsport, PA 17701<br><br>and<br><br>Textron, Inc.<br>40 Westminster Street<br>Providence, RI 02903<br><br>Defendants. | | | |
| 25702-0140<br><br>Insured | **Circuit Court Civil Division, Kenosha County, State of Wisconsin**<br><br>**Case No.: 06 CV 1478**<br><br>Donna L. Grochowske, as Personal Representative of the Estate of Henry Fred Grochowske, III, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Russell Romey, individually and Doing Business as D&G Supply<br>1916 industrial Drive<br>Niles Michigan 49120;<br>Doe #1 insurance Company, the Fictitious Name of An Unknown insurance Company;<br>Blackhawk Aircraft Maintenance, L.L.C., A Domestic Limited | 09/30/2004<br><br>Wrongful death action | Robert G. Alexander<br>Alexander & Klemmer, S.C.<br>2675 North Mayfair Road, Suite 304<br>Wauwatosa, WI  53226<br><br>Charles R. Barnett, III<br>Orla M. Brady<br>Nolan Law Group<br>20 North Clark Street, 30th Floor<br>Chicago, IL  60602 | Summary judgment granted – affirmed on appeal. |

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Liability Coj.11pany<br>C/O Nicholas M. Quint, Registered Agent<br>3720 West County Road A<br>Janesville, Wisconsin 53545-9064;<br>Blackhawk Aircraft<br>Maintenance, Inc., A Domestic Corporation,<br>C/O David A. Hagen, Registered Agent,<br>4525 Woodgate Drive<br>Janesville, Wisconsin 53546;<br>Nicholas M. Quint<br>3720 West County Road A<br>Janesville, Wisconsin 53545-9064;<br>Doe #2 insurance Company,<br>the Fictitious Name of An Unknown<br>insurance Company;<br>Precision Airmotive Corporation<br>A Foreign Corporation<br>C/O LPSL Corporate Services, Inc., Registered Agent<br>1420 Fifth Avenue, Suite 1400<br>Seattle, Washington 98101-2338;<br>Precision Airmotive, LLC. A Foreign Limited<br>Liability Company C/O Lps, Corporate<br>Services, Inc., Registered Agent<br>1420 Fifth Avenue, Suite 1400<br>Seattle, Washington 98101-2338<br><br>and<br><br>Doe #3 insurance Company, the Fictitious Name<br>of An Unknown insurance Company;<br><br>Defendants.<br><br><br>Sharon Whiteside, as Special Administrator of<br>the Estate of Brian E. Whiteside, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Russell Romey, individually and Doing | | | |

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Business as D&G Supply<br>1916 industrial Drive<br>Niles Michigan 49120;<br>Doe #1 insurance Company, the Fictitious Name of An Unknown insurance Company;<br>Blackhawk Aircraft Maintenance, L.L.C., A Domestic Limited Liability Company C/O Nicholas M. Quint, Registered Agent<br>3720 West County Road A<br>Janesville, Wisconsin 53545-9064;<br>Blackhawk Aircraft Maintenance, Inc., A Domestic Corporation, C/O David A. Hagen, Registered Agent,<br>4525 Woodgate Drive<br>Janesville, Wisconsin 53546;<br>Nicholas M. Quint<br>3720 West County Road A<br>Janesville, Wisconsin 53545-9064;<br>Doe #2 insurance Company, the Fictitious Name of An Unknown insurance Company; Precision Airmotive Corporation A Foreign Corporation C/O LPSL Corporate Services, Inc., Registered Agent<br>1420 Fifth Avenue, Suite 1400<br>Seattle, Washington 98101-2338<br><br>Defendants. | | | |
| 25702-0159<br><br>Insured | **Circuit Court Of the Fifteenth Judicial Circuit In And For Palm Beach County, State Of Florida, Civil Division**<br><br>**Case No.: 50-2008-CA-000633XXXMB**<br><br>Chandrashekhar Godghate and<br>Shailaja Godghate, His Wife<br><br>Plaintiffs,<br><br>vs.<br><br>Day Trippin' Airlines, LLC., A Foreign Corporation, Rohan Av1ation, Inc., d/b/a | 10/27/2007<br><br>Wrongful death action | Steven C. Marks<br>Alex Rundlet<br>Podhurst Orseck P.A.<br>25 West Flagler Street, Suite 800<br>Miami, FL  33130<br><br>Hyram M. Montero<br>Montero Law Center<br>100 S.E. 6th Street<br>Fort Lauderdale, FL 3330 | Trial date scheduled for April 2013 |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| | Kemper Aviation, A Florida Corporation, A.I.M. High, LLC., A Florida Corporation, Aksha Y Mohan, .Jennifer Rozelle, as Persona1 Representative of the Estate of Jeffrey W. Rozelle, Precision Airmotive LLC., A Washington Limited Liability Corporation, Precision Airmotive Corporation n/k/a Volare Carburetors LLC., A North Carolina Limited Liability Corporation, and Lycoming Engines, A Division of Avco Corporation, A Delaware Corporation, Defendants. Sanjay Chhikara and Mona Chhikara As Personal Representative For the Estate of Arjun Chhikara , Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>Day Trippin' Airlines, LLC., A Foreign Corporation, Rohan Av1ation, Inc., d/b/a Kemper Aviation, A Florida Corporation, A.I.M. High, LLC., A Florida Corporation, Aksha Y Mohan, .Jennifer Rozelle, As Persona1 Representative of the Estate of Jeffrey W. Rozelle, Precision Airmotive LLC., A Washington Limited Liability Corporation, Precision Airmotive Corporation n/k/a Volare Carburetors LLC., A North Carolina Limited Liability Corporation, and Lycoming Engines, A Division of Avco Corporation, A Delaware Corporation,<br><br>Defendants. | | | |
| 67525-0008 Uninsured | Gary Logan | Not in litigation<br><br>Wrongful death action | | Notice of potential claim |
| 67525-0010 Uninsured | Langford/Ritz | Not in Litigation<br><br>Wrongful death action | | Notice of potential claim |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

| Matter No. | Caption of Suit and Case Number | DOL Nature of Proceedings | Attorneys for Plaintiffs | Status or Disposition |
|---|---|---|---|---|
| 67525-0011 Uninsured | Long/Holtmeier v. Robinson Helicopters (Missouri) | Not in litigation Wrongful death action | | Notice of potential claim |
| 67525-0013 Uninsured | Agostini/Henegar West Palm Beach | Not in litigation Wrongful death action | | Notice of potential claim |
| 67525-0015 | Estate of David McIntosh Parker, Colorado – 04/23/2011 | Not in Litigation Wrongful death action | | Notice of potential claim |
| 67525-0020 Uninsured | Mark Kedrowski, St. Elmo, MN accident | 09/03/2010 Not in Litigation Wrongful death action | | Notice of potential claim |
| Uninsured | **The Circuit Court of Cook County's First Municipal District** **Case No.: 2012-L-011359** Lloyd McKee, Maureen McKee Plaintiffs v. Aircraft Systems, Inc.; Precision Airmotive LLC; Teledyne Continental MO Defendants. | Personal Injury | Nolan Law Group 20 N Clark 30th Floor Chicago, IL 60602 | Filed 10/05/2012 Precision has not been served. |

**Answer to SOFA Q 4**

67525-0023/LEGAL25078418.3

# United States Bankruptcy Court
## Western District of Washington

In re    **Precision Airmotive LLC**                   Case No.

                                          Debtor(s)           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Fees at Hourly Rates Plus Costs |
| Prior to the filing of this statement I have received | $ | **100,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Other servicees generally required of Chapter 11 Debtor's counsel.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 7, 2012**                    **/s/ John S. Kaplan WSBA**
                                                  **John S. Kaplan WSBA #23788**
                                                  **Perkins Coie LLP - Seattle**
                                                  **1201 3rd Avenue**
                                                  **Suite 4900**
                                                  **Seattle, WA 98101-3099**
                                                  **206-359-8000  Fax: 206-359-9000**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re   **Precision Airmotive LLC**        Case No. _____

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Precision Airmotive Holdings, LLC**<br>**14800 40th Ave NE**<br>**Marysville, WA 98271** | | **100%** | **Ownership interest in**<br>**Precision Airmotive LLC** |
| **Scott Grafenauer**<br>**1909 143rd St NW**<br>**Marysville, WA 98271** | | **50%** | **Ownership interest in**<br>**Precision Airmotive Holdings**<br>**LLC** |
| **Linda Grafenauer**<br>**1909 143rd St NW**<br>**Marysville, WA 98271** | | **40%** | **Ownership interest in**<br>**Precision Airmotive Holdings**<br>**LLC** |
| **Roger Hall**<br>**378 Campbell Ave**<br>**Mukilteo, WA 98275** | | **10%** | **Ownership interest in**<br>**Precision Airmotive Holdings**<br>**LLC** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 7, 2012** _____     Signature   **/s/ Scott L. Grafenauer** _____

                                                  **Scott L. Grafenauer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re __Precision Airmotive LLC__         Case No. _____

                Debtor(s)      Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __December 7, 2012_____      __/s/ Scott L. Grafenauer_____

                                    **Scott L. Grafenauer/President**

                                    Signer/Title

A.D.P.
18702 NORTH CREEK PKWY
SUITE 100
BOTHELL, WA 98011


A.I.M. HIGH, LLC.
C/O WAGNER, DAVID
THORNTON, DAVIS & FEIN, P.A.
80 SW 8TH ST., SUITE 2900
MIAMI, FL 33130


AAA FIRE & SAFETY , INC.
3013 3RD AVE. N.
SEATTLE, WA 98109


ABF FREIGHT SYSTEM, INC.
7226 S 262ND ST
KENT, WA 98032-7379


ABSOLUTE MFG
SENIOR OPERATIONS LLC
P.O. BOX 71169
CHICAGO, IL 60694-1169


ACE USA
DEPT. CH 14089
PALATINE, IL 60055-4089


ADMA
100 N 20TH ST
SUITE 400
PHILADELPHIA, PA 19103-1443


ADVANCED INSPECTION SERVICES I
15150 25TH AVENUE NORTH
SUITE 200
MINNEAPOLIS, MN 55447


AERO ACCESSORIES, INC.
C/O GEOFFREY M. GRINDELAND
MILLS MEYERS SWARTLING
1000 SECOND AVE., 30TH FLOOR
SEATTLE, WA 98104

AERO INC
3701 HWY 162
GRANITE CITY, IL 62040


AERO SPORT POWER
2965 AIRPORT ROAD
KAMLOOPS, BC, V2B7W8
CANADA


AEROMOT AERONAVES E MOTORES
AV. SERTORIO 1988 – PORTO ALEGRE
PORTO ALEGRE, RIO G. SUL, 91020-000
BRAZIL


AEROMOTIVE CORP. LTD
STEELE ROAD RD 2
HAMILTON, 2021
NEW ZEALAND


AEROSTAR AIRCRAFT CORPORATION
C/O CHRISTOPHER EDSON KNIGHT
FOWLER WHITE BURNETT
1395 BRICKELL AVE, 14TH FL
MIAMI, FL 33131-3302


AEROSTAR AIRCRAFT CORPORATION
C/O HELAINE S. GOODNER
FOWLER WHITE BURNETT
1395 BRICKELL AVE, 14TH FL
MIAMI, FL 33131-3302


AEROSTAR AIRCRAFT CORPORATION
C/O RICHARD PAUL MORRIS
FOWLER WHITE BURNETT
1395 BRICKELL AVE, 14TH FL
MIAMI, FL 33131-3302


AFLAC
WORLDWIDE HEADQUARTERS
COLUMBUS, GA 31999


AIR & SEA STORAGE, INC.
916 S.E. 17TH STREET
DEERFIELD BEACH, FL 33441

AIR COMPONENTS
10235 INDIANA CT.
RANCHO CUCAMONGA, CA 91730


AIRCRAFT INSPECTION & REPAIR, LLC
CLIFFORD R. MAGEE
MAGEE LAW
PO BOX 701800
TULSA, OK 74170-1800


AIRCRAFT PARTS INTERNATIONAL
3778 DISTRIPLEX DR. N.
MEMPHIS, TN 38118


AIRCRAFT SYSTEMS INC


AIRMECH INCORPORATED
C/O WALLACE CLIFTON MAGATHAN, III
LAW OFFICES OF WALLACE C. MAGATHAN
9350 S DIXIE HWY, STE 1000
MIAMI, FL 33156


AIRPART SUPPLY LTD
VISCOUNT HOUSE WYCOMBE AIRPARK
MARLOW BUCKS, SL7 3DP
UNITED KINGDOM


AIRPARTS COMPANY INC
2310 NW 55TH CT #128
FORT LAUDERDALE, FL 33309


AKSHA Y MOHAN
C/O GOLDBERG, MARK H
4780 DAVIE ROAD
STE 101
DAVIE, FL 33314


ALEX RUNDLET
PODHURST ORSECK P.A.
25 WEST FLAGLER STREET
SUITE 800
MIAMI, FL 33130

ALEXANDER TITOV
11892 FERNDALE STREET
PHILADELPHIA, PA 19116


ALISA BRODKOWITZ, ATTY AT LAW P.S.
VINE STREET
SUITE 202
SEATTLE, WA 98121


ALLEGHENY TECHNOLOGIES INCORPORATED
1000 SIX PPG PLACE
PITTSBURGH, PA 15222-5479


ALLEGHENY TELEDYNE, INC.
1000 SIX PPG PLACE
PITTSBURGH, PA 15222-5479


AMERICA'S AIRCRAFT ENGINES
PO BOX 582453
TULSA, OK 74158


AMERICAN AVIATION INC.
C/O CHRISTOPHER EDSON KNIGHT
FOWLER WHITE BURNETT
1395 BRICKELL AVE, 14TH FL
MIAMI, FL 33131-3302


AMERICAN AVIATION INC.
C/O HELAINE S. GOODNER
FOWLER WHITE BURNETT
1395 BRICKELL AVE, 14TH FL
MIAMI, FL 33131-3302


AMERICAN AVIATION INC.
C/O RICHARD PAUL MORRIS
FOWLER WHITE BURNETT
1395 BRICKELL AVE, 14TH FL
MIAMI, FL 33131


AMETEK B & S A/C PARTS & ACCESSORIE
1414 SOUTH MOSLEY
WICHITA, KS 67211


AMETEK B&S AIRCRAFT PARTS & ACCESS
1414 MOSLEY
WICHITA, KS 67211

AMUNDSON, SCOTT A
19221 94TH DR NW
STANWOOD, WA 98292

ANDREW L SALVATORE
1800 JOHN F. KENNEDY BLVD.
SUITE 300
PHILADELPHIA, PA 19103

ANL SPRING & MFG CO.
18307 WEAVER STREET
DETROIT, MI 48228

ANTTILA, DENNIS A
165 MYST PL
CAMANO ISLAND, WA 98282

APPLIED INDUSTRIAL TECH
PO BOX 100538
PASADENA, CA 91189-0538

ARAMARK UNIFORM SERVICES
P.O. BOX 9040
EVERETT, WA 98206

ARTHUR A. WOLK, ESQUIRE
THE WOLK FIRM
1710-12 LOCUST STREET
PHILADELPHIA, PA 19103

ARTHUR ALLEN COUCH, DECEASED
BRADLEY K. DONNELL
MCAFEE & TAFT PC
211 N ROBINSON, 10TH FL
OKLAHOMA CITY, OK 73102-7103

ARTHUR ALLEN COUCH, DECEASED
RODNEY K. HUNSINGER
MCAFEE & TAFT PC
211 N ROBINSON, 10TH FL
OKLAHOMA CITY, OK 73102-7103

ASSOCIATED SPRING
226 SOUTH CENTER STREET
CORRY, PA 16407-1992

ASW GROUP RETRO
PO BOX 84242
SEATTLE, WA 98124-5542


ASW, INC.
PO BOX 84242
SEATTLE, WA 98124


AT&T
P.O. BOX 1809
PARAMUS, NJ 07653-1809


AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463


ATKINSON HASKINS NELLIS ET AL.
PARKCENTRE BLDG, 12TH FLOOR
525 SOUTH MAIN STREET
TULSA, OK 74103


ATTCO MACHINE PRODUCTS
2411 FOUNDATION DRIVE
SOUTH BEND, IN 46628-1421


AUBURN FLIGHT SERVICE INC
C/O SONN, DAVID E
JEFFERS DANIELSON SONN & AYLWARD PS
2600 CHESTER KIMM RD
WENATCHEE, WA 98801


AUBURN MANUFACTURING COMPANY
29 STACK STREET
MIDDLETOWN, CT 06457-2274


AVCO CORP
652 OLIVER ST
WILLIAMSPORT, PA 17701


AVCO CORP
C/O FONDA, RODNEY Q.
COZEN O'CONNOR
1201 THIRD AVE, STE 5200
SEATTLE, WA 98101

```
AVCO CORP.
C/O JAMES ROBINSON
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


AVCO CORPORATION
C/O VERONICA WINTER SALTZ
993 OLD EAGLE SCHOOL ROAD
STE 412
WAYNE, PA 19087


AVCO CORPORATION
52 OLIVER ST.
WILLIAMSPORT, PA 17701


AVCO CORPORATION
652 OLIVER ST
WILLIAMSPORT, PA 17701


AVCO CORPORATION
C/O CATHERINE B. SLAVIN
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


AVCO CORPORATION
C/O SARA A. FREY
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


AVCO CORPORATION
C/O VERONICA WINTER SALTZ
SALTZ MATKOV, P.C.
992 OLD EAGLE SCHOOL RD STE 412
WAYNE, PA 19087


AVIALL
9017 169TH ST. CT. E
PUYALLUP, WA 98375


AVIALL
PO BOX 842267
DALLAS, TX 75284-2267
```

AVIALL MARKETING
PO BOX 619048
DALLAS, TX 75261-9048


AVIALL SERVICES INC.
PO BOX 619048
DALLAS, TX 75261


AVSAFE LLC
SHELBY EDWARDS
18437 EDISON AVENUE
CHESTERFIELD, MO 63005


AVSTAR AIRCRAFT ACCESSORIES
WEST WING 1365 PARK LANE SOUTH
JUPITER, FL 33458


AVSTAR FUEL SYSTEMS, INC.
C/O VERONICA WINTER SALTZ
SALTZ MATKOV, P.C.
992 OLD EAGLE SCHOOL RD STE 412
WAYNE, PA 19087


AXIS INFORMATION SYSTEMS
218 MAIN STREET #396
KIRKLAND, WA 98033-6108


BANC OF AMERICA LEASING
LEASE ADMINISTRATION CENTER
P.O. BOX 405874
ATLANTA, GA 30384-5874


BANKCARD CENTER
1550 N. BROWN RD.
SUITE 150
LAWRENCEVILLE, GA 30043


BANKER LOPEZ GASSLER
JOHN O'FLANAGAN
501 EAST KENNEDY BOULEVARD SUITE
TAMPA, FL 33602


BARBARA L. AUBREY
9738 WESTVILLE ROAD
CAMDEN WYOMING, DE 19934

```
BARRETT PRECISION ENGINES INC.
2870-B NORTH SHERIDAN ROAD
TULSA, OK 74115


BEAUTIFUL DISPLAYS.COM
3952 SOUTH ILLINOIS AVENUE
CARBONDALE, IL 62903


BELINDA B. DEKOZAN
MCDONALD FLEMING MOORHEAD
25 WEST GOVERNMENT STREET
PENSACOLA, FL 32502


BENJAMIN J. WESLEY
C/O EDWARD P. FLEMING AND BELINDA DEKOZE
25 W GOVERNMENT ST
PENSACOLA, FL 35202


BENJAMIN J. WESLEY
C/O ARTHUR ALAN WOLK & PHILIP J. FORD
1710-12 LOCUST ST
PHILADELPHIA, PA 19103


BICKFORD FORD
3100 BICKFORD AVE
SNOHOMISH, WA 98290


BIERINGER, PAUL E.
PAUL BIERINGER
1723 MADISON CT.
LOUISVILLE, CO 80027


BILL'S BLUEPRINT, INC.
2920 ROCKEFELLER AVE.
EVERETT, WA 98201


BILYARA BLUE SEAL ENGINES
HANGAR 330, DRUIN PLACE
BANKSTOWN AIRPORT, NSW, 2200
AUSTRALIA


BILYARA BLUE SEAL ENGINES PTY LTD
HANGER 330, DRUIN PLACE
BANKSTOWN AIRPORT, NSW, 2200
AUSTRALIA
```

```
BLACKFOX TRAINING INSTITUTE, LLC
701 DELEWARE AVE
UNIT B
LONGMONT, CO 80501


BLACKHAWK AIRCRAFT MAINTENANCE, L.L.C
C/O NICHOLAS QUINT, REG AGENT
3720 W COUNTY RD A
JANESVILLE, WI 53545


BLACKHAWK AIRCRAFT MAINTENANCE, L.L.C
C/O DAVID A HAGEN, REG AGENT
4525 WOODGATE DR
JANESVILLE, WI 53546


BLEVINS SCREW PRODUCTS
1838 REMELL STREET
FLINT, MI 48503


BMW BANK OF NORTH AMERICA
REGIONAL SERVICE CENTER
P.O. BOX 3608
DUBLIN, OH 43016-0306


BOB HEDRICK
AVIATION LAW GROUP PS
1420 5TH AVE
STE 3000
SEATTLE, WA 98101


BOYNTON, GRANT W
735 SANDSTONE LANE
CAMANO ISLAND, WA 98282


BRADLEY J. STOLL
THE WOLK FIRM
1710-12 LOCUST STREET
PHILADELPHIA, PA 19103


BRADLEY STOLL
THE WOLK FIRM
1710-12 LOCUST STREET
PHILADELPHIA, PA 19103
```

BRADLEY STOLL
THE WOLK LAW FIRM
1710-12 LOCUST ST
PHILADELPHIA, PA 19103


BRADY WORLDWIDE, INC.
P.O. BOX 571
MILWAUKEE, WI 53201-0571


BRIAN STEWART
7927 FILMORE RD
WEST UNION, IA 52175


BRICKMAN, ROCHELLE M
2608 CEDAR ROAD
LAKE STEVENS, WA 98258


BSI GROUP AMERICA INC.
DEPT CH 19307
PALATINE, IL 60055-9307


BULGER SAFE & LOCK, INC.
11502 LAKE CITY WAY NE
SEATTLE, WA 98125


BURGHDUFF, TONY A
9029 9TH PLACE SE
EVERETT, WA 98205


BURNS INTERNATIONAL SERVICES CORPORATION
2 CAMPUS DR.
PARSIPPANY, NJ 08054


BURNS INTERNATIONAL SERVICES CORPORATION
2 CAMPUS DR.
PARSIPPANY, NJ 07054


BURNS INTERNATIONAL SERVICES CORPORATION
C/O CHRISTOPHER E. BALLOD
WHITE AND WILLIAMS, LLP
1650 MARKET ST, STE 1800
PHILADELPHIA, PA 19103

```
BURNS INTERNATIONAL SERVICES CORPORATION
C/O JERROLD P. ANDERS
WHITE AND WILLIAMS, LLP
1650 MARKET ST, STE 1800
PHILADELPHIA, PA 19103


BURNS INTERNATIONAL SERVICES CORPORATION
C/O KRISTEN E. DENNISON
CAMPBELL CAMPBELL EDWARDS & CONROY
690 LEE ROAD, STE 360
WAYNE, PA 19087


BURNS INTERNATIONAL SERVICES CORPORATION
C/O SARA E. BAYNARD-COOKE
PERKINS COIE LLP
1201 THIRD AVE STE 4900
SEATTLE, WA 98101-3099


BURNS INTERNATIONAL SERVICES CORPORATION
C/O WILLIAM J. CONROY
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
690 LEE ROAD, STE 300
WAYNE, PA 19087


BURNS INTERNATIONAL SERVICES CORPORATION
C/O WILLIAM A. RUBERT
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
690 LEE ROAD, STE 300
WAYNE, PA 19087


C & A AVIATION SDN BHD
LETTER BOX NO. 2, SENAI CARGO CENTRE SUL
JOHOR BAHRU, JOHOR, 81250
MALAYSIA


C & H DISTRIBUTORS, LLC.
22133 NETWORK PLACE
CHICAGO, IL 60673-1133


C. TODD WARD
FENTON, FENTON, SMITH, RENEAU & MOON, P.
211 N. ROBINSON
SUITE 800N
OKLAHOMA CITY, OK 73102
```

C.W. PRICE & CO. PTY LTD
689 PENDULUM ROAD
HALFWAY HOUSE, 1685
SOUTH AFRICA


CALEDONIAN INSURANCE GROUP, INC.
P.O. BOX 60
MERCER ISLAND, WA 98040-0060


CAMPBELL CAMPBELL EDWARDS & CONROY
WILLIAM CONROY
P.O. BOX 845318
BOSTON, MA 02284-5318


CAMPBELL CAMPBELL EDWARDS & CONROY
WILLIAM CONROY
P.O. BOX 845318
BOSTON, MA 02284


CAMTRONICS LLC AKA CAMTRONICS AVIONICS
SCOTT R. HELTON
HEROUX & HELTON
6120 S YALE AVE STE 1800
TULSA, OK 74136


CAMTRONICS LLC AKA CAMTRONICS AVIONICS
LAUREN A. PIERCE
HEROUX & HELTON
6120 S YALE AVE STE 1800
TULSA, OK 74136


CAPLUGS - PROTECTIVE INDUSTRIES
2150 ELMWOOD AVE.
BUFFALO, NY 14207


CARQUEST AUTO PARTS
PO BOX 503589
ST LOUIS, MO 63150-3589


CATHERINE B SLAVIN
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103

CESSNA AIRCRAFT COMPANY
PO BOX 77130
FT. WORTH, TX 76177


CHAMPION AEROSPACE LLC
C/O RALPH PAGANO
FITZPATRICK & HUNT, TUCKER, COLLIER, PAG
TOWER 49 TWELVE EAST 49TH STREET, 31ST F
NEW YORK, NY 10017


CHANDRASHEKHAR GODGHATE
C/O MONTERO, HIRAM M
100 S.E. 6TH STREET
FT LAUDERDALE, FL 33301


CHARLES MADDOX
13614 52ND AVE NW
GIG HARBOR, WA 98332


CHARLES R. BARNETT
NOLAN LAW GROUP
20 NORTH CLARK STREET
30TH FLOOR
CHICAGO, IL 60602


CHARLES SCHWAB TRUST COMPANY
12401 RESEARCH BLVD.
AUSTIN, TX 78759


CHEMETALL OAKITE
22040 NETWORK PLACE
CHICAGO, IL 60673-1220


CHEMI-GRAPHICS INC.
340 STATE ST
P.O. BOX 410
LUDLOW, MA 01056


CHICAGO WILCOX MFG. CO.
16928 STATE ST P.O. BOX 126
P.O. BOX 126
SOUTH HOLLAND, IL 60473-2841


CJ AVIATION, INC.
12215 SW 131 AVENUE
KENDALL, FL 33186

CLIFFORD A. MAGEE
PO BOX 701800
TULSA, OK 74170


COASTAL COMMUNITY BANK
2817 COLBY AVE
EVERETT, WA 98201


COASTAL COMMUNITY BANK
2817 COLBY AVENUE
EVERETT, WA 98201


COBB COLE
P.O. BOX 2491
DAYTONA BEACH, FL 32115


COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN STREET
DENVER, CO 80261


COMCAST
P.O. BOX 34744
SEATTLE, WA 98124-1744


CONSOLIDATED FUEL SYSTEMS, INC.
AKA CONFUEL INC.
2900 SELMA HIGHWAY
MONTGOMERY, AL 36108


CONSOLIDATED FUEL SYSTEMS, INC. A/K/A CO
C/O MITCHEL E. KALLET
KERN & WOOLEY, LLP
7111 FAIRWAY DR, STE 302
PALM BEACH GARDENS, FL 33418


CONSOLIDATED FUEL SYSTEMS, INC. A/K/A CO
C/O SCOTT F. GRIFFITH
RAWLE & HENDERSON LLP
1339 CHESTNUT ST, 16TH FLOOR
PHILADELPHIA, PA 19103


CONSOLIDATED FUEL SYSTEMS, INC. A/K/A CO
C/O JOHN E. SALMON
SALMON RICCHEZZA SINGER & TURCHI LLP
1700 MARKET ST, STE 3110
PHILADELPHIA, PA 19103

CONSONA
#7745804580 SOLUTIONS CENTER
CHICAGO, IL 60677-4005


CONTINENTAL MOTORS INC.
PO BOX 90
MOBILE, AL 36601


CONTRACTORS SUPPLY CORP/GREENSHLDS
P.O. BOX 448
EVERETT, WA 98206


CONTROL SENECA
9107 151ST AVE NE
REDMOND, WA 98052


CRAFTECH INDUSTRIES INC.
8 DOCK STREET
P.O. BOX 636
HUDSON, NY 12534


CRAIG A. LAPORTE
PROLY, LAPORTE AND MULLIGAN
OAK TRAIL PROFESSIONAL CENTER
11914 OAK TRAIL WAY
PORT RICHEY, FL 34668


CRANE AEROSPACE & ELECTRONICS A DIVI-SIO
C/O JUAN RICARDO SERRANO
GRIFFIN & SERRANO
707 SE 3RD AVE, 6TH FLOOR
FORT LAUDERDALE, FL 33316


CREST AIRPARK, INC.
C/O DAVID ERNST
BULLIVANT HOUSER BAILEY PC
1601 FIFTH AVE STE. 2300
SEATTLE, WA 98101


CUTTING TOOL CONTROL
1411 N.W. 51ST ST.
SEATTLE, WA 98107

CYNTHIA M DEVERS
THE WOLK FIRM
1710-12 LOCUST STREET
PHILADELPHIA, PA 19103


CYRUS N. LAWYER
TOON OSMOND PLLC
1800 SOUTH BALTIMORE
STE 1000
TULSA, OK 74119


D&W MANUFACTURING
3237 W. LAKE ST.
CHICAGO, IL 60624


D&W MANUFACTURING CO.
3237 WEST LAKE STREET
CHICAGO, IL 60624


DANIEL O. ROSE
KREINDLER & KREINDLER LLP
750 THIRD AVENUE
NEW YORK, NY 10017-2701


DAVID I. KATZMAN, ESQ
SCHADEN, KATZMAN, LAMPERT & MCCLUNE
100 WEST BIG BEAVER ROAD
SUITE 130
TROY, MI 48048


DAVID I. KATZMAN, ESQ
SCHADEN, KATZMAN, LAMPERT & MCCLUNE
100 WEST BIG BEAVER ROAD
SUITE 130
TROY, MI 48084


DAVIS & YOUNG
1200 FIFTH THIRD CENTER
600 SUPERIOR AVENUE, EAST
CLEVELAND, OH 44114


DAVIS GRIMM PAYNE & MARRA
701 FIFTH AVENUE
SUITE 4040
SEATTLE, WA 98104

DAY TRIPPIN' AIRLINES, LLC
C/O L. ROBERT BOURGEOIS
BANKER LOPEZ GASSLER, P.A.
501 E. KENNEDY BLVD., SUITE 1500
TAMPA, FL 33602


DELL BUSINESS CREDIT
PAYMENT PROCESSING CENTER
P.O. BOX 5275
CAROL STREAM, IL 60197-5275


DHL EXPRESS INC
PO BOX 4723
HOUSTON, TX 77210-4723


DIACOM CORPORATION
5 HOWE DRIVE
AMHERST, NH 03031


DIAMOND AIRCRAFT
1560 CRUMLIN SIDE ROAD
LONDON, ONT, N5V1S2
CANADA


DIGI-KEY CORPORATION 336130
P.O. BOX 250
THIEF RIVER FALLS, MN 56701-0250


DIMENSIONAL CONTROL CORPORATION
1403 INDUSTRIAL RD.
SAN CARLOS, CA 94070


DONNA L. GROCHOWSKE


DOUBLE A-C, LLC
BRADLEY K. DONNELL
MCAFEE & TAFT PC
211 N ROBINSON, 10TH FL
OKLAHOMA CITY, OK 73102-7103


DOUBLE A-C, LLC
RODNEY K. HUNSINGER
MCAFEE & TAFT PC
211 N ROBINSON, 10TH FL
OKLAHOMA CITY, OK 73102-7103

```
DOUBLE D CLEANING
P.O. BOX 81191
SEATTLE, WA 98108


DOUG BRYAN
230 PEARL ST
WESTGATE, IA 50681


DOUGHMAN QUALITY SERVICES
2090 E CYPRESS CANYON DR.
GREEN VALLEY, AZ 85614


DR. MERRITT M. BIRKY, PH.D
MERRIT M. BIRKY
5321 AMOS REEDER ROAD
BOONSBORO, MD 21713


EAA AIRVENTURE OSHKOSH
PO BOX 3043
OSHKOSH, WI 54903-3043


EAGAR, SC.D., P.E., THOMAS W.
THOMAS EAGAR
138 CLAFLIN STEET
BELMONT, MA 02478


EDWARD PAUL FLEMING
MCDONALD FLEMING MOORHEAD
25 WEST GOVERNMENT STREET
PENSACOLA, FL 32502


EF BAILEY
PO BOX 80444
SEATTLE, WA 98108-2421


ELECTRONIC BUSINESS MACHINES,INC.
802 134TH ST SW
#170
EVERETT, WA 98204


ELECTROSYSTEMS, INC.
C/O MITCHEL E. KALLET
KERN & WOOLEY, LLP
7111 FAIRWAY DR, STE 302
PALM BEACH GARDENS, FL 33418
```

ELECTROSYSTEMS, INC.
C/O SCOTT F. GRIFFITH
RAWLE & HENDERSON LLP
1339 CHESTNUT ST, 16TH FLOOR
PHILADELPHIA, PA 19103


ELECTROSYSTEMS, INC.
2900 SELMA HIGHWAY
MONTGOMERY, AL 36108


ELLEN V'ROI BERENHOLZ
217 LOCKHART TERRACE
PHILADELPHIA, PA 19116


EMBRAER
AV. BRIG.FARIA LIMA, 2170
SAO JOSE DOS CAMPOS, SP, 12227-901
BRAZIL


EMERSON PROCESS MANAGEMENT
DANIEL MEASUREMENT SERVICES
P.O. BOX 430156
DALLAS, TX 75373-0156


ENAER
CASILLA 452
SAN BERNARDO, SANTIAGO,
CHILE


ENGINE COMPONENTS INTERNATIONAL
9503 MIDDLEX
SAN ANTONIO, TX 78217


ENGINEERING SYSTEMS INC.
DALE ALEXANDER
4215 CAMPUS DRIVE
AURORA, IL 60504


ENOCH MANUFACTURING
MAIL STOP 94
P.O. BOX 5087
PORTLAND, OR 97208-5087


ENSTROM HELICOPTER CORP.
2209 22ND STREET
MENOMINEE, MI 49858

```
ERICKSON AVIATION SERVICES, LLC
ELIZABETH ERICKSON
16852 MCLAUGHLIN BLVD.
BONITA SPRINGS, FL 34134


ESTATE OF BRENDA L. HOUSTON
C/O NORTHCRAFT, MARK STEVEN
NORTHCRAFT BIGBY & BIGGS PC
819 VIRGINIA ST, STE C-2
SEATTLE, WA 98101


ESTATE OF HENRY FRED GROCHOWSKE, III
C/O ALEXANDER, ROBERT GARDNER
DONNA L GROCHOWSKE, PERSONAL REPRESENTAT
2675 NORTH MAYFAIR ROAD, SUITE 304
WAUWATOSA, WI 53226


ESTATE OF TIMOTHY WILLIAM TOPPINS
TOON OSMOND PLLC
1800 S BALTIMORE, 10 FL
STE 1000
TULSA, OK 74119


ESTATE OF TIMOTHY WILLIAM TOPPINS
C/O JEFFREY TODD EMBRY
HOSSLEY & EMBRY LLP
320 S BROADWAY AVE, STE 100
TYLER, TX 75702


ETA GLOBAL INC.
5500 W. OAK STREET
PALESTINE, TX 75801


EVERETT SOUND MACHINE
2802 WEST MARINE VIEW DRIVE
EVERETT, WA 98201


EVERETT STAMP
2933 WETMORE AVE
PO BOX 1950
EVERETT, WA 98206


EVERGREEN STATE HEAT & AC INC.
2120 PACIFIC AVENUE
EVERETT, WA 98201-4438
```

EXACTO SPRING COMPANY
1201 HICKORY ST
P.O. BOX 24
GRAFTON, WI 53024-0024


EXPRESS SERVICES INC
FILE 749073
LOS ANGELES, CA 90074-9073


FAA
AVIATION DATA SYSTEMS BRANCH
AFS-620 PO BOX 25082
OKLAHOMA CITY, OK 73125


FALCON TOOL CO INC
7500 HUB PARKWAY
CLEVELAND, OH 44125


FASTENAL
PO BOX 978
WINONA, MN 55987


FISHKIND & ASSOCIATES INC
12051 CORPORATE BLVD.
ORLANDO, FL 32817


FITZGERALD, GARY M.
GARY FITZGERALD
55 COVENTRY N.
DALEVILLE, VA 24083


FLIGHTCRAFT INC.
7777 NE AIRPORT WAY
PORTLAND, OR 97218


FLYER INDUSTRIA AERONAUTICA LTDA.
RODOVIA VIRGINIA VIEL CAMPO DALL'ORTO, K
SUMARE, SAO PAULO, 13172-220
BRAZIL


FORMER FUEL SYSTEMS, INC.
CORPORATION TRUST CENTER
1209 WILMINGTON
WILMINGTON, DE 19801

FORMER FUEL SYSTEMS, INC.
C/O THE CORPORATION TRUST CENTER
CORPORATION TRUST CENTER
1209
WILMINGTON, DE 19801


FORMER FUEL SYSTEMS, INC.
C/O CHRISTOPHER E. BALLOD
WHITE AND WILLIAMS, LLP
1650 MARKET ST, STE 1800
PHILADELPHIA, PA 19103


FORMER FUEL SYSTEMS, INC.
C/O JERROLD P. ANDERS
WHITE AND WILLIAMS, LLP
1650 MARKET ST, STE 1800
PHILADELPHIA, PA 19103


FORMER FUEL SYSTEMS, INC.
C/O KRISTEN E. DENNISON
CAMPBELL CAMPBELL EDWARDS & CONROY
690 LEE ROAD, STE 360
WAYNE, PA 19087


FORMER FUEL SYSTEMS, INC.
C/O SARA E. BAYNARD-COOKE
PERKINS COIE LLP
1201 THIRD AVE STE 4900
SEATTLE, WA 98101-3099


FORMER FUEL SYSTEMS, INC.
C/O WILLIAM J. CONROY
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
690 LEE ROAD, STE 300
WAYNE, PA 19087


FORMER FUEL SYSTEMS, INC.
C/O WILLIAM A. RUBERT
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
690 LEE ROAD, STE 300
WAYNE, PA 19087


FORMER FUEL SYSTEMS, INC.
C/O THE CORPORATION TRUST CENTER
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

FORWARD TECHNOLOGIES INDUSTRIES INC
C/O FRANCIS S. FLOYD
FLOYD, PFLEUGER & RINGER P.S.
300 TRIANON BUILDING 2505 THIRD AVENUE
SEATTLE, WA 98121


FOWLER WHITE BOGGS BANKER
P.O. BOX 1438
TAMPA, FL 33601


FRONTIER
P.O. BOX 2951
PHOENIX, AZ 85062-2951


FULTON BELLOWS LLC
2801 RED DOG LANE
KNOXVILLE, TN 37914


G & N AIRCRAFT INC.
1701 E. MAIN ST
GRIFFITH, IN 46319


GARY M BAGLIEBTER
200 EAST BROWARD BLVD
STE 2100
FT LAUDERDALE, FL 33301


GENERAL MICROFILM
632 FILES CROSS ROAD
MARTINSBURG, WV 25404


GERALDINE D ZIDOW
MARSHALL, DENNEHEY, WARNER, COLEMAN & GO
1845 WALNUT ST
13TH FLR
PHILADELPHIA, PA 19103


GES
7050 LINDELL ROAD
LAS VEGAS, NV 89118-4702


GLOBAL CALIBRATION SERVICES LLC
502 S LUCILE ST.
SEATTLE, WA 98108-2507

GLYN LOWERY, JR.
C/O EDWARD P. FLEMING AND BELINDA DEKOZE
25 W GOVERNMENT ST
PENSACOLA, FL 35202


GLYN LOWERY, JR.
C/O ARTHUR ALAN WOLK & PHILIP J. FORD
1710-12 LOCUST ST
PHILADELPHIA, PA 19103


GM FITZGERALD CONSULTING L.L.C.
GARY FITZGERALD
55 COVENTRY N.
DALEVILLE, VA 24083


GRAFENAUER, SCOTT
1909 143RD ST NW
MARYSVILLE, WA 98271


GRAINGER INC.
DEPT. 821058609
PO BOX 419267
KANSAS CITY, MO 64141-6267


GREAT LITTLE BOX COMPANY
1500 INDUSTRY STREET SUITE 100
EVERETT, WA 98203


GREG BRYAN
230 PEARL ST
WESTGATE, IA 50681


GREGOIRE, JAMES D
603 WINTON
EVERETT, WA 98201


GREGORY M. NEFF
4730 ANNA SIMPSON ROAD
MILTON, FL 32583


GREGORY M. NEFF
DAVID I. KATZMAN
SCHADEN, KATZMAN, LAMPERT & MCCLUNE
100 W BIG BEAVER RD STE 130
TROY, MI 48084

HALL, ROGER S
678 CAMPBELL AVE
MUKILTEO, WA 98275


HART HEALTH & SAFETY
PO BOX 94044
SEATTLE, WA 98124-9444


HARTZELL PROPELLER, INC.
C/O FRANK BRADLEY HASSELL
HASSELL MOORHEAD & CARROLL
1616 CONCIERGE BLVD, STE 100
DAYTONA BEACH, FL 32117


HAWK RIDGE SYSTEMS
5707 REDWOOD RD.
STE 18
OAKLAND, CA 94619


HAWKER PACIFIC ASIA PTE LTD
720 WEST CAMP ROAD
SELETAR AEROSPACE PARK, SELETAR, 79752
SINGAPORE 00079-7520


HAWKER PACIFIC PTY. LTD.
LOCKED BAG 6172
REGENTS PARK, NSW, 2143
AUSTRALIA


HERLIHY, MICHAEL J
2115 25TH AVE S
SEATTLE, WA 98144


HEROUX & HELTON PLLC
WILLIAMS CENTER TOWER I
ONE WEST THIRD STREET
SUITE 1750
TULSA, OK 74103


HEXAGON METROLOGY INC.
SOLUTIONS CENTER
LOCKBOX 77174 21742
CHICAGO, IL 60677-1077

```
HILL WARD HENDERSON ATTORNEYS AT LAW
GARY T. SWISHER
P.O. BOX 2532
TAMPA, FL 33601-2532


HILL WARD HENDERSON ATTORNEYS AT LAW
GARY T. SWISHER
P.O. BOX 2532
TAMPA, FL 33601


HONEYWELL INTERNATIONAL, INC.
PHIL R. RICHARDS
12TH FLOOR, PARK CENTRE BLDG.
525 S MAIN STRET
TULSA, OK 74103


HONEYWELL INTERNATIONAL, INC.
SHERRI RICH GINGER
AMBRECHT JACKSON LLP
63 S ROYAL ST, 13TH FL
MOBILE, AL 36602


HOWARD M. ACOSTA
LAW OFFICES OF HOWARD M. ACOSTA
300 FIRST AVENUE NORTH
ST. PETERSBURG, FL 33701


HOWLAND W ABRAMSON
485 CITY HALL
PHILADELPHIA, PA 19107


HYRAM M. MONTERO
MONTERO LAW CENTER
100 S.E. 6TH STREET
FORT LAUDERDALE, FL 03330


HYTEK FINISHES CO.
8127 S. 216TH ST E
KENT, WA 98032


INDOFF, INC.
P.O.BOX 842808
KANSAS CITY, MO 64184-2808
```

INNOVATIVE METAL COMPONENTS
1001 E. PARK AVE
LUFKIN, TX 75904


INTERMEC TECHNOLOGIES
DEPT.CH 14099
PALATINE, IL 60055-4099


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


IPFS CORPORATION
PO BOX 847615
LOS ANGELES, CA 90084-7615


IRWIN INTL
PO BOX 4000
CORONA, CA 92878


J. BRUCE MCKISSOCK
MARSHALL, DENNEHEY, WARNER, COLEMAN & GO
1845 WALNUT ST
18TH FLR
PHILADELPHIA, PA 19103


J.P. MARTINS AVIACAO LTDA
AV OLAVO FONTOURA #780
SAO PAULO-SP, CEP, 02012-021
BRAZIL


J.S.& P. ENTERPRISES
14950 AVENIDA ANITA
CHINO HILLS, CA 91709-6209


JAMES E. ROBINSON
COZEN O'CONNOR
1900 MARKET STREET
THE ATRIUM
PHILADELPHIA, PA 19103


JAMES G LARE
MARSHALL DENNEHEY WARNER COLEM
2000 MARKET ST.
SUITE 2300
PHILADELPHIA, PA 19103

```
JAMES ROBINSON
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


JAMES STROUD
ROWEL & HENDERSON LLP
1339 CHESTNUT STREET
THE WIDENER BUILDING, 16TH FLOOR
PHILADELPHIA, PA 19107


JEFFREY TODD EMBRY
HOSSLEY EMBRY
320 S. BROADWAY AVE.
STE 100
TYLER, TX 75702


JEGLUM, ANTHONY S
5014 196TH PLACE NE
ARLINGTON, WA 98223


JENNIFER L. AUBREY
125 THAMES DRIVE
DOVER, DE 19904


JENNIFER L. WHITE
C/O ROBERT F. HEDRICK
HEDRICK LAW FIRM
1420 5TH AVENUE, STE 3000
SEATTLE, WA 98104


JENNIFER ROZELLE
C/O WAGNER, DAVID
THORNTON, DAVIS & FEIN, P.A.
80 SW 8TH ST., SUITE 2900
MIAMI, FL 33130


JESMER, ALAN J
2104 106TH ST SW
EVERETT, WA 98204


JILL SIKKELEE
C/O CLIFFORD A. RIEDERS
RIEDERS, TRAVIS, HUMPHREY, HARRIS, WATER
161 W THIRD ST, PO BOX 215
WILLIAMSPORT, PA 17703-0215
```

```
JILL SIKKELEE
C/O DAVID I. KATZMAN, ESQUIRE
SCHADEN KATZMAN LAMPERT & MCCLUNE
100 W BIG BEAVER RD STE 130
TROY, MI 48084


JILL SIKKELEE
C/O JOHN D. MCCLUNE, ESQUIRE
SCHADEN KATZMAN LAMPERT & MCCLUNE
100 W BIG BEAVER RD STE 130
TROY, MI 48084


JILL SIKKELEE
C/O PATRICK J. GALLAGHER
KATZMAN LAMPERT & MCCLUNE
100 W BIG BEAVER RD STE 130
TROY, MI 48084


JOHN CRANE INC.
24929 NETWORK PLACE
CHICAGO, IL 60673-1249


JOHN D. MCCLUNE
SCHADEN, KATZMAN, LAMPERT & MCCLUNE
100 WEST BIG BEAVER ROAD
SUITE 130
TROY, MI 48084


JOHN E SALMON
SALMON, RICCHEZZA, SINGER & TURCHI, LLP
1700 MARKET STREET, SUITE 3110
PHILADELPHIA, PA 19103


JOHN E SALMON
SALMON, RICCHEZZA, SINGER & TURCHI, LLP
1601 MARKET ST, STE 2500
PHILADELPHIA, PA 19103


JOHN J GAGLIANO
THE WOLK FIRM
1710-12 LOCUST STREET
PHILADELPHIA, PA 19103


JOHN JOSEPH WROBLEWSKI
29/33 KING STREET
WIGAN, LANCASHIRE WNL 1EG
ENGLAND
```

JOHN MCCUNE, ESQ
SCHADEN, KATZMAN, LAMPERT & MCCLUNE
100 WEST BIG BEAVER ROAD
SUITE 130
TROY, MI 48048


JOHN PATRICK O'FLANAGAN
BANKER LOPEZ GASSLER
501 1ST AVENUE NORTH
SUITE 900
ST. PETERSBURG, FL 33701


JOHN ROMANO
ROMANO LAW GROUP
PO BOX 21349
WEST PALM BEACH, FL 33416-1349


JONES, DOUGLAS W
P.O. BOX 66
DARRINGTON, WA 98241


JONES, JAMES H
5615 - 99TH AVE NE
LAKE STEVENS, WA 98258


JONES, SONDRA L
5615 - 99TH AVE NE
LAKE STEVENS, WA 98258


JUDICIAL DISPUTE RESOLUTION, LLC
1425 FOURTH AVENUE, SUITE 300
SEATTLE, WA 98101


KALEIDOSCOPE CONSULTING
18323 SE 224TH STREET
KENT, WA 98042


KARR TUTTLE CAMPBELL
1201 3RD AVE.
STE 2900
SEATTLE, WA 98101-3028


KEITH WHITEHEAD
29/33 KING STREET
WIGAN, LANCASHIRE WNL 1EG
ENGLAND

```
KELLEY'S PERSONAL COMMUNICATIONS
777 SOUTH STATE ROAD 7
MARGATE, FL 33068-2803


KELLY AEROSPACE POWER SYSTEMS, INC.
C/O JOHN E. SALMON
SALMON RICCHEZZA SINGER & TURCHI LLP
1700 MARKET ST, STE 3110
PHILADELPHIA, PA 19103


KELLY AEROSPACE POWER SYSTEMS, INC.
C/O MITCHEL E. KALLET
KERN & WOOLEY, LLP
7111 FAIRWAY DR, STE 302
PALM BEACH GARDENS, FL 33418


KELLY AEROSPACE POWER SYSTEMS, INC.
C/O SCOTT F. GRIFFITH
RAWLE & HENDERSON LLP
1339 CHESTNUT ST, 16TH FLOOR
PHILADELPHIA, PA 19103


KELLY AEROSPACE POWER SYSTEMS, INC.
C/O ZACHARY J. BALLARD
SALMON RICCHEZZA SINGER & TURCHI LLP
1700 MARKET ST, STE 3110
PHILADELPHIA, PA 19103


KELLY AEROSPACE, INC.
C/O JOHN E. SALMON
SALMON RICCHEZZA SINGER & TURCHI LLP
1700 MARKET ST, STE 3110
PHILADELPHIA, PA 19103


KELLY AEROSPACE, INC.
C/O MITCHEL E. KALLET
KERN & WOOLEY, LLP
7111 FAIRWAY DR, STE 302
PALM BEACH GARDENS, FL 33418


KELLY AEROSPACE, INC.
C/O SCOTT F. GRIFFITH
RAWLE & HENDERSON LLP
1339 CHESTNUT ST, 16TH FLOOR
PHILADELPHIA, PA 19103
```

```
KELLY AEROSPACE, INC.
C/O ZACHARY J. BALLARD
SALMON RICCHEZZA SINGER & TURCHI LLP
1700 MARKET ST, STE 3110
PHILADELPHIA, PA 19103


KELLY AEROSPACE, INC.
1400 EAST SOUTH BLVD
MONTGOMERY, AL 36116


KELLY AEROSPACE, INC.
2900 SELMA HIGHWAY
MONTGOMERY, AL 36108


KEVIN SHAW
54 HILL ROAD
WARMINSTER, PA 18974


KIBBLE AND PRENTICE
PO BOX 370
SEATTLE, WA 98111


KONKLER, KERRY D
7819 W GLEN DR
EVERETT, WA 98203


KRAUSE, GEORGE A
18823 A IRIS CT
ARLINGTON, WA 98223


KRISTEN M. COUCH
BRADLEY K. DONNELL
MCAFEE & TAFT PC
211 N ROBINSON, 10TH FL
OKLAHOMA CITY, OK 73102-7103


KRISTEN M. COUCH
RODNEY K. HUNSINGER
MCAFEE & TAFT PC
211 N ROBINSON, 10TH FL
OKLAHOMA CITY, OK 73102-7103


KRUTCH LINDELL BINGHAM JONES, P.S.
600 UNIVERSITY STREET
SUITE 1701
SEATTLE, WA 98101
```

LAB SAFETY SUPPLY, INC
PO BOX 5004
JANESVILLE, WI 53547-5004


LAMAR TECHNOLOGIES, LLC
PO BOX 5460
EVERETT, WA 98206


LANCER LTD.
P.O. BOX 14496
SPOKANE, WA 99214-0496


LAP MASTER INTERNATIONAL
PO BOX 88471
DEPT A
CHICAGO, IL 60680-1471


LEMAY MOBILE SHREDDING
PO BOX 11630
TACOMA, WA 98411-6630


LIBERTY NORTHWEST
PO BOX 6486
CAROL STREAM, IL 60197-6486


LINDELL, BRADLEY ALLEN
7217 262ND ST NW
STANWOOD, WA 98292


LISTEN AUDIOLOGY SERVICES
7008 153RD PLACE SE
SNOHOMISH, WA 98296


LITIGATION INSIGHTS, INC.
51 CORPORATE WOODS 9393  WEST 110TH ST
STE 400
OVERLAND PARK, KS 66210


LLOYD AND MAUREEN MCKEE
C/O NOLAN LAW GROUP
20 N CLARK, 30TH FLOOR
CHICAGO, IL 60602

LOMA AIR B.V.B.A
HERENTALSESTEENWEG 10
HEIST OP DEN BERG, B-2220
BELGIUM


LONDON, ANDREW G
P.O. BOX 2691
STANWOOD, WA 98292


LOWE'S COMPANIES, INC.
PO BOX 530954
ATLANTA, GA 30353-0954


LUBRICATION TECHNOLOGY INC
7595 GALLIA PIKE
FRANKLIN FURNACE, OH 45629


LY-CON REBUILDING COMPANY
8231 W DOE AVE
VISALIA, CA 93291-9285


LYCOMING
652 OLIVER ST
WILLIAMSPORT, PA 17701


LYCOMING
C/O JAMES ROBINSON
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


LYCOMING ENGINES
WILLIAMSPORT PLANT, 652 OLIVER STREET
WILLIAMSPORT, PA 17701


LYCOMING ENGINES
C/O L. ROBERT BOURGEOIS
BANKER LOPEZ GASSLER, P.A.
501 E. KENNEDY BLVD., SUITE 1500
TAMPA, FL 33602


LYCOMING ENGINES
C/O DAVID WAYNE CHANT
BROWN DEAN WISEMAN PROCTOR HART & HOWELL
306 W 7TH ST, STE 200
FORT WORTH, TX 76102

```
LYCOMING ENGINES
C/O BROOKE ULRICKSON ALLEN
BROWN DEAN WISEMAN PROCTOR HART & HOWELL
306 W 7TH ST, STE 200
FORT WORTH, TX 76102


LYCOMING ENGINES
C/O STEPHEN C HOWELL
BROWN DEAN WISEMAN PROCTOR HART & HOWELL
306 W 7TH ST, STE 200
FORT WORTH, TX 76102


LYCOMING ENGINES
C/O JOHN P. O'FLANAGAN , III
BANKER LOPEZ GASSLER P.A.
501 E KENNEDY BLVD, STE 1500
TAMPA, FL 33602


LYCOMING ENGINES
MARK MCPHAIL
THE TOWER, SUITE 1750
1601 NW EXPRESWAY
OKLAHOMA CITY, OK 73118


LYCOMING ENGINES
CHARLES H. SMITH
3030 LINCOLN PLAZA
500 N AKARD STREET
DALLAS, TX 75201


LYCOMING, A DIVISION OF AVCO CORPORATION
52 OLIVER ST.
WILLIAMSPORT, PA 17701


MACKAY MANUFACTURING
PO BOX 11278
SPOKANE, WA 99211-1278


MANUFACTURERS COLLECTION CO. LLC
C/O CHARLES H SMITH
3030 LINCOLN PLAZA
500 N AKARD ST
DALLAS, TX 75201-6606
```

MANUFACTURERS COLLECTION CO. LLC
C/O CASSIDY HARRINGTON
3030 LINCOLN PLAZA
500 N AKARD ST
DALLAS, TX 75201


MANUFACTURERS COLLECTION CO. LLC
C/O STEPHANIE L MILLETT
3030 LINCOLN PLAZA
500 N AKARD ST
DALLAS, TX 75201


MARK IV INDUSTRIES, INC.
501 JOHN JAMES AUDUBON PARKWAY
PO BOX 810
AMHERST, NY 14226


MARK IV INDUSTRIES, INC.
C/O CHRISTOPHER E. BALLOD
WHITE AND WILLIAMS, LLP
1650 MARKET ST, STE 1800
PHILADELPHIA, PA 19103


MARK IV INDUSTRIES, INC.
C/O JERROLD P. ANDERS
WHITE AND WILLIAMS, LLP
1650 MARKET ST, STE 1800
PHILADELPHIA, PA 19103


MARK IV INDUSTRIES, INC.
C/O KRISTEN E. DENNISON
CAMPBELL CAMPBELL EDWARDS & CONROY
690 LEE ROAD, STE 360
WAYNE, PA 19087


MARK IV INDUSTRIES, INC.
C/O SARA E. BAYNARD-COOKE
PERKINS COIE LLP
1201 THIRD AVE STE 4900
SEATTLE, WA 98101-3099


MARK IV INDUSTRIES, INC.
C/O WILLIAM J. CONROY
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
690 LEE ROAD, STE 300
WAYNE, PA 19087

MARK IV INDUSTRIES, INC.
C/O WILLIAM A. RUBERT
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
690 LEE ROAD, STE 300
WAYNE, PA 19087


MARK J DIANNO
SALMON RICCHEZZA SINGER & TURCHI LLP
1700 MARKET ST, STE 3110
PHILADELPHIA, PA 19103


MARK S. NORTHCRAFT
NORTHCRAFT, BIGBY & BIGGS PC
819 VIRGINIA ST
STE C-2
SEATTLE, WA 98101


MARVEL-SCHEBLER
C/O GEOFFREY M. GRINDELAND
MILLS MEYERS SWARTLING
1000 SECOND AVE., 30TH FLOOR
SEATTLE, WA 98104


MARY TERESA B SOLTIS
1900 MARKET STREET
PHILADELPHIA, PA 19103


MARYSVILLE CITY HALL
1049 STATE AVE
MARYSVILLE, WA 98270


MASTER BUILDERS ASSOCIATION
335 116TH AVENUE NE
BELLEVUE, WA 98004


MATCO TOOLS
1965 HUMMINGBIRD LANE
CAMANO ISLAND, WA 98282


MATERIALS ANALYSIS, INC
10338 MILLER ROAD
DALLAS, TX 75238

MATTHEW CLARKE
LANDYE BENNETT BLUMSTEIN LLP
1300 SW FIFTH AVE
STE 3500
PORTLAND, OR 97201


MATTHEW CLARKE
THE WOLK LAW FIRM
1710-12 LOCUST STREET
PHILADELPHIA, PA 19103


MBA/MBA TRUST
15375 SE 30TH PLACE
SUITE 380
BELLEVUE, WA 98007


MCAFEE & TAFT
1717 S. BOULDER
SUITE 900
TULSA, OK 74119


MCCARTER, CINDI M
20227 80TH AVE NE
#16
ARLINGTON, WA 98223


MCMASTER-CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO, IL 60680-7690


MCSWAIN ENGINEERING, INC.
3320 MCLEMORE DRIVE
P.O. BOX 10888
PENSACOLA, FL 32524


MELISSA LEIGH TOPPINS
TOON OSMOND PLLC
1800 S BALTIMORE, 10 FL
STE 1000
TULSA, OK 74119


MELISSA LEIGH TOPPINS
C/O JEFFREY TODD EMBRY
HOSSLEY & EMBRY LLP
320 S BROADWAY AVE, STE 100
TYLER, TX 75702

MERCHANT SERVICES
9012 RESEARCH DRIVE
#200
IRVINE, CA 92618


METAL FINISHING INC.
4000 88TH STREET NE
MARYSVILLE, WA 98270


METRO COMMUNICATIONS INC
437 CHESTNUT ST
PHILADELPHIA, PA 19106


METRO NETWORKS COMMUNICATIONS INC
2700 POST OAK BLVD
HOUSTON, TX 77056


MID-WEST SPRING MFG CO.
P.O. BOX 95159
PALATINE, IL 60095-0159


MIDDLETON, DAVID A
502 HEMLOCK AVE
GRANITE FALLS, WA 98252


MIDWEST PLASTIC ENGR. INC.
1501 PROGRESS
P.O. BOX 320
STURGIS, MI 49091


MIKE KERZIE
4334 W.LINDBERGH WAY
CHANDLER, AZ 85226


MIKE'S AIRCRAFT FUEL METERING SERVICE, I


MILLER STEPHENSON CHEMICAL
PO BOX 950
DANBURY, CT 06813-0950


MOHBURG, SEATON & WATKINS
2033 SIXTH AVENUE
SUITE 826
SEATTLE, WA 98121

MONAGHAN LEAHY LLP
CORNELIA FUCHS
95 EXCHANGE STREET
PORTLAND, OR 04112


MOSS-ADAMS LLP
2707 COLBY AVENUE
SUITE 801
EVERETT, WA 98201-3510


MOUSER ELECTRONICS
PO BOX 99319
FORT WORTH, TX 76199-0319


MSC INDUSTRIAL SUPPLY CO.
75 MAXESS RD.
MELVILLE, KY 11747


MULHERIN, JASON S
8530 5TH AVE W #A305
EVERETT, WA 98204


MULLER, ERIC W
11723 62ND AVE SE
SNOHOMISH, WA 98296


MUTUAL OF OMAHA
MUTUAL OF OMAHA PLAZA
OMAHA, NE 68175


MYERS BIGEL SIBLEY & SAJOVEC, P.A.
P.O. BOX 37428
RALEIGH, NC 27627


NATIONAL METAL STAMPINGS INC.
42110 8TH STREET EAST
LANCASTER, CA 93535


NATIONAL REPORTING SERVICE
66 WEST FLAGLER STREET SUITE 310
MIAMI, FL 00033-1360


NAVIGANT CONSULTING, INC.
4511 PAYSPHERE CIRCLE
CHICAGO, IL 60674

NELSON PETROLEUM
1125 80TH ST. SW
EVERETT, WA 98203


NEWARK INONE
PO BOX 94151
PALATINE, IL 60094-4151


NEWCOMB SPRING OF COLORADO
PO BOX 890819
CHARLOTTE, NC 28289-0819


NEXEO, LLC
62190 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0621


NICHOLAS M. QUINT
REGISTERED AGENT
3720 W COUNTY RD A
JANESVILLE, WI 53545


NIELSON, PETER H
415 5TH ST
MUKILTEO, WA 98275


NORTHERN ENERGY PROPANE
4509 152ND STREET NE
MARYSVILLE, WA 98271


NORTHWEST AUTOMATICS INC.
25219 74TH AVE. S
KENT, WA 98032


NORTHWEST LAB
241 S. HOLDEN ST
SEATTLE, WA 98108-4359


OAK HARBOR FREIGHT LINES INC
PO BOX 1469
AUBURN, WA 98071-1469


OFFICE INTERIORS, INC.
2002 MADISON STREET
EVERETT, WA 98203-5314

OKLAHOMA GAS & ELECTRIC, CO.
ROD L. COOK
FENTON, FENTON, SMITH RENEAU & MOON
211 N ROBINSON AVE STE 800N
OKLAHOMA CITY, OK 73102


OLYMPIC SCIENTIFIC
4246 24TH AVE WEST
SEATTLE, WA 98199-1216


OLYMPUS CONTROLS
14855 SW MURRAY SCHOLLS DRIVE
BEAVERTON, OR 97007


OMAHA AIRPLANE SUPPLY--CALIFORNIA
2945 REDONDO AVENUE
LONG BEACH, CA 90806


OMAHA AIRPLANE SUPPLY-NEBRASKA
1101 AVENUE H SUITE G
CARTER LAKE, IA 51510-1565


ONEBANE LAW FIRM
T.J. MCNAMARA
P.O. BOX 3507
LAYAYETTE, LA 70502-3507


ORLA M. BRADY
NOLAN LAW GROUP
20 NORTH CLARK STREET
30TH FLOOR
CHICAGO, IL 60602


PACIFIC CONTINENTAL ENGINES INC.
10500 AIRPARK WAY M10
PACOIMA, CA 91331


PACIFIC COPY & PRINTING CO.
3502 BROADWAY
EVERETT, WA 98201


PACIFIC INDUSTRIAL PARK LP 1
PO BOX 1490
WOODINVILLE, WA 98072-1490

PACIFIC INDUSTRIAL PARK LP 1
P.O. BOX 1490
WOODINVILLE, WA 98072-1490


PACKER ENGINEERING, INC
1950 NORTH WASHINGTON STREET
NAPERVILLE, IL 60563


PAMELA MARGARET LEWIS
5 COYLTON AVENUE
PRESCOT
RAINHILL, MERSEYSIDE L35 0PT
ENGLAND


PARAGON MANUFACTURING CORP
2615 W. CASINO ROAD
EVERETT, WA 98204


PARAGON MANUFACTURING CORP
2615 W. CASINO ROAD
SUITE 4C
EVERETT, WA 98204


PARCO INC.
PO BOX 840099
LOS ANGELES, CA 90084-0099


PARKER HANNIFIN CORPORATION
8460 KASS DRIVE
BUENA PARK, CA 90621


PARKER PAINT MFG. CO.,INC.
PO BOX 24603
SEATTLE, WA 98124-0603


PATRICIA J. NEFF
JOHN D. MCCLUNE
SCHADEN, KATZMAN, LAMPERT & MCCLUNE
100 W BIG BEAVER RD STE 130
TROY, MI 48084


PATRICIA J. NEFF
DAVID I. KATZMAN
SCHADEN, KATZMAN, LAMPERT & MCCLUNE
100 W BIG BEAVER RD STE 130
TROY, MI 48084

PAUL THOMAS CREWS
C/O NORTHCRAFT, MARK STEVEN
NORTHCRAFT BIGBY & BIGGS PC
819 VIRGINIA ST, STE C-2
SEATTLE, WA 98101


PCB PIEZOTRONICS INC.
15015 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


PENN YAN AERO SERVICE INC.(NY)
2499 BATH RD
PENN YAN, NY 14527


PERKINS COIE LLP
MARY GASTON
1201 THIRD AVENUE, SUITE 4900
SEATTLE, WA 98101


PETERSHAGEN INSURANCE
1511 WALL STREET
EVERETT, WA 98201-4007


PITNEY BOWES
PURCHASE POWER
PO BOX 371874
PITTSBURG, PA 15250-7874


PITNEY BOWES GLOBAL
FINANCIAL SERVICES LLC
PO BOX 371887
PITTSBURGH, PA 15250-7887


PITNEY BOWES GLOBAL FINANCIAL SERVICES
500 ROSS STREET
SUITE 154-0470
PITTSBURGH, PA 15262-0001


PLACO (PTY) LTD
HANGAR 12
RANO AIRPORT, GERMISTON, 1419
SOUTH AFRICA

PLEXUS MANUFACTURING
4416 RUSSELL RD
SUITE B
MUKILTEO, WA 98275-5422


PONCE, ZALDY JAMES A
10828 21ST DR SE
EVERETT, WA 98208


POPLAR GROVE AIRMOTIVE
11619 ROUTE 76
POPLAR GROVE, IL 61065


PORTLAND DIE & STAMPING INC
4805 S.E. 26TH AVE
PORTLAND, OR 97202


POWELL ELECTRONICS
PO BOX 8500-(S-1500)
PHILADELPHIA, PA 19178-1500


PRECISION AIRMOTIVE LLC
DONNA WILLIAMS
14800 40TH AVENUE NE
MARYSVILLE, WA 98271


PRECISION ENGINES
3220 100TH STREET SW
#E
EVERETT, WA 98204


PRECISION PIECE PARTS
712 SO LOGAN ST
MISHAWAKA, IN 46544


PREMIER AIRCRAFT ENGINES INC
C/O DAVID J. SWEENEY
BROWNSTEIN RASK SWEENEY KERR GRIM, ET AL
1200 SW MAIN ST
PORTLAND, OR 97205


PRO AERO ENGINES
2965 AIRPORT ROAD
KAMLOOPS, BC, V2B7W8
CANADA

PRO AERO ENGINES
2965 AIRPORT RD
KAMLOOPS, BC, V2B7W8
CANADA


PROGRESSIVE AIR SERVICE
2965 AIRPORT ROAD
KAMLOOPS, BC, V2B7W8
CANADA


PROLUMINA TRIAL TECHNOLOGIES
601 UNION ST, SUITE 1420
SEATTLE, WA 98101


PSC PHILLIP SERVICES
P.O.BOX 3069
DEPT 4
HOUSTON, TX 77253-3069


PTI MACHINING INC
5395 WEST 200 NORTH
P.O. BOX 587
DELPHI, IN 46923


PUGET SOUND ENERGY
BOT-01H
P.O. BOX 91269
BELLEVUE, WA 98009-9269


PUMP INDUSTRIES, INC.
9320 15TH AVE SOUTHUNIT C-A
P.O.BOX 3973
SEATTLE, WA 98124-3973


QUAKER CITY HELICOPTERS INC
20 EAGLEMOUNT ROAD
RICHBORO, PA 18954


QUARLES & BRADY LLP
411 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202


QUESTECH UNLIMITED
3316 OLD HARTFORD RD
SUITE A-1
LAKE STEVENS, WA 98258

R & R COMPRESSOR SERVICE CO.
221 10TH STREET S
KIRKLAND, WA 98033


RAINIER RUBBER COMPANY
15660 NELSON PL. S
SEATTLE, WA 98188


RBC WEALTH MANAGEMENT
C/O: TREASURY OPERATIONS
510 MARQUETTE AVE
MAILSTOP M10
MINNEAPOLIS, MN 55402


RD MARWILL & ASSOCIATES
14004 MINT TRAIL
SAN ANTONIO, TX 78232


REGINA KING
C/O EDWARD P. FLEMING AND BELINDA DEKOZE
25 W GOVERNMENT ST
PENSACOLA, FL 35202


REGINA KING
C/O ARTHUR ALAN WOLK & PHILIP J. FORD
1710-12 LOCUST ST
PHILADELPHIA, PA 19103


RENEGADE LIGHT SPORT LLC
2721 N. DOUGLAS STREET
LEE'S SUMMIT, MO 64064


RICARDO MARTINEZ-CID
PODHURST ORSECK, P.A.
25 WEST FLAGLER STREET
STE 800
MIAMI, FL 33130


RICHARD GENTER
LAW OFFICE RICHARD E. GENTER
610 OLD YORK ROAD
STE 200
JENKINTOWN, PA 19046

RICHARD S. TOON
TOON OSMOND PLLC
1800 SOUTH BALTIMORE
STE 1000
TULSA, OK 74119


RICHARDS & CONNOR
PHIL R. RICHARDS
12TH FLOOR PARK CENTRE BLDG.
525 SOUTH MAIN STREET
TULSA, OK 74103-4509


RICHARDS & CONNOR
PARKCENTRE BLDG, 12TH FLOOR
525 SOUTH MAIN STREET
TULSA, OK 74103


RINALDI, JORDAN M.
8012 88TH STREET NE
MARYSVILLE, WA 98270


RITA VIVIAN BRADFORD
C/O ROBERT L. PARKS
2121 PONCE DE LEON BLVD
STE 505
CORAL GABLES, FL 33134


ROADHOUSE AVIATION, LLC
8515 AIRPORT WAY
TULSA, OK 74132-4000


ROBERT D BILLET
2000 MARKET STREET
SUITE 2803
PHILADELPHIA, PA 19103


ROBERT G. ALEXANDER
ALEXANDER & KLEMMER, S.C.
2675 NORTH MAYFAIR ROAD
SUITE 304
WAUWATOSA, WI 53226


ROBERT PARKS
LAW OFFICES OF ROBERT L. PARKS P.L.
2121 PONCE DE LEON BLVD
STE 505
CORAL GABLES, FL 33134

ROBERT PARKS
LAW OFFICES OF ROBERT L. PARKS P.L.
2121 PONCE DE LEON BLVD
CORAL GABLES, FL 33134


ROBINSON HELICOPTER
2901 AIRPORT DR
TORRANCE, CA 90505


ROBINSON HELICOPTER
2901 AIRPORT DRIVE
TORRANCE, CA 90505


ROD L. COOK
RAINEY LAW FIRM
105 N. HUDSON
SUITE 650
OKLAHOMA CITY, OK 73102


ROEDER PRAEZISION GMBH
FLUGPLATZ
FRANKFURT-EGELSBACH, 63329
GERMANY


ROEDER PRAZISION GMBH
AM FLUGPLATZ 63329
EGELSBACH, D-63323
GERMANY


ROHAN AVIATION, INC., D/B/A KEMPER AVIAT
C/O WAGNER, DAVID
THORNTON, DAVIS & FEIN, P.A.
80 SW 8TH ST., SUITE 2900
MIAMI, FL 33130


ROSE AVIATION SERVICE INC.
S. GREG PITTMAN
WINTERS & KING, INC.
2448 E 81ST ST, ST 5900
TULSA, OK 74137-4259


ROSS, TINA S
14723 16TH AVENUE NW
MARYSVILLE, WA 98271

ROYELL MANUFACTURING INC.
3817 SMITH AVE
EVERETT, WA 98201


RUSSELL ROMEY
D/B/A D&G SUPPLY
1916 INDUSTRIAL DR
NILES, MI 49120


SAGE SOFTWARE, INC.
PO BOX 404927
ATLANTA, GA 30384-4927


SAINT-GOBAIN PERFORMANCE PLASTICS
PO BOX 642625
PHILADELPHIA, PA 15264-2625


SANDRA A. WALTHER
C/O EDWARD P. FLEMING AND BELINDA DEKOZE
25 W GOVERNMENT ST
PENSACOLA, FL 35202


SANDRA A. WALTHER
C/O ARTHUR ALAN WOLK & PHILIP J. FORD
1710-12 LOCUST ST
PHILADELPHIA, PA 19103


SARA FREY, ESQ
COZEN O'CONNOR
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103


SARCO PRECISION INC.
2816 OLD HWY 99 SO
#3
MT VERNON, WA 98273


SATAIR A/S
AMAGER LANDEVEJ 147A
KASTRUP, 2770
DENMARK

```
SCANAVIATION A/S
AMAGER LANDEVEJ 147 B, PO BOX 139
DK-2770 KASTRUP, DM
DENMARK


SCHINDLER ELEVATOR CORPORATION
15413 NE 95TH STREET
REDMOND, WA 98052-2548


SCHINDLER ELEVATOR CORPORATION
15413 NE 95TH ST
REDMOND, WA 98052-2548


SCHWEIZER AIRCRAFT CORPORATION
C/O JAMES STROUD
RAWLE & HENDERSON LLP
1339 CHESTNUT STREET THE WIDENER BUILDIN
PHILADELPHIA, PA 19107


SCHWEIZER HOLDINGS, INC.
C/O JAMES STROUD
RAWLE & HENDERSON LLP
1339 CHESTNUT STREET THE WIDENER BUILDIN
PHILADELPHIA, PA 19107


SCOTT F GRIFFITH, ESQ
1339 CHESTNUT STREET
16TH FLOOR
PHILADELPHIA, PA 19107


SEALED AIR CORP.
PO BOX 60000-FILE 74090
SAN FRANCISCO, CA 94160-4090


SEATTLE MARINERS
ATTN:TICKET OFFICE
P.O. BOX 4100
SEATTLE, WA 98194


SEATTLE SEAHAWKS
ATTN: SUITE DEPARTMENT
12 SEAHAWKS WAY
RENTON, WA 98056
```

SEATTLE SOUNDERS FC
ATTN:SUITE DEPARTMENT
12 SEAHAWKS WAY
RENTON, WA 98056


SEE ATTACHMENT TO SCHEDULE H


SERVICEMASTER SUPERB CLEANING
P.O. BOX 1104
MARYSVILLE, WA 98270


SERVOMETER
501 LITTLE FALLS ROAD
CEDAR GROVE, NJ 07009-1291


SHADOW COMMUNICATIONS CORP
1080 DELAWARE AVE
07TH FLR
PHILADELPHIA, PA 19125


SHADOW TRAFFIC INC
1080 DELAWARE AVE
PHILADELPHIA, PA 19125


SHADOW TRAFFIC NETWORK INC
555 CITY LINE AVE
BALA, PA 19004


SHAILAJA GODGHATE
C/O MONTERO, HIRAM M
100 S.E. 6TH STREET
FT LAUDERDALE, FL 33301


SHARON WHITESIDE


SHAW AVIATION INC
54 HILL ROAD
WARMINSTER, PA 18974


SHELIA BRYAN
230 PEARL ST
WESTGATE, IA 50681

SHERRI R. GINGER
ARMBRECHT JACKSON LLP
63 SOUTH ROYAL STREET
13TH FLOOR RIVERVIEW PLAZA
MOBILE, AL 36602


SHERWIN INCORPORATED
5530 BORWICK AVE
SOUTH GATE, CA 90280-7402


SHUTTS  & BOWEN LLP
GARY M. BAGLIEBTER
200 EAST BROWARD BOULEVARD, SUITE 2100
FORT LAUDERDALE, FL 33301


SIKORSKY AIRCRAFT CORPORATION
C/O JAMES STROUD
RAWLE & HENDERSON LLP
1339 CHESTNUT STREET THE WIDENER BUILDIN
PHILADELPHIA, PA 19107


SIPER AVIACION S.A.
3 DE FEBRERO 2080
1646 SAN FERNANDO, BUENOS AIRES
ARGENTINA


SITTER, JEFFREY S
104 MOUNTAIN VIEW ST
GRANITE FALLS, WA 98252


SMITH AMUNDSON LLC
150 N MICHIGAN, #3300
CHICAGO, IL 60601


SNF MANAGEMENT SERVICES
4175 MEDULLA ROAD
LAKELAND, FL 33811


SNOHOMISH COUNTY PUD
P.O.BOX 1107
EVERETT, WA 98206-1107


SNOHOMISH COUNTY TREASURER
3000 ROCKEFELLER
M/S 501
EVERETT, WA 98201-4060

SNOHOMISH COUNTY TREASURER
KIRKE SIEVERS
P.O. BOX 34171
SEATTLE, WA 98124-1171


SOUND COMPONENTS SUPPLY INC
930 BATTERSBY AVENUE
SUITE #101
ENUMCLAW, WA 98022


SPENCER AIRCRAFT
16911 103RD AVENUE E
UNIT 102
PUYALLUP, WA 98375


SPIROL WEST INC.
DEPT CH 14018
PALATINE, IL 60055-4018


SPRADLING KENNEDY & MCPHAIL
1601 NW EXPRESSWAY
SUITE 1750
OKLAHOMA CITY, OK 73118


STANLEY, SLOAN P
2300 PENDLETON STREET
BOISE, ID 83705


STAPLES
DEPT.00-01729250
P.O. BOX 183174
COLUMBUS, OH 43218-3174


STATE CENTER COMM COLL DISTRICT
1525 E. WELDON AVE., ATTN: ACCOUNTS PAYA
FRESNO, CA 93704-6398


STEVEN C. MARKS
PODHURST ORSECK P.A.
25 WEST FLAGLER STREET
SUITE 800
MIAMI, FL 33130


SUBURBAN PROPANE
12820-34TH AVE NE
MARYSVILLE, WA 98271

```
SUNNEN
7910 MANCHESTER AVE
ST. LOUIS, MO 63143-2793


SUPERIOR AIR PARTS
SUITE 100 621 SOUTH ROYAL LANE
COPPELL, TX 75019


SUPERIOR AIR PARTS, INC.
C/O CT CORPORATION SYSTEM
1635 MARKET ST.
PHILADELPHIA, PA 19103


SUPERMEDIA LLC
ATTN: ACCT RECEIVABLE DEPT
P.O. BOX 619009
DFW AIRPORT, TX 75261-9009


SYNERGY SYSTEMS, INC.
C/O WILLIAM HARRISON WALSH
CORR CRONIN MICHELSON
1001 FOURTH AVE, STE 3900
SEATTLE, WA 98154


TDY INDUSTRIES, INC.
190 I AVENUE OF THE STARS
STE 1800
LOS ANGELES, CA 90067


TELEDYNE CONTINENTAL MOTORS, INC.
2039 BROAD ST
MOBILE, AL 36601


TELEDYNE CONTINENTAL MOTORS, INC.
C/O DENNIS M. O'HARA
WICKER SMITH TUTAN O'HARA MCCOY GRAHAM &
515 E LAS OLAS BLVD, STE 1400
FORT LAUDERDALE, FL 33301


TELEDYNE CONTINENTAL MOTORS, INC.



TELEDYNE TECHNOLOGIES INCORPORATED
12333 W. OLYMPIC BLVD.
LOS ANGELES, CA 90064
```

```
TELESYSTEMS WEST, INC.
11232 120TH AVENUE NE
SUITE 111
KIRKLAND, WA 98033


TEMPEST PLUS MARKETING GROUP LLC
C/O GEOFFREY M. GRINDELAND
MILLS MEYERS SWARTLING
1000 SECOND AVE., 30TH FLOOR
SEATTLE, WA 98104


TEX-AIR PARTS INC.
3724 NORTH COMMERCE ST
FORT WORTH, TX 76106


TEXTRON LYCOMING RECIPROCATING ENGINE DI
652 OLIVER ST
WILLIAMSPORT, PA 17701


TEXTRON LYCOMING RECIPROCATING ENGINE DI
C/O CATHERINE B. SLAVIN
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


TEXTRON LYCOMING RECIPROCATING ENGINE DI
C/O SARA A. FREY
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


TEXTRON SYSTEMS CORPORATION
652 OLIVER ST
WILLIAMSPORT, PA 17701


TEXTRON SYSTEMS CORPORATION
C/O JAMES ROBINSON
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


TEXTRON, INC.
1635 MARKET ST.
PHILADELPHIA, PA 19103
```

```
TEXTRON, INC.
40 WESTMINSTER ST
PROVIDENCE, RI 02903


TEXTRON, INC.
C/O CATHERINE B. SLAVIN
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


TEXTRON, INC.
C/O SARA A. FREY
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


TEXTRON, INC.
652 OLIVER ST
WILLIAMSPORT, PA 17701


TEXTRON, INC.
C/O JAMES ROBINSON
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103


THE ESTATE OF ARTHUR ALLEN COUCH
BRADLEY K. DONNELL
MCAFEE & TAFT PC
211 N ROBINSON, 10TH FL
OKLAHOMA CITY, OK 73102-7103


THE ESTATE OF ARTHUR ALLEN COUCH
RODNEY K. HUNSINGER
MCAFEE & TAFT PC
211 N ROBINSON, 10TH FL
OKLAHOMA CITY, OK 73102-7103


THE IPL GROUP, LLC
5697 BAY POINT RD
BOKEELIA, FL 33922


THOMPSON, GARY
23233 NORTH PIMA ROAD
SUITE 113, PMB 240
SCOTTSDALE, AZ 85255
```

THORSON BARNETT & MCDONALD, P.C.
601 UNION STREET
TWO UNION SQUARE , STE 3315
SEATTLE, WA 98101


TOOLCRAFT INC
17700 - 147TH ST SE
SUITE E
MONROE, WA 98272


TRACE ENGINES L.P.
3000 WEST INTERSTATE 20
MIDLAND, TX 79701


TRANSCAT INC
23698 NETWORK PLACE
CINCINNATI, OH 60673-1236


TRAUTMANN MAHER
15130 MAIN STREET
SUITE 300
MILL CREEK, WA 98012-2066


TRAVELERS
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008


TRELLEBORG SEALING SOLUTIONS
10220 SW GREENBURG RD.
SUITE 571
PORTLAND, OR 97223


TVT DIE CASTING & MFG. INC.
7330 SW LANDMARK LANE
PORTLAND, OR 97224-8065


TWIST INC.
PO BOX 951569
CLEVELAND, OH 44193


U.S. HEALTHWORKS MEDICAL GROUP WA
P.O. BOX 50046
LOS ANGELES, CA 90074

ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNITED STATES AVIATION UNDERWRITERS, INC
125 BROAD STREET
NEW YORK, NY 10004


UNITED TECHNOLOGIES CORPORATION
C/O JAMES STROUD
RAWLE & HENDERSON LLP
1339 CHESTNUT STREET THE WIDENER BUILDIN
PHILADELPHIA, PA 19107


UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


US BANK EQUIPMENT FINANCE
1310 MADRID STREET
SUITE 101
MARSHALL, MN 56258-4002


US CASTINGS LLC
PO BOX 678
ENTIAT, WA 98822


US SPECIALTY INSURANCE COMPANY
AVIATION LS16415 ADDISON RD
SUITE 575
ADDISON, TX 75001


VARGA ENTERPRISES
2350 S. AIRPORT BLVD.
CHANDLER, AZ 85286


VARGAS, CHRISTOPHER M
8012 88TH STREET NE
MARYSVILLE, WA 98270


VERONICA WINTER SALTZ
SALTZ MATKOV PC
993 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

VIBRATION RESEARCH CORPORATION
2385 WILSHERE DRIVE SUITE A
JENISON, MI 49428


VICTOR AVIATION SERVICES INC.
2415 EMBARCADERO WAY
PALO ALTO, CA 94303-1395


VIRGIL VICTOR BECKER, JR.
C/O ROBERT F. HEDRICK
HEDRICK LAW FIRM
1420 5TH AVENUE, STE 3000
SEATTLE, WA 98104


VOISARD, WALTER B.
WALTER VOISARD
6445 FAR HILLS AVENUE
DAYTON, OH 45459


VOLARE CARBURETORS LLC.
C/O GEOFFREY M. GRINDELAND
MILLS MEYERS SWARTLING
1000 SECOND AVE., 30TH FLOOR
SEATTLE, WA 98104


W. CLINTON WALLACE
W. CLINTON WALLACE, P.A.
1125 HW. 98 SOUTH
STE 300
LAKELAND, FL 33801


WARREN V. WANDEL & ASSOCIATES, INC.
WARREN WANDEL
2101 WILSON DRIVE
ARLINGTON, TX 76011


WASHINGTON EMPLOYERS, INC
PO BOX 84242
SEATTLE, WA 98124-5542


WASHINGTON STATE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVENUE SUITE 2000
SEATTLE, WA 98104

WASHINGTON STATE DEPT OF ECOLOGY
PO BOX 34050
SEATTLE, WA 98124-1050


WASHINGTON STATE DEPT OF LABOR
& INDUSTRIES
P.O. BOX 24106
SEATTLE, WA 98124-6524


WASHINGTON STATE DEPT OF REVENUE
BANKRUPTCY/ CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WASHINGTON STATE DEPT OF REVENUE
PROPERTY TAX DIVISION
PO BOX 47471
OLYMPIA, WA 98504-7471


WASHINGTON STATE TREASURER
PO BOX 40200
OLYMPIA, WA 98504-0200


WASTE MANAGEMENT-NORTHWEST
32650 SR20
E105
OAK HARBOR, WA 98277


WAYNE WIRE CLOTH PRODUCTS INC
200 E DRESDEN STREET
KALKASKA, MI 49646


WCI
PO BOX 9497
SEATTLE, WA 98109


WCI
1945 YALE PLACE E
SEATTLE, WA 98102


WEATHER DATA INCORPOTATED
STEVE PROYR
385 SCIENCE PARK ROAD
STATE COLLEGE, PA 16803

WENZEL, KIRK J
10011 50TH PLC W
MUKILTEO, WA 98275


WESTERN FLUID COMPONENTS
2303 PACIFIC AVE.
EVERETT, WA 98201


WESTERN WIRE PRODUCTS CO
PO BOX 840161
KANSAS CITY, MO 64184-0161


WICK, TAMERA K
4830 67TH STREET NE
APT 4
MARYSVILLE, WA 98270


WILLIAM J CONROY
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
690 LEE ROAD, STE 300
WAYNE, PA 19087


WILLIAM J CONROY
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
690 LEE ROAD, SUITE 300
WAYNE, PA 19087


WILLIAMS, DONNA J
P.O. BOX 1621
MUKILTEO, WA 98275


WINTERS KING & ASSOCIATES
2448 EAST 81ST STREET
CITYPLEX TOWERS
SUITE 5900
TULSA, OK 74137


WISE WELDING
10626 - 13TH AVE W
EVERETT, WA 98204


YAMAGUCHI OBIEN MANGIO, LLC
1200 FIFTH AVENUE, SUITE 1820
SEATTLE, WA 98101-3128

```
YRC FREIGHT
PO BOX 730375
DALLAS, TX 75373-0375


ZACHARY J BALLARD
SALMON, RICCHEZZA, SINGER & TURCHI, LLP
1601 MARKET ST, STE 2500
PHILADELPHIA, PA 19103


ZENITH FUEL SYSTEMS LLC
C/O RICCI, WILLIAM J
190 N. INDEPENDENCE MALL
W 6TH & RACE STREETS STE 500
PHILADELPHIA, PA 19106


ZENITH FUEL SYSTEMS LLC
C/O GREY JR., FRANCIS J
190 N. INDEPENDENCE MALL
W 6TH & RACE STREETS STE 500
PHILADELPHIA, PA 19106


ZENITH FUEL SYSTEMS LLC
1100 CARILLON POINT
KIRKLAND, WA 98033


ZENITH FUEL SYSTEMS LLC
C/O SARA E. BAYNARD-COOKE
PERKINS COIE LLP
1201 THIRD AVE STE 4900
SEATTLE, WA 98101-3099


ZENITH FUEL SYSTEMS LLC
C/O CHRISTOPHER E. BALLOD
WHITE AND WILLIAMS, LLP
1650 MARKET ST, STE 1800
PHILADELPHIA, PA 19103


ZENITH FUEL SYSTEMS LLC
C/O JERROLD P. ANDERS
WHITE AND WILLIAMS, LLP
1650 MARKET ST, STE 1800
PHILADELPHIA, PA 19103
```

```
ZENITH FUEL SYSTEMS LLC
C/O WILLIAM J. CONROY
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
690 LEE ROAD, STE 300
WAYNE, PA 19087


ZENITH FUEL SYSTEMS LLC
C/O WILLIAM A. RUBERT
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
690 LEE ROAD, STE 300
WAYNE, PA 19087


ZYPES INC.
23721 7TH AVENUE
BOTHELL, WA 98021


ZYPES INC.
23721 7TH AVE W
BOTHELL, WA 98021
```

# United States Bankruptcy Court
## Western District of Washington

In re  **Precision Airmotive LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Precision Airmotive LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Precision Airmotive Holdings LLC
A Nevada Corporation
14800 40th Ave NE
Marysville, WA 98271

100% Ownership interest in Precision Airmotive LLC

Scott Grafenauer
1909 143rd St NW
Marysville, WA 98271

Member

50% Ownership interest in Precision Airmotive LLC

Linda Grafenauer
1909 143rd St NW
Marysville, WA 98271

Member

40% Ownership interest in Precision Airmotive LLC

Roger Hall
378 Campbell Ave
Mukilteo, WA 98275

Member

10% Ownership interest in Precision Airmotive LLC

Scott Grafenauer
1909 143rd St NW
Marysville, WA 98271

Sole Manager

Precision Airmotive LLC

☐ None [*Check if applicable*]

**December 7, 2012**

Date

**/s/ John S. Kaplan WSBA**

**John S. Kaplan WSBA #23788**
Signature of Attorney or Litigant
Counsel for   **Precision Airmotive LLC**
**Perkins Coie LLP - Seattle**
**1201 3rd Avenue**
**Suite 4900**
**Seattle, WA 98101-3099**
**206-359-8000 Fax:206-359-9000**