UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

PRECISION AIRMOTIVE, LLC,

Debtor.

Case No. 12-22154

**ORDER AUTHORIZING DEBTOR TO PAY PREPETITION WAGES, SALARIES, COMMISSIONS AND EMPLOYEE EXPENSES, TO PAY ACCRUED EMPLOYEE BENEFITS AND TAXES, AND DIRECTING BANKS TO HONOR PAYROLL AND EXPENSE CHECKS**

THIS MATTER came before the Court on the motion of Precision Airmotive, LLC ("Debtor") for an order authorizing the Debtor to pay prepetition wages, salaries, commissions and employee expenses, to pay accrued employee benefits and taxes, and directing banks to honor payroll checks and expense checks (the "Payroll Motion"). The Court, having reviewed the Payroll Motion and the arguments and authorities set forth therein, the Declaration of Scott Grafenauer in Support of First Day Pleadings, filed concurrently with the Payroll Motion, and the evidence presented and the statements of counsel during the court's hearing on the Payroll Motion; and the Court having jurisdiction to consider the Payroll Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157

**ORDER AUTHORIZING DEBTOR TO
PAY PREPETITION WAGES -** 1

67525-0023/LEGAL25291456.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

and 1334; and consideration of the Payroll Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (M); that venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and adequate notice of this Payroll Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

It is hereby ORDERED that:

1. The Payroll Motion is granted;

2. Debtor is authorized to pay all Payroll Expenses including the following payments to individuals:

   (a) Wages, salaries, benefits, and all federal, state, and local payroll-related taxes, deductions, and withholdings related to such payments accrued by Debtor's employees within ninety (90) days of the Petition Date not to exceed $11,725 person;

   (b) Out-of-pocket business expenses incurred by Debtor's employees within ninety (90) days prior to the Petition Date;

   (c) Payments to maintain the employer-sponsored benefits coverage and other benefits set forth in the motion; and

   (d) Contributions and administrative costs associated with the employees' retirement and 401(k) plan that arose or accrued prepetition.

3. Banks on which the checks for payment of the Payroll Expenses are drawn shall honor such checks as they would in the ordinary course of business, without regard for the status of Debtor as a debtor and debtor-in possession..

/// End of Order ///

**ORDER AUTHORIZING DEBTOR TO PAY PREPETITION WAGES** - 2

67525-0023/LEGAL25291456.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 12-22154-KAO    Doc 9-1    Filed 12/07/12    Ent. 12/07/12 13:54:44    Pg. 2 of 3

Presented by:

**PERKINS COIE LLP**

By: /s/ John S. Kaplan
 John S. Kaplan, WSBA No. 23788

Attorneys for Debtor Precision Airmotive, LLC

**ORDER AUTHORIZING DEBTOR TO PAY PREPETITION WAGES** - 3

67525-0023/LEGAL25291456.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000