The Honorable Karen A. Overstreet
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>PRECISION AIRMOTIVE, LLC,<br><br>Debtor. | Case No. 12-22154<br><br>**CERTIFICATE OF SERVICE** |

I, John S. Kaplan, declare as follows:

I am a citizen of the United States, over the age of 21 years, and I am not a party to the above-entitled action. I am competent to be a witness.

I caused to be served the *Notice On Hearing On Debtor's Emergency "First Day" Motions* as follows:

1. on December 7, 2012, via first-class, U.S. Mail, postage prepaid at Seattle on the parties listed on Exhibit A;

2. on December 7, 2012, via email on:

> Plaintiffs in Avco v. Precision, c/o Veronica Winter Saltz (vsaltz@saltzmatkov.com);

CERTIFICATE OF SERVICE - 1

87263-0001/LEGAL25353093.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiffs in Becker v. Avco, c/o Robert Hedrick
(Hedrick@aviationlawgroup.com);

Plaintiffs in Borchard v. Cessna, c/o Ricardo Martinez-Cid
(rmcid@podhurst.com);

Plaintiffs in Bradford v. Aerostar, c/o Robert Parks (bob@rlplegal.com);

Plaintiffs in Lewis v. Lycoming, c/o Daniel Rose (drose@kreindler.com);

Plaintiffs in Manufacturers Collection Co. LLC v. Precision,
c/o Cassidy Harrington (charrington@smith-moore.com);

Plaintiffs in Patrinostrov. Long, c/o Howard Acosta
(Hm.acosta@acostalaw.net);

Plaintiffs in Toppins v. Aircraft Inspection, c/o Cyrus Lawyer
(lawyers@toonosmond.com);

Coastal Bank, c/o Bill Foster (bfosteresq@comcast.net);

Coastal Bank, c/o E. Sprink (esprink@coastalbank.com)

Attorney General's Office, State of Washington, c/o Zachary Moser
(zacharym@atg.wa.gov);

U.S. Trustee (USTPRegion18.SE.ECF@usdoj.gov);

U.S. Trustee's Office, William L. Courshon (bill.l.courshon@usdoj.gov);

3. on December 7, 2012, via facsimile on: Lloyd and Maureen McKee, c/o Nolan Law Group (fax no. 312-630-4011);

4. on December 7, 2012, on all ECF Participants registered with the Court to receive electronic notice as of the date of the filing of these documents via email through the ECF system; and

5. on December 10, 2012, via first-class, U.S. Mail, postage prepaid at Seattle on:

Plaintiffs in Toppins v. Aircraft Inspection
c/o Cyrus N. Lawyer
Toon Osmond PLLC
1800 S. Baltimore, Ste. 1000
Tulsa, OK 74119

CERTIFICATE OF SERVICE - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

87263-0001/LEGAL25353093.1

DATED this 10th day of December, 2012.

By: */s/ John S. Kaplan*
John S. Kaplan, WSBA No. 23788

CERTIFICATE OF SERVICE - 3

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

87263-0001/LEGAL25353093.1

# EXHIBIT A

Office of the U.S. Trustee
700 Stewart Street
Suite 5103
Seattle, WA 98101

Bieringer, Paul E.
Paul Bieringer
1723 Madison Ct.
Louisville, CO 80027

GM Fitzgerald Consulting L.L.C.
Gary Fitzgerald
55 Coventry n.
Daleville, VA 24083

Coastal Community Bank
2817 Colby Ave
Everett, WA 98201

SEATTLE SEAHAWKS
Attn: Suite Department
12 Seahawks Way
RENTON, WA 98056

Plaintiffs in Borchard v. Cessna
c/o Ricardo Martinez-Cid
Prodhurst Orseck, PA
25 W Flagler St Ste 800
Miami, FL 33130

Plffs in Manufrs Coll v. Precision
c/o Cassidy Harrington
Smith & Moore PLLC
500 N Akard St, Ste. 3030
Dallas, TX 75201

Plaintiffs Lloyd & Maureen McKee
c/o Nolan Law Group
20 N Clark, 30th Floor
Chicago, IL 60602

SARCO PRECISION INC.
2816 OLD HWY 99 SO, #3
MT VERNON, WA 98273

United States Attorney's Office
Attn: Bankruptcy Assistant
U.S. Courthouse
700 Stewart St., Room 5220
Seattle, WA 98101

ENOCH MANUFACTURING
MAIL STOP 94
P.O. Box 5087
PORTLAND, OR 97208-5087

Hill Ward Henderson
Attorneys at Law
Gary T. Swisher
P.O. Box 2532
Tampa, FL 33601-2532

Bill Foster
Hutchison & Foster
4300 198th St. S.W.
P.O. Box 69
Lynnwood, WA 98046-0069

Plaintiffs in Avco v. Precision
c/o Veronica Winter Saltz
993 Old Eagle School Rd Ste 412
Wayne, PA 19087

Plaintiffs in Bradford v. Aerostar
c/o Robert L. Parks
Law Offices of Robert L. Parks PL
2121 Ponce de Leon Blvd St 505
Coral Gables, FL 33334

Plaintiffs in Patrinostro v. Long
c/o Howard M. Acosta
Law Offices of Howard M. Acosta
300 First Avenue North
St. Petersburg, FL 33701

ETA GLOBAL INC.
5500 W. OAK STREET
PALESTINE, TX 75801

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue Suite 2000
Seattle, WA 98104

Campbell Campbell Edwards &
   Conroy
William Conroy
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312

NORTHWEST AUTOMATICS
   INC.
25219 74TH AVE. S
KENT, WA 98032

ROYELL MANUFACTURING
   INC.
3817 SMITH AVE
EVERETT, WA 98201

Plaintiffs in Becker v. Avco
c/o Robert F. Hedrick
1420 5th Ave Ste 3000
Seattle, WA 98104

Plaintiffs in Lewis v. Lycoming
c/o Daniel O. Rose
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY 10017-2701

Plaintiffs in Toppins v. Aircraft
Inspection
c/o Cyrus N. Lawyer
Toon Osmond PLLC
1800 S. Baltimore, 10th Fl, Ste

WAYNE WIRE CLOTH
PRODUCTS INC
200 E DRESDEN STREET
KALKASKA, MI 496