# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:     Precision Airmotive LLC

       Debtor(s).

Case No.: 12–22154–KAO
Chapter: 11

---

**NOTICE OF DEFICIENT FILING**

**Businesses, corporations, partnerships need customized schedules.**

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **December 7, 2012**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**    **December 18, 2012**

Small Business Balance Sheet
Small Business Statement of Operations
Small Business Cash Flow Statement
Small Business Federal Tax Return

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**    **December 21, 2012**

Schedule I–Current Income of Debtor(s)
Schedule J–Current Expenditures of Debtor(s)

DATED: **December 11, 2012**

                Mark L. Hatcher
                Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.