**From:** USBankruptcyCourts@noticingcenter.com [mailto:USBankruptcyCourts@noticingcenter.com]
**Sent:** Tuesday, December 11, 2012 1:04 PM
**To:** Kaplan, John S. (Perkins Coie)
**Subject:** U.S. Bankruptcy Court, Western District of Washington - Undeliverable Notice, In re: Precision Airmotive LLC, Case Number: 12-22154, KAO, Ref: [p-47370113]

**TO THE DEBTOR/DEBTOR'S ATTORNEY:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** Aircraft Systems Inc
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** 5187 Falcon Rd., Rockford, IL 61109

1

**UNDELIVERABLE ADDRESS:** Barbara L. Aubrey, 9738 Westville Road, Camden Wyoming, DE 19934
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** 107 W Camden Wyoming Ave, Wyoming, DE 19934-1117

---

**UNDELIVERABLE ADDRESS:** Consolidated Fuel Systems, Inc. a/k/a Co, c/o John E. Salmon, Salmon Ricchezza Singer & Turchi LLP, 1700 Market St, Ste 3110, Philadelphia, PA 19103
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** 1601 Market St, Ste 2500, Philadelphia PA 19103

---

**UNDELIVERABLE ADDRESS:** Consolidated Fuel Systems, Inc. a/k/a Co, c/o Mitchel E. Kallet, Kern & Wooley, LLP, 7111 Fairway Dr, Ste 302, Palm Beach Gardens, FL 33418
**Reason Undeliverable:** Forwarding address with USPS: 7108 FAIRWAY DR STE 310, PALM BEACH GARDENS FL 33418-3769 Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** 7108 Fairway Dr, Ste 310, Palm Beach Gardens, FL 33418

---

**UNDELIVERABLE ADDRESS:** Donna L. Grochowske
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** 9021 403rd Ave, Genoa City, WI 53128

---

**UNDELIVERABLE ADDRESS:** Electrosystems, Inc., c/o Mitchel E. Kallet, Kern & Wooley, LLP, 7111 Fairway Dr, Ste 302, Palm Beach Gardens, FL 33418
**Reason Undeliverable:** Forwarding address with USPS: 7108 FAIRWAY DR STE 310, PALM BEACH GARDENS FL 33418-3769 Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** 7108 Fairway Dr, Ste 310, Palm Beach Gardens, FL 33418

---

**UNDELIVERABLE ADDRESS:** Jennifer L. Aubrey, 125 Thames Drive, Dover, DE 19904
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** Unknown

---

**UNDELIVERABLE ADDRESS:** John E Salmon, Salmon, Ricchezza, Singer & Turchi, LLP, 1700 Market Street, Suite 3110, Philadelphia, PA 19103
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** 1601 Market St, Ste 2500, Philadelphia, PA 19103

---

**UNDELIVERABLE ADDRESS:** Kelly Aerospace Power Systems, Inc., c/o John E. Salmon, Salmon Ricchezza Singer &

Turchi LLP, 1700 Market St, Ste 3110, Philadelphia, PA 19103
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS: 1601 Market St, Ste 2500, Philadelphia, PA 19103**

---

**UNDELIVERABLE ADDRESS:** Kelly Aerospace Power Systems, Inc., c/o Mitchel E. Kallet, Kern & Wooley, LLP, 7111 Fairway Dr, Ste 302, Palm Beach Gardens, FL 33418
**Reason Undeliverable:** Forwarding address with USPS: 7108 FAIRWAY DR STE 310, PALM BEACH GARDENS FL 33418-3769 Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS: 7108 Fairway Dr, Ste 310, Palm Beach Gardens, FL 33418**

---

**UNDELIVERABLE ADDRESS:** Kelly Aerospace Power Systems, Inc., c/o Zachary J. Ballard, Salmon Ricchezza Singer & Turchi LLP, 1700 Market St, Ste 3110, Philadelphia, PA 19103
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS: 1601 Market St, Ste 2500, Philadelphia, PA 19103**

---

**UNDELIVERABLE ADDRESS:** Kelly Aerospace, Inc., c/o John E. Salmon, Salmon Ricchezza Singer & Turchi LLP, 1700 Market St, Ste 3110, Philadelphia, PA 19103
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS: 1601 Market St, Ste 2500, Philadelphia, PA 19103**

---

**UNDELIVERABLE ADDRESS:** Kelly Aerospace, Inc., c/o Mitchel E. Kallet, Kern & Wooley, LLP, 7111 Fairway Dr, Ste 302, Palm Beach Gardens, FL 33418
**Reason Undeliverable:** Forwarding address with USPS: 7108 FAIRWAY DR STE 310, PALM BEACH GARDENS FL 33418-3769 Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS: 7108 Fairway Dr, Ste 310, Palm Beach Gardens, FL 33418**

---

**UNDELIVERABLE ADDRESS:** Kelly Aerospace, Inc., c/o Zachary J. Ballard, Salmon Ricchezza Singer & Turchi LLP, 1700 Market St, Ste 3110, Philadelphia, PA 19103
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS: 1601 Market St, Ste 2500, Philadelphia, PA 19103**

---

**UNDELIVERABLE ADDRESS:** Mark J Dianno, Salmon Ricchezza Singer & Turchi LLP, 1700 Market St, Ste 3110, Philadelphia, PA 19103
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS: 1601 Market St, Ste 2500, Philadelphia, PA 19103**

---

**UNDELIVERABLE ADDRESS:** Mike's Aircraft Fuel Metering Service, I

**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** 9406 E 46th St N, Tulsa, OK 74117

---

**UNDELIVERABLE ADDRESS:** See Attachment to Schedule H
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**

---

**UNDELIVERABLE ADDRESS:** Sharon Whiteside
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** 968 Blake Bottom Rd NW, Huntsville, AL 35806

---

**UNDELIVERABLE ADDRESS:** Teledyne Continental Motors, Inc.
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:** P.O. Box 90, Mobile, AL 36601

---

/s/ John S. Kaplan      12/11/2012
Signature of Debtor or Debtor's Attorney     Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

4

Case 12-22154-KAO    Doc 20    Filed 12/11/12    Ent. 12/11/12 16:00:28    Pg. 4 of 4