B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re    **Precision Airmotive LLC**             Debtor(s)       Case No.    12-22154
                                                                         Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Plaintiffs in Avco v. Precision<br>c/o Veronica Winter Saltz<br>Saltz Matkov PC<br>993 Old Eagle School Rd Ste 412<br>Wayne, PA 19087 | Plaintiffs in Avco v. Precision<br>c/o Veronica Winter Saltz<br>993 Old Eagle School Rd Ste 412<br>Wayne, PA 19087<br>Phone: 610-964-3333 | Intellectual Property Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Plaintiffs in Becker v. Avco<br>c/o Robert F. Hedrick<br>Hedrick Law Firm<br>1420 5th Ave Ste 3000<br>Seattle, WA 98104 | Plaintiffs in Becker v. Avco<br>c/o Robert F. Hedrick<br>1420 5th Ave Ste 3000<br>Seattle, WA 98104<br>Phone: 206-464-1166 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Plaintiffs in Borchard v. Cessna<br>c/o Ricardo Martinez-Cid<br>Prodhurst Orseck, PA<br>25 W Flagler St Ste 800<br>Miami, FL 33130 | Plaintiffs in Borchard v. Cessna<br>c/o Ricardo Martinez-Cid<br>Prodhurst Orseck, PA<br>25 W Flagler St Ste 800<br>Miami, FL 33130<br>Phone: 305-358-2800 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Plaintiffs in Bradford v. Aerostar<br>c/o Robert L. Parks<br>Law Offices of Robert L. Parks PL<br>2121 Ponce de Leon Blvd St 505<br>Coral Gables, FL 33334 | Plaintiffs in Bradford v. Aerostar<br>c/o Robert L. Parks<br>Law Offices of Robert L. Parks PL<br>2121 Ponce de Leon Blvd St 505<br>Coral Gables, FL 33334<br>Phone: 305-445-4430 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Plaintiffs in Lewis v. Lycoming<br>c/o Daniel O. Rose<br>Kreindler & Kreindler LLP<br>750 Third Avenue<br>New York, NY 10017-2701 | Plaintiffs in Lewis v. Lycoming<br>c/o Daniel O. Rose<br>Kreindler & Kreindler LLP<br>750 Third Avenue<br>New York, NY 10017-2701<br>Phone: 212-687-8181 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent<br>Unliquidated<br>Disputed | Unknown |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Plaintiffs in <u>Manufacturers Collection v. Precision</u><br>c/o Cassidy Harrington<br>Smith & Moore PLLC<br>3030 Lincoln Plaza<br>500 N Akard St<br>Dallas, TX 75201 | Plaintiffs in <u>Manufacturers Collection v. Precision</u><br>c/o Cassidy Harrington<br>Smith & Moore PLLC<br>3030 Lincoln Plaza<br>500 N Akard St<br>Dallas, TX 75201<br>Phone: 214-740-4200 | Indemnification Litigation; see Answer to SOFA Q 4 | Contingent Unliquidated Disputed | Unknown |
| Plaintiffs in <u>Patrinostro v. Long</u><br>c/o Howard M. Acosta<br>Law Offices of Howard M. Acosta<br>300 First Avenue North<br>St. Petersburg, FL 3370 | Plaintiffs in <u>Patrinostro v. Long</u><br>c/o Howard M. Acosta<br>Law Offices of Howard M. Acosta<br>300 First Avenue North<br>St. Petersburg, FL 33701<br>Phone: 727-894-4461 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent Unliquidated Disputed | Unknown |
| Plaintiffs in <u>Toppins v. Aircraft Inspection</u><br>c/o Cyrus N. Lawyer<br>Toon Osmond PLLC<br>1800 S. Baltimore, 10th Fl, Ste 1000<br>Tulsa, OK 74119 | Plaintiffs in <u>Toppins v. Aircraft Inspection</u><br>c/o Cyrus N. Lawyer<br>Toon Osmond PLLC<br>1800 S. Baltimore, 10th Fl, Ste 1000<br>Tulsa, OK 74119<br>Phone: 918-477-7884 | Wrongful Death Litigation; see Answer to SOFA Q 4 | Contingent Unliquidated Disputed | Unknown |
| Plaintiffs Lloyd & Maureen McKee<br>c/o Nolan Law Group<br>20 N Clark, 30th Floor<br>Chicago, IL 60602 | Plaintiffs Lloyd & Maureen McKee<br>c/o Nolan Law Group<br>20 N Clark, 30th Floor<br>Chicago, IL 60602<br>Phone: 312-630-4000 | Personal Injury Litigation; see Answer to SOFA Q 4 | Contingent Unliquidated Disputed | Unknown |
| SEATTLE SEAHAWKS<br>Attn: Suite Department<br>12 Seahawks Way<br>RENTON, WA 98056 | SEATTLE SEAHAWKS<br>Attn: Suite Department<br>12 Seahawks Way<br>RENTON, WA 98056<br>Phone: 425-201-8126 | Trade Debt | | 28,386.75 |
| Campbell Campbell Edwards & Conroy<br>William Conroy<br>P.O. Box 845318<br>Boston, MA 02284-5318<br>*[Address as filed with petition]* | Campbell Campbell Edwards & Conroy<br>William Conroy<br>1205 Westlakes Drive, Ste 330<br>Berwyn, PA 19312<br>Phone: 610-964-1900<br>*[Corrected address]* | Counsel or Expert (uninsured matter) | | 22,355.24 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ROYELL MANUFACTURING INC.<br>3817 SMITH AVE<br>EVERETT, WA 98201 | ROYELL MANUFACTURING INC.<br>3817 SMITH AVE<br>EVERETT, WA 98201<br>Phone: 425-259-9258 | Trade Debt | | 13,931.29 |
| GM Fitzgerald Consulting L.L.C.<br>Gary Fitzgerald<br>55 Coventry N.<br>Daleville, VA 24083 | GM Fitzgerald Consulting L.L.C.<br>Gary Fitzgerald<br>55 Coventry N.<br>Daleville, VA 24083<br>Phone: 540-563-0150 | Counsel or Expert (uninsured matter) | | 7,543.33 |
| Hill Ward Henderson<br>Attorneys at Law<br>Gary T. Swisher<br>P.O. Box 2532<br>Tampa, FL 33601-2532 | Hill Ward Henderson<br>Attorneys at Law<br>Gary T. Swisher<br>P.O. Box 2532<br>Tampa, FL 33601-2532<br>813-221-3900 | Counsel or Expert (uninsured matter) | | 6,514.44 |
| ENOCH MANUFACTURING<br>MAIL STOP 94<br>P.O. Box 5087<br>PORTLAND, OR 97208-5087 | ENOCH MANUFACTURING<br>MAIL STOP 94<br>P.O. Box 5087<br>PORTLAND, OR 97208-5087<br>Phone: 503-659-2660 | Trade Debt | | 5,916.00 |
| NORTHWEST AUTOMATICS INC.<br>25219 74TH AVE. S<br>KENT, WA 98032 | NORTHWEST AUTOMATICS INC.<br>25219 74TH AVE. S<br>KENT, WA 98032<br>Phone: 253-852-9006 | Trade Debt | | 5,251.40 |
| Bieringer, Paul E.<br>Paul Bieringer<br>1723 Madison Ct.<br>Louisville, CO 80027 | Bieringer, Paul E.<br>Paul Bieringer<br>1723 Madison Ct.<br>Louisville, CO 80027<br>Phone: 303-250-7233 | Counsel or Expert (uninsured matter) | | 4,777.50 |
| ETA GLOBAL INC.<br>5500 W. OAK STREET<br>PALESTINE, TX 75801 | ETA GLOBAL INC.<br>5500 W. OAK STREET<br>PALESTINE, TX 75801<br>Phone: 903-729-3131 | Trade Debt | | 4,255.00 |
| WAYNE WIRE CLOTH PRODUCTS INC<br>200 E DRESDEN STREET<br>KALKASKA, MI 496 | WAYNE WIRE CLOTH PRODUCTS INC<br>200 E DRESDEN STREET<br>KALKASKA, MI 496<br>Phone: 231-258-9187 | Trade Debt | | 4,104.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SARCO PRECISION INC.<br>2816 OLD HWY 99 SO #3<br>MT VERNON, WA 98273 | SARCO PRECISION INC.<br>2816 OLD HWY 99 SO #3<br>MT VERNON, WA 98273<br>Phone: 360-424-0605 | Trade Debt | | 3,556.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 7, 2012**            Signature   /s/ **Scott L. Grafenauer**
                                                  **Scott L. Grafenauer**
                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                         18 U.S.C. §§ 152 and 3571.