Precision Airmotive LLC
Case# 12-22154

Balance Sheet

|  | Dec-12 | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Cash | 562,795 | 412,092 | 266,611 | 444,596 | 420,134 | 457,561 |
| Product Liability Reserve | 375,000 | 375,000 | 375,000 | 375,000 | 375,000 | 375,000 |
| Accounts Receivable | 419,815 | 551,842 | 792,882 | 775,183 | 839,083 | 845,450 |
| Allow for Doubt Accts | -25,000 | -25,000 | -25,000 | -25,000 | -25,000 | -25,000 |
| Prepaid | 79,750 | 81,098 | 77,694 | 79,042 | 79,588 | 76,184 |
| Finished Goods | 420,000 | 420,000 | 420,000 | 420,000 | 420,000 | 420,000 |
| Inventory - Parts | 1,520,000 | 1,505,000 | 1,490,000 | 1,475,000 | 1,460,000 | 1,445,000 |
| Inventory - WIP | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 |
| Total Current | 3,437,360 | 3,405,032 | 3,482,187 | 3,628,821 | 3,653,805 | 3,679,195 |
| **PROPERTY, PLANT & EQUIPMENT** | | | | | | |
| Machinery & Equip | 1,161,584 | 1,161,584 | 1,180,584 | 1,180,584 | 1,180,584 | 1,206,784 |
| Furniture & Fixtures | 34,620 | 34,620 | 34,620 | 34,620 | 34,620 | 34,620 |
| Leasehold Imp. | 24,919 | 24,919 | 24,919 | 24,919 | 24,919 | 24,919 |
| Computer Equipment | 89,577 | 89,577 | 89,577 | 89,577 | 89,577 | 89,577 |
| Computer Software | 74,404 | 74,404 | 74,404 | 74,404 | 74,404 | 74,404 |
| Automobiles | 57,866 | 57,866 | 57,866 | 57,866 | 57,866 | 57,866 |
| Accum Depreciation | -1,053,869 | -1,070,982 | -1,088,064 | -1,104,935 | -1,120,615 | -1,135,421 |
| Net Fixed Assets | 389,101 | 371,988 | 373,906 | 357,035 | 341,355 | 352,749 |
| Other Assets | 2,087,037 | 2,075,995 | 2,064,953 | 2,053,911 | 2,042,869 | 2,031,827 |
| TOTAL ASSETS | 5,913,498 | 5,853,015 | 5,921,046 | 6,039,767 | 6,038,029 | 6,063,771 |

|  | Dec-12 | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 |
|---|---|---|---|---|---|---|
| **CURRENT LIABILITIES** | | | | | | |
| Accounts Payable | 148,770 | 85,933 | 101,486 | 122,718 | 124,008 | 124,715 |
| Notes - Short Term | 189,780 | 189,780 | 189,780 | 189,780 | 189,780 | 189,780 |
| Accrued Payroll | 75,000 | 91,653 | 108,306 | 124,959 | 141,612 | 94,213 |
| Other Accruals | 24,419 | 23,631 | 22,843 | 22,055 | 21,267 | 20,479 |
| Total Current | 437,969 | 390,997 | 422,415 | 459,512 | 476,667 | 429,187 |
| **LONG TERM LIABILITIES** | | | | | | |
| Seller Financed Debt | | | | | | |
| Term Loan (Coastal) | 1,731,365 | 1,728,277 | 1,719,589 | 1,710,182 | 1,701,426 | 1,692,412 |
| Line of Credit (Coastal) | 0 | 0 | 0 | 0 | 0 | 0 |
| Warranty Reserve | 51,756 | 51,756 | 51,756 | 51,756 | 51,756 | 51,756 |
| Total Liabilities | 2,221,090 | 2,171,030 | 2,193,760 | 2,221,450 | 2,229,849 | 2,173,355 |
| **STOCKHOLDER'S EQUITY** | | | | | | |
| Retained Earnings | 11,925,646 | 11,925,646 | 11,925,646 | 11,925,646 | 11,925,646 | 11,925,646 |
| Distributions/Dividends to | -8,188,815 | -8,188,815 | -8,188,815 | -8,188,815 | -8,288,815 | -8,288,815 |
| Current Earnings | -44,423 | -54,846 | -9,544 | 81,487 | 171,350 | 253,586 |
| Total Equity | 3,692,408 | 3,681,985 | 3,727,287 | 3,818,318 | 3,808,181 | 3,890,417 |
| TOTAL LIAB & EQUITY | 5,913,498 | 5,853,016 | 5,921,047 | 6,039,768 | 6,038,030 | 6,063,772 |