# United States Bankruptcy Court
## Western District of Washington

In re  **Precision Airmotive LLC**  
Debtor(s)

Case No. __12-22154__  
Chapter __11__

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ 0.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---|
| 2. Gross Monthly Income | $ 0.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ 0.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ 0.00 |

*See attached "Six Month Cash Projections + Budget"* (handwritten)

Precision Airmotive LLC
Case# 12-22154

Six month cash projection & budget

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 |
|---|---:|---:|---:|---:|---:|---:|
| Beginning Cash | 938,358 | 937,795 | 787,092 | 641,611 | 819,596 | 795,134 |
| **Income** | | | | | | |
| Cash Sales | | | | | | |
| A/R Collections | 335,547 | 223,773 | 171,510 | 517,849 | 441,750 | 501,983 |
| Total Cash Income | 335,547 | 223,773 | 171,510 | 517,849 | 441,750 | 501,983 |
| **Expenses** | | | | | | |
| Rent | 17,539 | 17,539 | 17,539 | 17,930 | 17,930 | 17,930 |
| Employee Salaries | 156,528 | 110,000 | 110,000 | 110,000 | 110,000 | 165,000 |
| Employee Benefits | 10,530 | 13,850 | 13,850 | 13,850 | 13,850 | 17,313 |
| Taxes | 7,500 | 11,180 | 11,180 | 11,180 | 11,180 | 16,770 |
| Bank Notes Payable | 15,815 | 15,815 | 15,815 | 15,815 | 15,815 | 15,815 |
| Vehicle Notes Payable | 882 | 882 | 882 | 882 | 882 | 882 |
| Vehicle Expenses | | | | | | |
| Maintenance | | | | | | |
| Insurance | | | | | | |
| Inventory | 92,574 | 168,232 | 114,820 | 110,660 | 131,433 | 104,692 |
| Supplies | | | | | | |
| Utilities | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Other - expenses | 30,542 | 32,478 | 9,405 | 55,047 | 60,622 | 95,455 |
| Other - equipment | | | 19,000 | | | 26,200 |
| Other - Freight | 1,200 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Other - income taxes | | | | | 100,000 | |
| Total Expenses | 336,110 | 374,476 | 316,991 | 339,864 | 466,212 | 464,557 |
| Ending Cash | 937,795 | 787,092 | 641,611 | 819,596 | 795,134 | 832,561 |