The Honorable Karen A. Overstreet
Chapter 11
Location: Seattle, Room 7206
Hearing Date: January 11, 2013
Hearing Time: 9:30 a.m.
Response Date: January 4, 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

PRECISION AIRMOTIVE, LLC,

　　　　　Debtor.

Case No. 12- 22154-KAO

**DECLARATION OF JOHN S. KAPLAN IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING RETENTION OF PERKINS COIE LLP AS DEBTOR'S GENERAL BANKRUPTCY COUNSEL**

I, John S. Kaplan declare as follows:

　　　　1.　　I am an attorney and shareholder of a corporate partner of Perkins Coie LLP ("Perkins Coie"). I am one of the attorneys at Perkins Coie representing Precision Airmotive, LLC ("Precision" or "Debtor") that is debtor and debtor-in-possession in the above-captioned case.

　　　　2.　　Perkins Coie has undertaken an investigation of any connections that may exist between Perkins Coie and Debtor, the creditors of Debtor, other parties-in-interest in this case, and their respective attorneys and accountants. The investigation included performing a conflicts search on the names of creditors and other parties in interest provided

DECLARATION OF JOHN S. KAPLAN - 1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

67525-0023/LEGAL25069195.1

by Debtor. In addition, Perkins Coie sent an email to all firm personnel requesting information regarding any connections to the Debtor, the U.S. Trustee's office in the Western District of Washington, or any Bankruptcy Judges in the Western District of Washington. To the best of my knowledge, there are no such no connections with the Debtor or any of its affiliates, any known creditor, any known party in interest, the United States Trustee, or any person employed in the office of the United States Trustee, or any Bankruptcy Judge of the Western District of Washington, except as follows:

a. There are more than 230 creditors and other parties-in-interest in this case. Perkins Coie has represented and may currently represent some of these parties in matters unrelated to Debtor or this Chapter 11 case.

b. Exhibit A contains a list of entities that (a) were identified by Debtor as creditors or otherwise as potential adverse parties ("Conflict Parties"), and (b) have names similar to entities that Perkins Coie currently represents, or in the past represented, in unrelated matters.

c. Exhibit B is a list of Conflict Parties that Perkins Coie is adverse to or potentially adverse to in unrelated matters.

d. Perkins Coie represents Honeywell International Inc. ("Honeywell") in various matters involving aviation accidents, incidents, and occurrences in which Debtor may have some involvement and in which Honeywell may have differing and/or adverse interests. Perkins Coie informed Debtor of this potential for conflict and received the Debtor's informed consent to concurrent representation on November 12, 2008. Honeywell will likely have an unsecured claim for indemnification in Debtor's bankruptcy case. As with the other parties listed on Exhibit A, Perkins Coie will not represent the Debtor with respect to a specific dispute with any Honeywell absent a further waiver letter, which will be disclosed to the Court. The Debtor will require conflicts counsel if any dispute arises with any such creditor.

e. Ramie O'Neill, the spouse of Perkins Coie associate Paul Graves, is currently employed as a law clerk to the Honorable Marc Barreca. I have been informed that Judge Barreca's policy is that Ms. O'Neill be

DECLARATION OF JOHN S. KAPLAN - 2

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

67525-0023/LEGAL25069195.1

Case 12-22154-KAO    Doc 49    Filed 12/19/12    Ent. 12/19/12 13:44:42    Pg. 2 of 7

screened from all matters in which Perkins Coie is involved, in accordance with Advisory Opinion 51 of the Committee on Codes of Conduct for the Federal Judiciary.

    f. Katherine Richard, an associate attorney in Perkins Coie's Palo Alto office worked as an extern for the Honorable Karen Overstreet in 2011.

    g. Perkins Coie paralegal Tori Ashford-Downing worked at the Bankruptcy Court for the Western District of Washington as an intake specialist from 1990 to 1991.

3. Debtor has retained Perkins Coie for insured and uninsured product liability defense work for a number of years. Debtor retained Perkins Coie to provide restructuring advice in late October, 2012.

4. Perkins Coie received a check for $100,000 on or around November 5, 2012 as a retainer for restructuring services. On the morning of December 7, 2012, Perkins Coie applied $53,305.20 of the retainer to pay fees and costs incurred prior to December 7, 2012.

5. The unapplied balance of the retainer, in the amount of $46,694.80, will be held by Perkins Coie pending this Court's authorization to apply it toward outstanding future billings. Perkins Coie intends to seek payment of its fees and expenses incurred on December 7, 2012 as part of its first interim fee application. Additionally, because the final invoice may not have captured all expenses incurred on behalf of the Debtor, it is possible that the invoices that have been paid may be understated. If the amount in those invoices were understated as to expenses, Perkins Coie will seek approval from the Court for payment of these expenses from the amount held by Perkins Coie in its retainer in its first interim fee application.

6. Perkins Coie received payments of $111,927.58 on or about September 10, 2012 and $227,988.42 on or about October 30, 2012 on invoices for uninsured product

DECLARATION OF JOHN S. KAPLAN - 3

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

67525-0023/LEGAL25069195.1

Case 12-22154-KAO    Doc 49    Filed 12/19/12    Ent. 12/19/12 13:44:42    Pg. 3 of 7

liability, intellectual property and indemnification work in its normal billing cycle. Perkins Coie subsequently wrote off $330,778.85 in uninsured product liability work and is not owed anything by the Debtor as of the Petition Date.

7. Perkins Coie is owed approximately $1,588,416.72 for insured product liability work done on behalf of the Debtor. Perkins Coie intends to look solely to the Debtor's insurers and will not seek payment from the Debtor for any of these fees and expenses. To the extent stay relief is granted, Perkins Coie will continue to defend insured product liability cases in the Debtor's name and look solely to the insurance companies and not the Debtor's estate for reimbursement for such services.

8. Perkins Coie will seek compensation from Debtor's bankruptcy estate under sections 330 and 331 of the United States Bankruptcy Code.

9. This Declaration includes only issues and parties in interest that Perkins Coie has identified at the present time. It is possible Perkins Coie represents or has represented other creditors or parties in interest in matters unrelated to this case. Perkins Coie continues to conduct an analysis of its connections with parties in interest in this case and will notify the Court if any actual conflicts of interest, or if any additional significant connections, are discovered in this process. Except for the Debtor, Perkins Coie has not represented and will not represent any creditors, shareholders or other parties-in-interest in connection with this case.

10. To the best of my knowledge, Perkins Coie does not hold or represent any interest adverse to Debtor or their bankruptcy estates in the matters upon which Perkins Coie is to be engaged. I believe Perkins Coie is a "disinterested person" for the purposes of sections 101(14), 327(c) and 1107(b) of the United States Bankruptcy Code.

DECLARATION OF JOHN S. KAPLAN - 4

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

11. I have read, and my colleagues who are expected to spend significant time representing Debtor in connection with this case, have reviewed and are familiar with Local Bankruptcy Rule 2016-1.

Under penalty of perjury, I declare I have read this statement and to the best of my knowledge it is true.

DATED this 19th day of December, 2012, at Seattle, Washington.

By: /s/ John S. Kaplan
    John S. Kaplan

DECLARATION OF JOHN S. KAPLAN - 5

67525-0023/LEGAL25069195.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 12-22154-KAO    Doc 49    Filed 12/19/12    Ent. 12/19/12 13:44:42    Pg. 5 of 7

# EXHIBIT A

| VENDOR OR CUSTOMER NAME | PERKINS COIE CLIENT NAME |
|---|---|
| ARAMARK UNIFORM SERVICES | Aramark Corporation |
| AVIALL | The Boeing Company (parent of Aviall, Inc. and Aviall Services, Inc.) |
| CHARLES SCHWAB TRUST COMPANY | Charles Schwab & Co., Inc. |
| COMCAST | Comcast Corporation |
| FAA (Federal Aviation Administration) | Federal Aviation Administration |
| FRONTIER | Frontier Communications Northwest Inc. |
| GRAINGER INC. | W.W. Grainger, Inc. |
| HYTEK FINISHES CO. | Esterline Technologies Corporation (parent of Hytek Finishes) |
| | Honeywell International, Inc. |
| INTERMEC TECHNOLOGIES | Intermec, Inc. |
| INTERMEC TECHNOLOGIES | Intermec Foundation |
| JOHN CRANE INC. | Indufil B.V. (Netherlands) |
| LOWE'S COMPANIES, INC. | Lowe's Companies, Inc. |
| LOWE'S COMPANIES, INC. | Lowe's |
| MASTER BUILDERS ASSOCIATION | Master Builders Assoc. Group Ins. Trust |
| MASTER BUILDERS ASSOCIATION | Master Builders Association of King and Snohomish Counties |
| MATCO TOOLS | NMTC, Inc., dba Matco Tools |
| MBA/MBA TRUST | Master Builders Assoc. Group Ins. Trust |
| METAL FINISHING INC. | Nu-Metal Finishing, Inc. |
| MOSS ADAMS LLP | Moss Adams, LLP |
| PARAGON MANUFACTURING CORP | Paragon Manufacturing, Inc. |
| PARKER PAINT MFG. CO.,INC. | Parker Paint Mfg. Co., Inc. |
| PUGET SOUND ENERGY | Puget Sound Energy, Inc. |
| PUGET SOUND ENERGY | Encogen Northwest, L.P. |
| PUGET SOUND ENERGY | Puget Western, Inc. |
| RBC WEALTH MANAGEMENT | RBC Dain Rauscher, Inc. |
| ROBINSON HELICOPTER | Robinson Helicopter Company |
| SEATTLE MARINERS | The Baseball Club of Seattle, LLP |
| SNOHOMISH COUNTY PUD | Snohomish County P.U.D. |

DECLARATION OF JOHN S. KAPLAN - 6

67525-0023/LEGAL25069195.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 12-22154-KAO    Doc 49    Filed 12/19/12    Ent. 12/19/12 13:44:42    Pg. 6 of 7

# EXHIBIT B

Adverse or Potentially Adverse Party
ABF FREIGHT SYSTEM, INC.
ADP (AUTOMATIC DATA PROCESSING)AERO INC
APPLIED INDUSTRIAL TECH
AT&T MOBILITY
BANC OF AMERICA LEASING

BRADY WORLDWIDE, INC.
CARQUEST AUTO PARTS
CHEMETALL OAKITE
COASTAL COMMUNITY BANK
CONSONA
CONTINENTAL MOTORS INC.
DHL EXPRESS INC
DIGI-KEY CORPORATION 336130
DIMENSIONAL CONTROL CORPORATION
DOUBLE D CLEANING
EMBRAER
ENSTROM HELICOPTER CORP.
FLIGHTCRAFT INC.
GES
KIBBLE AND PRENTICE
LIBERTY NORTHWEST
LOWE'S COMPANIES, INC.
MCMASTER-CARR SUPPLY COMPANY
MUTUAL OF OMAHA
PACIFIC CONTINENTAL ENGINES INC.
PARKER HANNIFIN CORPORATION
PITNEY BOWES
PLEXUS MANUFACTURING
SCHINDLER ELEVATOR CORPORATION
SEALED AIR CORP.
SEATTLE SEAHAWKS
STAPLES
SUPERIOR AIR PARTS
TRAUTMANN MAHER
TRAVELERS
ULINE
US SPECIALTY INSURANCE COMPANY
WASHINGTON STATE DEPT OF ECOLOGY

DECLARATION OF JOHN S. KAPLAN - 7

67525-0023/LEGAL25069195.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222