The Honorable Karen A. Overstreet
Chapter 11
Location: Seattle, Room 7206
Hearing Date: January 11, 2013
Hearing Time: 9:30 a.m.
Response Date: January 7, 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>PRECISION AIRMOTIVE, LLC<br><br>Debtor. | Case No. 12-22154-KAO<br><br>**NOTICE OF FINAL HEARING ON MOTION FOR USE OF CASH COLLATERAL** |

**PLEASE TAKE NOTICE** that Precision Airmotive, LLC ("Debtor"), debtor and debtor-in-possession in the above-captioned bankruptcy case, has filed a Motion for Motion for Order Authorizing Debtor to Use Cash Collateral, Granting Adequate Protection, and Scheduling a Final Hearing (the "Motion"). On December 13, 2012, the Bankruptcy Court entered an Interim Order Authorizing Debtor to Use Cash Collateral and to Grant Adequate Protection, and Scheduling a Final Hearing, setting a final hearing for January 11, 2013 at 9:30 a.m. At the final hearing, the Debtor will request authority to (1) use cash collateral of its primary secured creditors Coastal Community Bank ("Coastal") pursuant to the attached budget through February 1, 2013, and (2) make a one-time principal reduction payment of up to $550,000 to Coastal.

Copies of the Motion and supporting declaration are on file with the Bankruptcy Court. In addition, any party may request copies of the Motion and supporting declaration from undersigned counsel by contacting Constance O'Lague by email at COLague@perkinscoie.com.

NOTICE OF FINAL HEARING ON CASH
COLLATERAL MOTION - 1

88042-0001/LEGAL25414682.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be heard before the Honorable Karen A. Overstreet, United States Bankruptcy Judge at the United States Bankruptcy Court for the Western District of Washington, United States Courthouse, 700 Stewart Street, Room 7206, Seattle, Washington at **9:30 a.m. on January 11, 2013.**

**PLEASE TAKE FURTHER NOTICE** that objections to the Application and Motions must be filed with the U.S. Bankruptcy Court, and served upon the following parties:

> John S. Kaplan
> Perkins Coie LLP
> 1201 Third Ave., Suite 4900
> Seattle, WA 98101-3099
> email: jkaplan@perkinscoie.com

**NO LATER THAN THE RESPONSE DATE, which is January 7, 2013.**

**PLEASE TAKE FURTHER NOTICE** that if **no response is timely filed and served,** the Court may, in its discretion, without further notice prior to the hearing, grant the relief requested in the Motion and strike the hearing.

DATED: December 18, 2012              **PERKINS COIE LLP**

By: /s/ John S. Kaplan
    John S. Kaplan, WSBA No. 23788
JKaplan@perkinscoie.com
1201 Third Ave., Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Debtor
Precision Airmotive, LLC

NOTICE OF FINAL HEARING ON CASH
COLLATERAL MOTION - 2

88042-0001/LEGAL25414682.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 12-22154-KAO    Doc 50    Filed 12/19/12    Ent. 12/19/12 13:49:58    Pg. 2 of 2