```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                              Case No. 12-22154-KAO
Precision Airmotive LLC                                             Chapter 11
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0981-2         User: sandrai              Page 1 of 2                  Date Rcvd: Dec 20, 2012
                             Form ID: pdfltd            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2012.
db          +Precision Airmotive LLC,   14800 40th Ave NE,   Marysville, WA 98271-8952
sr          +Alexander Titov,   c/o Justin D. Park,    155 108th Ave NE,   Bellevue, WA 98004-5928
sr          +BMW Bank of North America Inc,   P.O. Box 201347,   Arlington, TX 76006-1347
sr          +Barbara L. Aubrey,    c/o Justin D. Park,    155 108th Ave NE,   Suite 202,
              Bellevue, WA 98004-5901
sr          +Benjamin Wesley,   c/o Justin D. Park,    155 108th Ave NE,   Suite 202,   Bellevue, WA 98004-5901
sr          +Brian Stewart,   c/o Justin D. Park,    155 108th Ave NE,   Bellevue, WA 98004-5928
sr          +Ellen V'Roi Berenholz,    c/o Justin D. Park,    155 108th Ave NE,   Bellevue, WA 98004-5928
sr          +Glynn Lowrey, Jr,   c/o Justin D Park,    155 108th Ave NE #202,   Bellevue, WA 98004-5901
sr          +Greg and Sheila Bryan,    c/o Justin D. Park,    155 108th Ave NE,   Bellevue, WA 98004-5928
sr          +Jennifer Aubrey,   c/o Justin D. Park,    155 108th Ave NE,   Bellevue, WA 98004-5928
sr          +Patricia J. Neff,    c/o Justin D. Park,    155 108th Ave NE,   Suite 202,
              Bellevue, WA 98004-5901
sr          +Regina King,   c/o Justin D. Park,    155 108th Ave NE,   Suite 202,   Bellevue, WA 98004-5901
sr          +Sandra A. Walther,    c/o Justin D. Park,    155 108th Ave NE,   Suite 202,
              Bellevue, WA 98004-5901
sr           Synergy Systems Inc.,    Corr Cronin LLP,    c/o Katrina Kleinwachter Fortney,   1001 Fourth Avenue,
              Suite 3900,    Seattle, WA  98154-1051
sr           Synergy Systems, Inc.,    c/o William H. Walsh,   1001 Fourth Avenue,   Suite 3900,
              Seattle, WA  98154-1051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Jill Sikkelee
                                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0981-2           User: sandrai              Page 2 of 2                   Date Rcvd: Dec 20, 2012
                               Form ID: pdfltd            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2012 at the address(es) listed below:

      John S Kaplan   on behalf of Debtor  Precision Airmotive LLC  jkaplan@perkinscoie.com, COLague@perkinscoie.com;docketsea@perkinscoie.com;sraher@perkinscoie.com;MLMaag@perkinscoie.com;CRachina@perkinscoie.com

      Justin D Park   on behalf of Special Request Alexander Titov  jpark@romeropark.com, swuence@romeropark.com

      United States Trustee   USTPRegion18.SE.ECF@usdoj.gov

      William B Foster   on behalf of Creditor  Coastal Community Bank  bfosteresq@comcast.net, elaine@hutchfoster.net

      William H Walsh   on behalf of Special Request  Synergy Systems Inc.  wwalsh@corrcronin.com, lbeers@corrcronin.com;slarussa@corrcronin.com;tmiller@corrcronin.com

      William L. Courshon   on behalf of US Trustee  United States Trustee  bill.l.courshon@usdoj.gov, Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov

                                                                                                                                                                                          TOTAL: 6

Entered on Docket December 20, 2012

**Below is the Order of the Court.**

_/s/ Karen A. Overstreet_
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

---

THE HONORABLE KAREN A. OVERSTREET
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>PRECISION AIRMOTIVE, LLC,<br><br>Debtor. | Case No. 12-22154-KAO<br><br>**ORDER SHORTENING TIME RE NOTICE OF MOTION RE ABANDONMENT OF ESTATE'S INTERESTS IN COUNTERCLAIMS** |

THIS MATTER came before the Court on the Ex Parte Motion for Shortening Time Re Notice of Motion Re Abandonment of Estate's Interests In Counterclaims (the "Motion") filed by Precision Airmotive, LLC ("Debtor"). The Court, having reviewed the Motion, the files and records herein, and having considered the arguments presented, and being fully advised in the premises,

The court finds as follows:

**ORDER SHORTENING TIME RE ABANDONMENT OF ESTATE'S INTERESTS IN COUNTERCLAIMS** - 1

88042-0001/LEGAL25423275.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1. The Court has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

3. This matter came before the Court on the ex parte motion (the "Ex Parte Motion") of Precision Airmotive, Inc. ("Debtor") for an order shortening time for hearing on, and limiting notice of, that certain accompanying motion (the "Abandonment Motion") seeking an order abandoning and dismissing *with prejudice* Debtor's counterclaims – including but not limited to claims for indemnity and contribution - asserted against Plaintiff Paul Thomas Crews as personal representative of the Estates of Brenda Houston and Elizabeth Crew and/or the Estate of Virgil Victor Becker by its personal representative, Jennifer White (collectively "Plaintiffs") in two jointly administered wrongful death cases pending before the King County, Superior Court of Washington as Case No's 10-2-26593 & 10-2-26602 (collectively the "State Court Action"), in exchange for the dismissal *with prejudice* of Plaintiff's claims in the State Court Action against Debtor.

The Court has reviewed the Ex Parte Motion, the Abandonment Motion, the Declaration of Scott Grafenauer and other files and records herein and finds that exigent and/or exceptional circumstances exist for the shortening of time and for the limiting of notice as requested therein.

Now, therefore, it is hereby ORDERED as follows:

1. The Ex Parte Motion is granted;

2. The Abandonment Motion shall be heard on January 4, 2013 at 9:30 a.m. at the United States Bankruptcy Court, U.S. Courthouse, 700 Stewart Street, Room 7206, Seattle Washington 98101. Responses to the Abandonment Motion are due January 3, 2013 at 4:00 p.m.

**ORDER SHORTENING TIME RE ABANDONMENT OF ESTATE'S INTERESTS IN COUNTERCLAIMS -** 2

88042-0001/LEGAL25423275.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. Notice of the Abandonment Motion shall be sent as expeditiously as possible (including all email where known) and shall be limited to (1) the 20 largest unsecured creditors, (ii) all secured creditors, (iii) the office of the United States Trustee for the Western District of Washington, (iv) the State of Washington, Bankruptcy and Collections Unit, (v) the United States Attorney's Office, and (vi) parties who have filed a request for special notice.

///End of Order///

Presented by:

**PERKINS COIE, LLP**

By: */s/ John S. Kaplan*
JOHN S. KAPLAN, WSBA No. 23788
Attorneys for Debtor Precision Automotive, LLC

**ORDER SHORTENING TIME RE ABANDONMENT OF ESTATE'S INTERESTS IN COUNTERCLAIMS -** 3

88042-0001/LEGAL25423275.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 12-22154-KAO  Doc 68  Filed 12/22/12  Ent. 12/22/12 21:34:35  Pg. 5 of 5