UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>PRECISION AIRMOTIVE, LLC,<br><br>Debtor. | Case No. 12-22154-KAO<br><br>**ORDER AUTHORIZING RETENTION OF PERKINS COIE AS DEBTOR'S GENERAL BANKRUPTCY COUNSEL** |

THIS MATTER came before the Court on Application (the "Application") for Order Authorizing Retention of Perkins Coie LLP ("Perkins Coie") as Debtor's General Bankruptcy Counsel filed by Precision Airmotive, LLC ("Debtor"). The Court, having reviewed the Application, the Declaration of Scott Grafenauer in Support of First Day Motions and the Declaration of John S. Kaplan in support thereof, the files and records herein, and now being fully advised in the premises,

NOW, THEREFORE, the Court finds as follows:

1. The Court has jurisdiction over this case and all issues raised by the Application pursuant to 28 U.S.C. §§ 157(b) and 1334 and the consideration of the Application constitutes a core proceeding as defined in 28 U.S.C. §§ 157(b)(2)(A).

**ORDER AUTHORIZING RETENTION OF PERKINS COIE AS DEBTOR'S GENERAL BANKRUPTCY COUNSEL -** 1

88042-0001/LEGAL25352720.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 12-22154-KAO    Doc 81    Filed 01/08/13    Ent. 01/08/13 15:31:01    Pg. 1 of 2

2. Notice of the hearing on the Application was adequate and proper for the purposes of Sections 102(1), 330, and 331 of the Bankruptcy Code, and Bankruptcy Rule 2002.

3. The relief requested in the Application is essential to the ongoing orderly operation of Debtor's business and it is in the best interest of the effective administration of this Chapter 11 case to authorize the retention of Perkins Coie as Debtor's general bankruptcy counsel.

Now, therefore, IT IS HEREBY ORDERED as follows:

1. Application is GRANTED as set forth herein.

2. Debtor is authorized to retain Perkins Coie LLP as general bankruptcy counsel in this Chapter 11 case, effective as of December 7, 2012, the date this bankruptcy case was filed.

/// End of Order ///

Presented by:
**PERKINS COIE** LLP


By: /s/ John S. Kaplan
    John S. Kaplan, WSBA No. 23788
Attorneys for Debtor Precision Airmotive, LLC

**ORDER AUTHORIZING RETENTION OF PERKINS COIE AS DEBTOR'S GENERAL BANKRUPTCY COUNSEL -** 2

88042-0001/LEGAL25352720.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 12-22154-KAO    Doc 81    Filed 01/08/13    Ent. 01/08/13 15:31:01    Pg. 2 of 2